1 Paul F. Eckstein (#001822)
2 Austin C. Yost (#034602)
**Perkins Coie LLP**
3 2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
4 Telephone: 602.351.8000
5 Facsimile: 602.648.7000
PEckstein@perkinscoie.com
6 AYost@perkinscoie.com
7 DocketPHX@perkinscoie.com
*Attorneys for Defendants Arizona Board of Regents,*
8 *d/b/a University of Arizona; Ron Shoopman; Larry Penley;*
*Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin*
9 *Taylor Robson; Jay Heiler; and Fred Duval*

10

11 IN THE UNITED STATES DISTRICT COURT

12 FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 13  **Russell B. Toomey**, | |
| 14   Plaintiff, | Case No. CV 19-00035-TUC-RM (LCK) |
| 15   v. | |
| 16  **State of Arizona**; **Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as Chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Gilbert Davidson**, in his official capacity as Interim Director of | **NOTICE OF APPEARANCE** |

the Arizona Department of Administration;
**Paul Shannon**, in his official capacity as
Acting Assistant Director of the Benefits
Services Division of the Arizona Department of
Administration,

       Defendants.

   Pursuant to L.R. Civ. 83.3(a), notice is hereby given that Paul F. Eckstein and Austin C. Yost, with the law firm of Perkins Coie, LLP, hereby enter their appearance on behalf of Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval in the instant matter and for all further proceedings.

   RESPECTFULLY SUBMITTED this February 14, 2019.

           **PERKINS COIE LLP**

           By */s/ Paul F. Eckstein*
              Paul F. Eckstein
              Austin C. Yost
              2901 N. Central Avenue, Suite 2000
              Phoenix, AZ 85012

           *Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

A copy was also e-mailed this February 14, 2019 to:

| | |
|---|---|
| James Burr Shields<br>Heather A. Macre<br>Natalie B. Virden<br>**Aiken Schenk Hawkins & Ricciardi P.C.**<br>2390 East Camelback Road, Suite 400<br>Phoenix, AZ 85016<br>jbs@aikenschenk.com<br>ham@aikenschnek.com<br>nbv@aikenschenk.com | C. Christine Burns<br>Kathryn Hackett King<br>Sarah N. O'Keefe<br>**BURNSBARTON PLC**<br>2201 East Camelback Road, Ste. 360<br>Phoenix, AZ 85016<br>Phone: (602) 753-4500<br>christine@burnsbarton.com<br>kate@burnsbarton.com<br>sarah@burnsbarton.com<br><br>*Attorneys for Defendants State of Arizona, Gilbert Davidson, and Paul Shannon* |
| Joshua A. Block<br>Leslie Cooper<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>jblock@aclu.org<br>lcooper@aclu.org | |
| Kathleen E. Brody<br>Molly Brizgys<br>**ACLU Foundation of Arizona**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>kbrody@acluaz.org<br>mbrizgys@acluaz.org<br>*Attorneys for Plaintiff* | |

/s/ *Clair Wendt*

143323425.1