**ACLU FOUNDATION OF ARIZONA**
**3707 North 7th Street, Suite 235**
**Phoenix, Arizona 85014**
**Telephone: (602) 650-1854**
**Facsimile:  (602) 650-1376**
**Email: kbrody@acluaz.org**
**Email: mbrizgys@acluaz.org**

**Kathleen E. Brody – 026331**
**Molly Brizgys – 029216**

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
**125 Broad Street, Floor 18**
**New York, New York 10004**
**Telephone:  (212) 549-2650**
**Facsimile:  (212) 549-2627**
**E-Mail:  jblock@aclu.org**
**E-Mail:  lcooper@aclu.org**

**Joshua A. Block**
**(*pro hac vice* motion to follow)**
**Leslie Cooper**
**(*pro hac vice* motion to follow)**

**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
**2390 East Camelback Road, Suite 400**
**Phoenix, Arizona  85016**
**Telephone:  (602) 248-8203**
**Facsimile:  (602) 248-8840**
**E-Mail:  burr@aikenschenk.com**
**E-Mail:  ham@aikenschenk.com**
**E-Mail:  nbv@aikenschenk.com**

**James Burr Shields - 011711**
**Heather A. Macre - 026625**
**Natalie B. Virden - 031609**

Attorneys for Plaintiff Russell B. Toomey

993104.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

**Russell B. Toomey,**

              Plaintiff,

v.

**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona,** a governmental body of the State of Arizona; **Ron Shoopman,** in his official capacity as chair of the Arizona Board Of Regents; **Larry Penley,** in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna,** in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour,** in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson,** in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson,** in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler,** in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Gilbert Davidson**, in his official capacity as Interim Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,

              Defendants.

Case No CV 19-00035-TUC-RM

**DECLARATION OF RUSSELL TOOMEY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Russell Toomey, declare and state as follows:

1.      I submit this declaration in support of Plaintiff's Motion for Class Certification.

2.      The following information is within my own personal knowledge. If called as a witness, I would and could competently testify to the facts stated herein.

3.      I am man who is transgender. This means I have a male gender identity, but the sex assigned to me at birth was female.

4.      I transitioned to live consistently with my male identity in 2003. Since 2003 I have received testosterone as a medically necessary treatment for gender dysphoria. I also received medically necessary chest reconstructive surgery in 2004.

5.      I am a tenured professor at the University of Arizona in the department of Family Studies and Human Development. I have a master's degree in Human Development and Family Studies from Kent State and a PhD in Family Studies and Human Development from the University of Arizona.

6.      My academic research focuses on discrimination that LGBTQ youth face in their families, schools and communities and identifying ways to mitigate the association between LGBTQ discrimination and poor health outcomes.

7.      I am also a member of the Transgender Studies Research Cluster on the University of Arizona campus. This is a group of faculty members whose research focuses on transgender populations, identities and meanings.

8.      I serve as a faculty fellow at the University of Arizona's LGBTQ Student Resource Center, where I interact with LGBTQA+ students on a weekly basis as well as host transgender caucuses.

9.      I am also actively involved in the broader transgender community in Arizona.

10. I am on the steering committee for Camp Born This Way, which is a camp for Arizona transgender youth and their families. The volunteers are all transgender identified and/or parents of transgender youth.

11. I am a former Board member of the Southern Arizona Gender Alliance ("SAGA"). SAGA is a 21-year old group that provides weekly support groups and events throughout the year. SAGA has a private Facebook group of 905 people, who are all transgender-identified people, their partners, or parents of transgender youth. I was a co-facilitator for SAGA's re-envisioning community forum in November 2018.

12. In 2018, my treating physician, Dr. Tiffany Woods Karsten, recommended I receive a hysterectomy as a medically necessary treatment for gender dysphoria.

13. As a professor at the University of Arizona, I am provided health coverage through the State of Arizona.

14. When she recommended I receive a hysterectomy, Dr. Tiffany Woods Karsten requested precertification of the surgery from my insurance provider so I would not have to pay out of pocket.

15. I was informed by my insurance provider, Blue Cross/Blue Shield, that the surgery was denied because of a benefit exclusion for gender reassignment surgery.

16. I know of at least six other transgender employees at the University of Arizona or Arizona State University who are ineligible for gender reassignment surgery because of the exclusion. To my knowledge, these employees have not made a claim with their insurance because they know it will be denied.

17. In my personal experience with many members of the transgender community, including transgender youth and transgender adults, I have learned that individuals do not want to identify publicly as transgender because of fear of stigma or violence.

18. I have studied this phenomenon in my academic research. I contributed to a Williams Institute report on the prevalence of several forms of stigma and discrimination

against LGBTQ adults and youth in Arizona. Many transgender individuals also identify as LGBTQ.

19.     In fact, many people did not necessarily know that I was transgender prior to filing this lawsuit but I had to publicly "come out" again as a result of my public association with this case.

20.     I have discussed the requirements of being the class representative with my attorneys and I understand the responsibilities and duties of a class representative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this _3_ day of April, 2019.

_Russell Toomey_
Russell Toomey

5