Paul F. Eckstein (#001822)
Austin C. Yost (#034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
PEckstein@perkinscoie.com
AYost@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents,*
*Ron Shoopman, Larry Penley, Ram Krishna,*
*Bill Ridenour, Lyndel Manson, Karrin Taylor Robson,*
*Jay Heiler, and Fred DuVal*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**,<br><br>                      Plaintiff,<br><br>          v.<br><br>**State of Arizona**; **Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as Chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred DuVal**, in his official capacity as Member of the | Case No. CV 19-00035-TUC-RM (LCK)<br><br><br>**JOINT MOTION FOR EXTENSION OF INITIAL DISCLOSURE DEADLINE** |

Arizona Board of Regents; **Gilbert Davidson**, in his official capacity as Interim Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,

Defendants.

Counsel for Plaintiff Russell B. Toomey ("Plaintiff") and counsel for Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal ("Answering Defendants") have conferred and jointly submit this stipulated motion to extend the initial disclosure deadline until such time as Defendants State of Arizona, Gilbert Davidson, and Paul Shannon ("State Defendants") may be required to submit their initial disclosure.

On March 18, 2019, Answering Defendants filed an Answer in response to Plaintiff's Complaint.

The same day, State Defendants filed a Motion to Dismiss Plaintiff's Complaint.

Accordingly, there is good cause to postpone the initial disclosure deadline until such time as State Defendants may be required to submit their initial disclosure because such a postponement would preserve attorney and judicial resources because the postponement would allow all parties to submit their initial disclosures at the same time.

Absent an extension, Plaintiff and Answering Defendants would need to submit their initial disclosures pursuant to Mandatory Initial Discovery Pilot Project General Order 17-08 on or before April 17, 2019.

For the foregoing reasons, Plaintiff and Answering Defendants jointly request and propose that the deadline for submitting their initial disclosures be postponed until such time as State Defendants may be required to submit their initial disclosure. Plaintiff and Answering Defendants submit a proposed order to this effect with this joint motion.

143964569.1

RESPECTFULLY SUBMITTED this April 5, 2019.

**PERKINS COIE LLP**

By      *s/ Paul F. Eckstein*
Paul F. Eckstein
Austin C. Yost
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012

*Attorneys for Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal*

RESPECTFULLY SUBMITTED this April 5, 2019.

**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**

By      *s/ James Burr Shields (with permission)*
James Burr Shields
Heather A. Macre
Natalie B. Virden
2390 East Camelback Road, Suite 400
Phoenix, AZ 85016

*Attorneys for Plaintiff Russell B. Toomey*

- 3 -

143964569.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 5, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

A copy was also e-mailed this April 5, 2019 to:

| | |
|---|---|
| James Burr Shields<br>Heather A. Macre<br>Natalie B. Virden<br>**Aiken Schenk Hawkins & Ricciardi P.C.**<br>2390 East Camelback Road, Suite 400<br>Phoenix, AZ 85016<br>jbs@aikenschenk.com<br>ham@aikenschnek.com<br>nbv@aikenschenk.com | C. Christine Burns<br>Kathryn Hackett King<br>Sarah N. O'Keefe<br>**BURNSBARTON PLC**<br>2201 East Camelback Road, Ste. 360<br>Phoenix, AZ 85016<br>Phone: (602) 753-4500<br>christine@burnsbarton.com<br>kate@burnsbarton.com<br>sarah@burnsbarton.com<br><br>*Attorneys for Defendants State of Arizona, Gilbert Davidson, and Paul Shannon* |
| Joshua A. Block<br>Leslie Cooper<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>jblock@aclu.org<br>lcooper@aclu.org | |
| Kathleen E. Brody<br>Molly Brizgys<br>**ACLU Foundation of Arizona**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>kbrody@acluaz.org<br>mbrizgys@acluaz.org<br><br>*Attorneys for Plaintiff* | |

*s/ Clair Wendt*

- 4 -