1  Molly Brizgys
   **ACLU Foundation of Arizona**
2  3707 North 7th Street, Suite 235
   Phoenix, AZ 85014
3  mbrizgys@acluaz.org

4  Joshua A. Block
   Leslie Cooper
5  **American Civil Liberties Union Foundation**
   125 Broad Street, Floor 18
6  New York, NY 10004
   jblock@aclu.org
7  lcooper@aclu.org

8  James Burr Shields
   Heather A. Macre
9  **Aiken Schenk Hawkins & Ricciardi P.C.**
   2390 East Camelback Road, Suite 400
10 Phoenix, AZ 85016
   Phone: (602) 248-8203
11 burr@aikenschenk.com
   ham@aikenschnek.com
12 *Attorneys for Plaintiff*

13 C. Christine Burns #017108
   Kathryn Hackett King #024698
14 Alison Pulaski Carter #025699
   **BURNSBARTON PLC**
15 2201 E. Camelback Rd.
   Suite 360
16 Phoenix, AZ 85016
   Phone: (602) 753-4500
17 christine@burnsbarton.com
   kate@burnsbarton.com
18 alison@burnsbarton.com
   *Attorneys for Defendants State of Arizona,*
19 *Andy Tobin, and Paul Shannon*

20 Paul F. Eckstein PEckstein@perkinscoie.com
   Austin C. Yost AYost@perkinscoie.com
21 **Perkins Coie LLP**
   2901 N. Central Ave., Suite 2000
22 Phoenix, AZ 85012-2788
   DocketPHX@perkinscoie.com
23 *Attorneys for Defendants Arizona Board of Regents*
   *d/b/a University of Arizona; Ron Shoopman; Larry Penley*
24 *Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin*
   *Taylor Robson; Jay Heiler; and Fred Duval*
25

26              IN THE UNITED STATES DISTRICT COURT

27                  FOR THE DISTRICT OF ARIZONA

28

| | |
|---|---|
| **Russell B. Toomey**,<br><br>                        Plaintiff,<br>v.<br><br>**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as Chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>                        Defendants. | Case No. CV-19-00035-TUC-RM (LAB)<br><br>**STIPULATION AND JOINT MOTION TO EXTEND THE DEADLINE FOR THE PARTIES TO SUBMIT A JOINT PROPOSED DISCOVERY AND BRIEFING SCHEDULE WITH RESPECT TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Plaintiff Russell Toomey ("Plaintiff") and Defendants State of Arizona, Arizona Board of Regents d/b/a University of Arizona, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, Fred Duval, Gilbert Davidson, and Paul Shannon (collectively "Defendants") stipulate and jointly move the Court to extend the deadline for the parties to submit a joint proposed discovery and briefing schedule to the Court with respect to Plaintiff's Motion for Class Certification (Dkt. 28).

Previously, the Court granted the parties' Stipulation and Joint Motion to Stay Briefing on Plaintiff's Motion for Class Certification Pending Ruling on Defendants' Motion to Dismiss (Dkts. 36 and 38). The Court ordered that in the event the Court

-2-

denied Defendants' Motion to Dismiss, the parties must file with the Court a joint proposed discovery and briefing schedule with respect to Plaintiff's Motion for Class Certification no later than 10 calendar days following the Court's ruling on the Motion to Dismiss (Dkt. 38). On December 23, 2019, the Court entered an Order denying Defendants' Motion to Dismiss (Dkt. 69).

Pursuant to the Court's Order (Dkt. 38), the deadline for the parties to submit a joint proposed discovery and briefing schedule with respect to Plaintiff's Motion for Class Certification is January 2, 2020 (*i.e.,* 10 calendar days after the December 23, 2019 Order denying the Motion to Dismiss). This deadline falls immediately after the Hanukkah, Christmas, and New Years Day holidays, which has created scheduling challenges for counsel to meet and confer to develop the joint proposed discovery and briefing schedule. Accordingly, the parties hereby stipulate and jointly move to extend the deadline for the parties to submit the joint proposed discovery and briefing schedule with respect to Plaintiff's Motion for Class Certification to January 17, 2020.

A proposed form of order consistent with the relief requested is attached.

RESPECTFULLY SUBMITTED this 2nd day of January, 2020.

**BURNSBARTON PLC**

By     */s/ Kathryn Hackett King*
    C. Christine Burns
    Kathryn Hackett King
    Alison Pulaski Carter

**PERKINS COIE LLP**

By     */s/ Paul F. Eckstein*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

By     */s/ Joshua A. Block (w/permission)*
    Joshua A. Block

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

A COPY was also e-mailed on this 2nd day of January, 2020 to:

Molly Brizgys
**ACLU Foundation of Arizona**
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
mbrizgys@acluaz.org

Joshua A. Block
Leslie Cooper
**American Civil Liberties Union Foundation**
125 Broad Street, Floor 18
New York, NY 10004
jblock@aclu.org
lcooper@aclu.org

James Burr Shields
Heather A. Macre
**Aiken Schenk Hawkins & Ricciardi P.C.**
2390 East Camelback Road, Suite 400
Phoenix, AZ 85016
burr@aikenschenk.com
ham@aikenschnek.com
*Attorneys for Plaintiff*

Paul F. Eckstein PEckstein@perkinscoie.com
Austin C. Yost AYost@perkinscoie.com
Perkins Coie LLP
2901 N. Central Ave., Suite 2000
Phoenix, AZ 85012-2788
DocketPHX@perkinscoie.com
*Attorneys for Defendants Arizona Board of Regents d/b/a University of Arizona; Ron Shoopman; Larry Penley Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

s/ *Carolyn Galbreath*