Victoria Lopez*
Christine K Wee– 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: **vlopez@acluaz.org**
Email: **cwee@acluaz.org**
**(*admission under Arizona Rule 38(f) pending)**

Joshua A. Block**
Leslie Cooper**
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: **jblock@aclu.org**
E-Mail: **lcooper@aclu.org**
***Admitted Pro hac vice*

Wesley R. Powell**
Matthew S. Friemuth**
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: **wpowell@willkie.com**
E-Mail: **mfriemuth@willkie.com**
***Admitted Pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona Board Of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson,** in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>　　　　Defendants. | No. 4:19-cv-00035-TUC-RM (LCK)<br><br>**PLAINTIFF'S NOTICE OF AMENDED INITIAL DISCOVERY RESPONSES** |

Notice is hereby given that Plaintiff served upon Defendants via email on March 26, 2020 his Amended Initial Discovery Responses.

Dated this 26th day of March, 2020.

>ACLU FOUNDATION OF ARIZONA
>By *Christine K. Wee*
>    Victoria Lopez
>    Christine K. Wee
>    3707 North 7th Street, Suite 235
>    Phoenix, Arizona 85014
>
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION
>Joshua A. Block
>Leslie Cooper
>125 Broad Street, Floor 18
>New York, New York 10004
>
>WILLKIE FARR & GALLAGHER LLP
>Wesley R. Powell
>Matthew S. Friemuth
>787 Seventh Avenue
>New York, New York 10019
>
>Attorneys for Plaintiff Russell B. Toomey

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties.

<u>/s/ Christine K. Wee</u>
Christine K. Wee