**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Russell B. Toomey,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona; Arizona Board of Regents, d/b/a University of Arizona, a governmental body of the State of Arizona; Ron Shoopman, In his official capacity as Chair of the Arizona Board of Regents; Larry Penley, in his official capacity as member of the Arizona Board of Regents; Ram Krishna, in his official capacity as Secretary of the Arizona Board of Regents; Bill Ridenour, in his official capacity as treasurer of the Arizona Board of Regents; Lyndel Manson, in her official capacity as member of the Arizona Board of Regents; Karrin Taylor Robson, in her official capacity as member of the Arizona Board of Regents; Jay Heiler, in his official capacity as member of the Arizona Board of Regents; Fred Duval, in his official capacity as member of the Arizona Board of Regents; Andy Tobin, in his official capacity as Director of the Arizona Department of Administration; Paul Shannon, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>　　　　Defendants. | Case No. CV 19-0035-TUC-RM (LAB)<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS STATE OF ARIZONA, ANDY TOBIN, AND PAUL SHANNON** |

-1-

Pursuant to the Motion for Withdrawal and Substitution of Counsel for Defendants State of Arizona, Andy Tobin, and Paul Shannon, and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is granted. (Doc. 93) Shawn Oller and Peter C. Prynkiewicz of Littler Mendelson are substituted as counsel of record for Defendants State of Arizona, Andy Tobin, and Paul Shannon in place of C. Christine Burns, Kathryn Hackett King, and Alison Pulaski Carter of BurnsBarton PLC.

**IT IS FURTHER ORDERED** that the previously filed motion to withdraw is Denied as Moot. (Doc. 90)

**Dated this 26th day of March, 2020.**

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge