R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:  602.474.3600
Facsimile:   602.957.1801

Attorneys for Defendants State of Arizona,
Andy Tobin, and Paul Shannon

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Russell B. Toomey,<br><br>       Plaintiff,<br><br>v.<br><br>State of Arizona; Arizona Board of Regents, d/b/a University of Arizona, a governmental body of the State of Arizona; Ron Shoopman, In his official capacity as Chair of the Arizona Board of Regents; Larry Penley, in his official capacity as member of the Arizona Board of Regents; Ram Krishna, in his official capacity as Secretary of the Arizona Board of Regents; Bill Ridenour, in his official capacity as treasurer of the Arizona Board of Regents; Lyndel Manson, in her official capacity as member of the Arizona Board of Regents; Karrin Taylor Robson, in her official capacity as member of the Arizona Board of Regents; Jay Heiler, in his official capacity as member of the Arizona Board of Regents; Fred Duval, in his official capacity as member of the Arizona Board of Regents; Andy Tobin, in his official capacity as Director of the Arizona Department of Administration; Paul Shannon, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>       Defendants. | Case No. CV 19-0035-TUC-RM (LAB)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (FIRST REQUEST)** |

Defendants State of Arizona, Andy Tobin, and Paul Shannon respectfully request that the Court issue an Order extending their time to respond to Plaintiff's Superseding Motion for Class Certification from April 6, 2020 through April 20, 2020. The reason for this request is to allow Defendants' new counsel to familiarize themselves with the case files, which they just received this week, the issues raised by Plaintiff's motion, and to allow sufficient time to prepare a response to Plaintiff's Motion. Plaintiff's counsel has indicated that he does not object to this extension.

DATED this 31st day of March 2020.

| | |
|---|---|
| *s/ Christine K. Wee (w/ permission)* <br> Victoria Lopez <br> Christine K. Wee <br> ACLU FOUNDATION OF ARIZONA <br> 3707 North 7th Street, Suite 235 <br> Phoenix, Arizona 85014 <br> Attorneys for Plaintiff | *s/ Peter C. Prynkiewicz* <br> R. Shawn Oller <br> Peter C. Prynkiewicz <br> LITTLER MENDELSON, P.C. <br> Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon |

*s/ Joshua A. Block (w/ permission)*
Joshua A. Block
Leslie Cooper
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, Floor 18
New York, New York 10004
Attorneys for Plaintiff

*s/ Wesley R. Powell (w/ permission)*
Wesley R. Powell
Matthew S. Friemuth
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Attorneys for Plaintiff

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

*s/ Peter C. Prynkiewicz*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 31st day of March 2020:

Victoria Lopez
Christine K. Wee
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

Joshua A. Block
Leslie Cooper
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, Floor 18
New York, New York 10004
*Attorneys for Plaintiff*

Wesley R. Powell
Matthew S. Friemuth
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
*Attorneys for Plaintiff*

Paul F. Eckstein
Austin C. Yost
Perkins Coie LLP
2901 North Central Ave., Suite 2000
Phoenix, Arizona 85012-2788
*Attorneys for Defendants Arizona Board of Regents d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

*s/ Tisha A. Davis*