# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona; Arizona Board of Regents, d/b/a University of Arizona, a governmental body of the State of Arizona; Ron Shoopman, In his official capacity as Chair of the Arizona Board of Regents; Larry Penley, in his official capacity as member of the Arizona Board of Regents; Ram Krishna, in his official capacity as Secretary of the Arizona Board of Regents; Bill Ridenour, in his official capacity as treasurer of the Arizona Board of Regents; Lyndel Manson, in her official capacity as member of the Arizona Board of Regents; Karrin Taylor Robson, in her official capacity as member of the Arizona Board of Regents; Jay Heiler, in his official capacity as member of the Arizona Board of Regents; Fred Duval, in his official capacity as member of the Arizona Board of Regents; Andy Tobin, in his official capacity as Director of the Arizona Department of Administration; Paul Shannon, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>    Defendants. | Case No. CV 19-0035-TUC-RM (LAB)<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

-1-

In accordance with the Stipulation for Extension of Time to respond to Plaintiff's Motion for Class Certification, and good cause appearing,

**IT IS HEREBY ORDERED** that the stipulation is granted.   (Doc. 96) Defendants State of Arizona, Andy Tobin, and Paul Shannon shall have until April 20, 2020 to respond to Plaintiff's Superseding Motion for Class Certification.

Dated this 31st day of March, 2020.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge