# EXHIBIT A

Victoria Lopez*
Christine K. Wee (SBN 028535)
ACLU Foundation of Arizona
3707 N 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

*Counsel for Plaintiff*
(*admission under Arizona Rule 38(f) pending)

*(Additional counsel listed on next page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,** | Case No. CV 19-0035-TUC-RM (LAB) |
| **Plaintiff,** | |
| v. | |
| **State Of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona Board Of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration, | **SUPPLEMENTAL DECLARATION OF RUSSELL B. TOOMEY** |
| **Defendants.** | |

1. Joshua A. Block (admitted *pro hac vice*)
   jblock@aclu.org
2. Leslie Cooper (admitted *pro hac vice*)
   lcooper@aclu.org
3. American Civil Liberties Union
   125 Broad Street, Floor 18
4. New York, New York 10004
   Telephone: (212) 549-2650
5. Facsimile: (212) 549-2627

6.
7. Wesley R. Powell (admitted *pro hac vice*)
   wpowell@willkie.com
   Matthew S. Friemuth (admitted *pro hac vice*)
8. mfriemuth@willkie.com
   Willkie Farr & Gallagher LLP
9. 787 Seventh Avenue
   New York, New York 10019
10. Telephone: (212) 728-8000
    Facsimile: (212) 728-8111
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

**SUPPLEMENTAL DECLARATION OF RUSSELL B. TOOMEY**

I, Russell B. Toomey, declare and state as follows:

1. I submit this supplemental declaration in support of Plaintiff's Superseding Motion for Class Certification.

2. The following information is within my own personal knowledge. If called as a witness, I would and could competently testify to the facts stated herein.

3. I know of at least six other transgender employees at the University of Arizona or Arizona State University who are ineligible for gender reassignment surgery because of the exclusion. To my knowledge, these employees have not made a claim with their insurance on behalf of themselves or their dependents enrolled in the State's self-funded plan because they know it will be denied.

4. The transgender employees at the University of Arizona or Arizona State University referenced in paragraph 3 above have informed me personally that they have not requested coverage on behalf of themselves or their dependents enrolled in the State's self-funded plan for transition-related surgery with their insurance because they know it will be denied. Further, I know of other transgender employees at the University of Arizona or Arizona State University who have stated in professional forums I have attended that they have not made this request for coverage on behalf of themselves or their dependents enrolled in the State's self-funded plan for transition-related surgery with their insurance because they know they will be denied.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 29th day of April, 2020.

*/s/ Russell B. Toomey*
Russell B. Toomey