Victoria Lopez*
Christine K Wee– 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
Email: cwee@acluaz.org

(*admission under Arizona Rule 38(f) pending)

**Joshua A. Block****
**Leslie Cooper****
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
**\*\*Admitted Pro hac vice*

**Wesley R. Powell****
**Matthew S. Friemuth****
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: wpowell@willkie.com
E-Mail: mfriemuth@willkie.com
**\*\*Admitted Pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>　　　　Defendants. | 4:19-cv-00035-TUC-RM (LCK)<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF WRITTEN DISCOVERY** |

　　　Plaintiff hereby gives notice that he served his First Set of Interrogatories to the Defendants by email to Defendants' counsel on June 5, 2020.

　　　Dated this 5th day of June, 2020.

　　　　　　　　　　ACLU FOUNDATION OF ARIZONA

　　　　　　　　　By <u>/s/ Christine K. Wee</u>
　　　　　　　　　　　Victoria Lopez
　　　　　　　　　　　Christine K. Wee

　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION FOUNDATION
　　　　　　　　　　　Joshua A. Block
　　　　　　　　　　　Leslie Cooper


　　　　　　　　　WILLKIE FARR & GALLAGHER LLP
　　　　　　　　　　Wesley R. Powell
　　　　　　　　　　Matthew S. Friemuth


　　　　　　　　　*Attorneys for Plaintiff Russell B. Toomey*

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

<u>/s/ Christine K. Wee</u>