IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Russell B. Toomey,                              )
                                                )          CV 19-0035-TUC-RM (LAB)
                    Plaintiff,                  )
                                                )
v.                                              )
                                                )          **ORDER**
State of Arizona;  Arizona Board of Regents,    )
d/b/a University of Arizona, a governmental     )
body of the State of Arizona; et al.,           )
                                                )
                    Defendants.                 )
_____ )

        IT IS ORDERED that the parties shall file, by July 15, 2020, a joint report on the status

of this action including, if appropriate, proposed deadlines for amending the pleadings, lay

witness disclosure, expert witness disclosure, discovery completion, the filing of dispositive

motions, and the lodging of a proposed pretrial order.

        DATED this 1st day of July, 2020.


                                        _____
                                                    Leslie A. Bowman
                                            United States Magistrate Judge