IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey,<br>        Plaintiff,<br>v.<br><br>State of Arizona; Arizona Board of Regents, d/b/a University of Arizona, a governmental body of the State of Arizona; et al.,<br>        Defendants. | CV 19-0035-TUC-RM (LAB)<br><br>**ORDER** |

    Pending before the court is the defendants' motion to continue the Scheduling Conference currently set for September 18, 2020 at 10:30 a.m. because they have recently retained new counsel. (Doc. 117) The plaintiffs do not oppose the motion. *Id.* Good cause appearing,

    IT IS ORDERED that the motion to continue is GRANTED. (Doc. 117) The Scheduling Conference is reset for Friday, October 30, 2020 at 10:30 a.m. The conference will be telephonic. The parties shall file with the court, not less than seven calendar days before the Scheduling Conference, a joint report in compliance with the court's August 14, 2020 order.

    DATED this 14th day of September, 2020.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge