# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona; Arizona Board of Regents, d/b/a University of Arizona, a governmental body of the State of Arizona; Ron Shoopman, In his official capacity as Chair of the Arizona Board of Regents; Larry Penley, in his official capacity as member of the Arizona Board of Regents; Ram Krishna, in his official capacity as Secretary of the Arizona Board of Regents; Bill Ridenour, in his official capacity as treasurer of the Arizona Board of Regents; Lyndel Manson, in her official capacity as member of the Arizona Board of Regents; Karrin Taylor Robson, in her official capacity as member of the Arizona Board of Regents; Jay Heiler, in his official capacity as member of the Arizona Board of Regents; Fred Duval, in his official capacity as member of the Arizona Board of Regents; Andy Tobin, in his official capacity as Director of the Arizona Department of Administration; Paul Shannon, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>　　　　Defendants | Case No. CV 19-0035-TUC-RM (LAB)<br><br>**ORDER GRANTING LITTLER MENDELSON'S *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANTS THE STATE OF ARIZONA, ANDY TOBIN, AND PAUL SHANNON** |

This Court, having reviewed Littler Mendelson's *Ex Parte* Application to Withdraw as Counsel of Record for Defendants The State of Arizona, Andy Tobin, and Paul Shannon, and good cause appearing;

1    IT HEREBY IS ORDERED Littler's Application to Withdraw as Counsel is
2 GRANTED. Peter C. Prynkiewicz, R. Shawn Oller, and Littler Mendelson are permitted to
3 withdraw as counsel of record for Defendants.
4    Dated this 16th day of September, 2020.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge