Paul F. Eckstein (#001822)
Austin C. Yost (#034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
PEckstein@perkinscoie.com
AYost@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents,
Ron Shoopman, Larry Penley, Ram Krishna,
Bill Ridenour, Lyndel Manson, Karrin Taylor Robson,
Jay Heiler, and Fred DuVal*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**, <br><br> Plaintiff, <br><br> v. <br><br> **State of Arizona**; **Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as Chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred DuVal**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as | Case No. CV 19-00035-TUC-RM (LAB) <br><br> **DEFENDANTS ARIZONA BOARD OF REGENTS, RON SHOOPMAN, LARRY PENLEY, RAM KRISHNA, BILL RIDENOUR, LYNDEL MANSON, KARRIN TAYLOR ROBSON, JAY HEILER, AND FRED DUVAL'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,

Defendants.

Defendants Arizona Board of Regents ("the Board"), Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal (collectively, "University Defendants") reiterate the position that they have taken from the beginning of this litigation. The University Defendants do not object to the Plaintiff's requested preliminary or permanent injunctive relief against the State of Arizona, Andy Tobin, and Paul Shannon (collectively, "State Defendants"). [*See also* Docs. 23, 31, 91 (confirming that the University Defendants do not object to the Plaintiff's requested permanent injunctive relief against the State Defendants)].

In addition, the Board does not object to a preliminary or permanent injunction against it so long as: (1) the injunction entered against the Board is no greater than the injunction entered against the State Defendants; and (2) the injunction is not entered against the individually named Regents because the injunction against the Board would by operation apply to them under Federal Rule of Civil Procedure 65(d)(2)(B), and the appointees to the Board are predictably subject to change.[1]

To be clear, the Board strongly objects to a preliminary or permanent injunction entered against it but not the State Defendants. Arizona law requires the Board to "accept the benefit level, plan design, insurance providers, premium level and other terms and conditions determined by" the Arizona Department of Administration ("ADOA"). A.R.S. § 38-656(E); *see also* A.R.S. § 38-656(B) (providing that, when the Board participates in

---

[1] For example, Regents Heiler and Krishna are no longer on the Board.

-1-

the health insurance plan that is controlled by ADOA, ADOA's health insurance plan "shall be the only health . . . insurance coverage offered to" the Board's employees). The Board thus has no reasonable authority to independently offer the health insurance coverage that the Plaintiff requests in his Complaint and Motion for Preliminary Injunction. The Board must instead offer only the health insurance coverage that ADOA permits it to offer.

For these reasons, the Board does not object to the Plaintiff's requested preliminary injunction against it so long as the injunction is entered contemporaneously against the State Defendants and not against the individually named Regents because the State Defendants are the only Defendants with authority to remove the "[g]ender reassignment surgery" exclusion from the health insurance plan that is controlled by ADOA.

Dated: September 25, 2020          **PERKINS COIE LLP**

By: *s/ Paul F. Eckstein*
    Paul F. Eckstein
    Austin C. Yost
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

*Attorneys for Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal*

**Certificate of Service**

I certify that, on September 25, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

A copy was also e-mailed this September 25, 2020 to:

| | |
|---|---|
| Wesley R. Powell<br>Matthew S. Friemuth<br>Nicholas Reddick<br>Kristen Killian<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>wpowell@willkie.com<br>mfriemuth@willkie.com<br>nreddick@willkie.com<br>kkillian@willkie.com | Timothy J. Berg<br>Amy Abdo<br>Ryan Curtis<br>Shannon Cohan<br>**Fennemore Craig, P.C.**<br>2394 East Camelback Road, Suite 600<br>Phoenix, AZ 85016<br>tberg@fclaw.com<br>amy@fclaw.com<br>rcurtis@fclaw.com<br>scohan@fclaw.com<br><br>*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon* |
| Joshua A. Block<br>Leslie Cooper<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>jblock@aclu.org<br>lcooper@aclu.org | |
| Christine K. Wee<br>Victoria Lopez<br>**ACLU Foundation of Arizona**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>cwee@acluaz.org<br>vlopez@acluaz.org<br><br>*Attorneys for Plaintiff Russell Toomey* | |

*s/ Clair Wendt*

-3-