FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fclaw.com
Email: amy@fclaw.com
Email: rcurtis@fclaw.com
Email: scohan@fclaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RUSSELL B. TOOMEY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA; ARIZONA BOARD OF REGENTS D/B/A UNIVERSITY OF ARIZONA, a governmental body of the State of Arizona; RON SHOOPMAN, in his official capacity as Chair of the Arizona Board of Regents; LARRY PENLEY, in his official capacity as Member of the Arizona Board of Regents; RAM KRISHNA, in his official capacity as Secretary of the Arizona Board of Regents; BILL RIDENOUR, in his official capacity as Treasurer of the Arizona Board of Regents; LYNDEL MANSON, in her official capacity as Member of the Arizona Board of Regents; KARRIN TAYLOR ROBSON, in her official capacity as Member of the Arizona Board of Regents; JAY HEILER, in his official capacity as Member of the Arizona Board of Regents; FRED DUVAL, in his official capacity as Member of the Arizona Board of Regents; ANDY TOBIN, in his official capacity as Director of the Arizona | No. 4:19-cv-00035<br><br>**NOTICE OF SERVICE OF STATE DEFENDANTS' FIRST AMENDED RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

|   |   |
|---|---|
| 1 | Department of Administration; PAUL SHANNON, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration, |
| 2 |  |
| 3 |  |
| 4 | Defendants. |

Notice is hereby given that Defendants State of Arizona, Andy Tobin, and Paul Shannon (the "State Defendants") served their First Amended Response to Mandatory Initial Discovery Requests and Responses to Plaintiff's First Set of Interrogatories via email on this date to Plaintiff Russell B. Toomey and Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred Duval.

DATED this 28th day of September, 2020.

FENNEMORE CRAIG, P.C.

By: *s/ Shannon Cohan*
Timothy J. Berg
Amy Abdo
Ryan Curtis
Shannon Cohan
Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Victoria Lopez
Christine K. Wee
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
vlopez@acluaz.org
cwee@acluaz.org
*Attorneys for Plaintiff*

Joshua A. Block
Leslie Cooper
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
jblock@aclu.org
lcooper@aclu.org
*Attorneys for Plaintiff*

Wesley R. Powell
Matthew S. Friemuth
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019
wpowell@willkie.com
mfriemuth@willkie.com
*Attorneys for Plaintiff*

Paul F. Eckstein
Austin C. Yost
PERKINS COIE, LLP
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012
PEckstein@perkinscoie.com
AYost@perkinscoie.com
*Attorneys for Defendants Arizona Board of Regents
dba University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour;
Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

*/s/ Lynn M. Marble*

16235075

FENNEMORE CRAIG, P.C.
PHOENIX