1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Russell B. Toomey, | ) | No. CV 19-00035-TUC-RM (LAB) |
|     Plaintiff, | ) ) | **SCHEDULING ORDER** |
| vs. | ) ) | |
| State of Arizona; et al., | ) ) | |
|     Defendants. | ) ) ) | |

Pursuant to Rule 16(a) of the Federal Rules of Civil Procedure, a Scheduling Conference was held before this Court on October 30, 2020.  Pursuant to the terms of the Case Management Plan and the representations made by the parties at the Rule 16 Scheduling Conference, all parties shall comply with the deadlines established by this Order.

**IT IS HEREBY ORDERED:**

 A.  Pursuant to the local rule governing differentiated case management, this action is designated a standard track case.

 B. Motions to amend the pleadings and join additional parties will be filed by <u>November 30, 2020</u>.

 C. The parties shall disclose lay witnesses by <u>December 21, 2020</u>.  *See* Fed.R.Civ.P. 26(a)(3).  The parties shall disclose expert witnesses and expert testimony by <u>February 1,</u>

1  2021 and March 15, 2021 respectively.  *See* FED.R.CIV.P. 26(a)(2).  Expert witnesses will

2  not be allowed to testify to matters not described in their reports.

3  D. All discovery, including answers to interrogatories, supplements to interrogatories and

4  the filing of discovery motions, shall be completed by May 3, 2021.

5  E. Parties are directed to Local Rule 7.2(j), which prohibits filing discovery motions unless

6  parties have first met to resolve any discovery difficulties.

7  F. Counsel cannot, without Court approval, extend the deadlines imposed by the Court.

8  G. All dispositive motions shall be filed no later than June 7, 2021

9  H. All parties are specifically notified that pursuant to Local Rule 7.2(i), "[i]f a motion does

10  not conform in all substantial respects with the requirements of this Local Rule,  or if  the

11  unrepresented party or counsel does not serve or file the required answering memoranda, or

12  if the unrepresented party or counsel fails to appear at the time and place assigned for oral

13  argument, such noncompliance may be deemed a consent to the denial or granting of the

14  motion and the Court may dispose of the motion summarily."

15  I. A joint letter to the Court concerning the status of settlement discussions (containing no

16  specific settlement terms or offers) shall be submitted by May 3, 2021 and every two months

17  thereafter.

18  J. A joint proposed pretrial order shall be lodged by July 5, 2021.  If dispositive motions are

19  filed, the pretrial order shall be due 30 days following resolution of the motions.  Counsel

20  should contact the Court for instructions concerning the proper form of the pretrial order.

21  K. Attorneys for each party who will be responsible for trial of the lawsuit shall appear and

22  participate in a Pretrial Conference to be scheduled after submission of the joint proposed

23  pretrial order.  Following the Pretrial Conference, this Court will issue the final pretrial order

24  and any additional instructions for trial preparation.  The trial date will be set at the Pretrial

25  Conference.

26

27

28

1     L.  This Court views compliance with the provisions of this Order as critical to its case

2   management responsibilities and the responsibilities of the parties under Rule 1 of the

3   Federal Rules of Civil Procedure.

            DATED this 2nd day of November, 2020.

                                   Leslie A. Bowman
                                   United States Magistrate Judge

- 3 -