Paul F. Eckstein (#001822)
Austin C. Yost (#034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
PEckstein@perkinscoie.com
AYost@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents,*
*Ron Shoopman, Larry Penley, Ram Krishna,*
*Bill Ridenour, Lyndel Manson, Karrin Taylor Robson,*
*Jay Heiler, and Fred DuVal*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**, <br><br> Plaintiff, <br><br> v. <br><br> **State of Arizona**; **Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as Chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred DuVal**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona | Case No. CV 19-00035-TUC-RM (LAB) <br><br><br> **DEFENDANTS ARIZONA BOARD OF REGENTS, RON SHOOPMAN, LARRY PENLEY, RAM KRISHNA, BILL RIDENOUR, LYNDEL MANSON, KARRIN TAYLOR ROBSON, JAY HEILER, AND FRED DUVAL'S NOTICE OF SERVICE OF SEVENTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

1
2
3
4
5

Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,

Defendants.

6
7

Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna,

8   Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal

9   (collectively, "University Defendants") hereby give notice that they have served their

10  seventh supplemental disclosure statement via e-mail on the date set forth below.

11      Respectfully submitted this November 4, 2020.

12
13                          **PERKINS COIE LLP**

14      By:  *s/ Paul F. Eckstein*
              Paul F. Eckstein
15            Austin C. Yost
              2901 North Central Avenue, Suite 2000
16            Phoenix, AZ 85012

17
18      *Attorneys for Defendants Arizona Board of
         Regents, Ron Shoopman, Larry Penley, Ram
19       Krishna, Bill Ridenour, Lyndel Manson, Karrin
         Taylor Robson, Jay Heiler, and Fred DuVal*

20
21
22
23
24
25
26
27
28

**Certificate of Service**

I hereby certify that, on November 4, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

A copy was also e-mailed this November 4, 2020 to:

| | |
|---|---|
| Wesley R. Powell<br>Matthew S. Friemuth<br>Nicholas Reddick<br>Kristen Killian<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>wpowell@willkie.com<br>mfriemuth@willkie.com<br>nreddick@willkie.com<br>kkillian@willkie.com | Timothy J. Berg<br>Amy Abdo<br>Ryan Curtis<br>Shannon Cohan<br>**Fennemore Craig, P.C.**<br>2394 East Camelback Road, Suite 600<br>Phoenix, AZ 85016<br>tberg@fclaw.com<br>amy@fclaw.com<br>rcurtis@fclaw.com<br>scohan@fclaw.com<br><br>*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon* |
| Joshua A. Block<br>Leslie Cooper<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>jblock@aclu.org<br>lcooper@aclu.org | |
| Christine K. Wee<br>Victoria Lopez<br>**ACLU Foundation of Arizona**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>cwee@acluaz.org<br>vlopez@acluaz.org<br><br>*Attorneys for Plaintiff Russell Toomey* | |

*s/ Clair Wendt*

-3-