**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
Email: cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Friemuth***
**Nicholas Reddick***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: wpowell@willkie.com
E-Mail: mfriemuth@willkie.com
*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**RUSSELL B. TOOMEY,**

   Plaintiff,

v.

**STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, D/B/A UNIVERSITY OF ARIZONA**, a governmental body of the State of Arizona; **RON SHOOPMAN**, in his official capacity as Chair of the **Arizona Board of Regents; LARRY PENLEY**, in his official capacity as Member of the Arizona Board of Regents; **RAM KRISHNA**, in his official capacity as Secretary of the Arizona Board of Regents; **BILL RIDENOUR**, in his official capacity as Treasurer of the Arizona Board of Regents; **LYNDEL MANSON**, in her official capacity as Member of the Arizona Board of Regents; **KARRIN TAYLOR ROBSON**, in her official capacity as Member of the Arizona Board of Regents; **JAY HEILER**, in his official capacity as Member of the Arizona Board of Regents; **FRED DUVAL**, in his official capacity as Member of the Arizona Board of Regents; **ANDY TOBIN**, in his official capacity as Director of the Arizona Department of Administration; **PAUL SHANNON**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,

   Defendants.

Case No. 4:19-cv-00035-TUC-RM (LAB)

**NOTICE OF ERRATA**

This Notice of Errata is filed with regard to a Notice of Appearance inadvertently filed with the Court on Friday, November 13, 2020 (Doc. 132). The correct Notice of Appearance for Victoria Lopez as counsel of record for the Plaintiff is attached as Exhibit A.

Dated this 16th day of November, 2020.

ACLU FOUNDATION OF ARIZONA
By */s/ Victoria Lopez*
    Victoria Lopez
    Christine K. Wee

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    Joshua A. Block*
    Leslie Cooper*

WILLKIE FARR & GALLAGHER LLP
    Wesley R. Powell*
    Matthew S. Friemuth*
    Nicholas Reddick*

*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*/s/Victoria Lopez*
Victoria Lopez

# EXHIBIT A

**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
Email**:** cwee@acluaz.org

**Joshua A. Block\***
**Leslie Cooper\***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*\*Admitted pro hac vice*

**Wesley R. Powell\***
**Matthew S. Friemuth\***
**Nicholas Reddick\***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: wpowell@willkie.com
E-Mail: mfriemuth@willkie.com
*\*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **RUSSELL B. TOOMEY,**<br><br>            Plaintiff,<br><br>v.<br><br>**STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, D/B/A UNIVERSITY OF ARIZONA**, a governmental body of the State of Arizona; **RON SHOOPMAN**, in his official capacity as Chair of the **Arizona Board of Regents; LARRY PENLEY**, in his official capacity as Member of the Arizona Board of Regents; **RAM KRISHNA**, in his official capacity as Secretary of the Arizona Board of Regents; **BILL RIDENOUR**, in his official capacity as Treasurer of the Arizona Board of Regents; **LYNDEL MANSON**, in her official capacity as Member of the Arizona Board of Regents; **KARRIN TAYLOR ROBSON**, in her official capacity as Member of the Arizona Board of Regents; **JAY HEILER**, in his official capacity as Member of the Arizona Board of Regents; **FRED DUVAL**, in his official capacity as Member of the Arizona Board of Regents; **ANDY TOBIN**, in his official capacity as Director of the Arizona Department of Administration; **PAUL SHANNON**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>            Defendants. | Case No. 4:19-cv-00035-TUC-RM (LAB)<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF** |

1

Pursuant to Local Rule 83.3, Victoria Lopez of the ACLU Foundation of Arizona hereby enters her appearance as co-counsel of record for the Plaintiff.

Dated this 16th day of November, 2020.

>ACLU FOUNDATION OF ARIZONA
>By */s/ Victoria Lopez*
>    Victoria Lopez
>    Christine K. Wee
>
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION
>    Joshua A. Block*
>    Leslie Cooper*
>
>WILLKIE FARR & GALLAGHER LLP
>    Wesley R. Powell*
>    Matthew S. Friemuth*
>    Nicholas Reddick*
>
>**Admitted pro hac vice*
>
>*Attorneys for Plaintiff Russell B. Toomey*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 16, 2020 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*/s/Victoria Lopez*
Victoria Lopez