**Victoria Lopez – 330042**
**Christine K Wee– 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
Email: cwee@acluaz.org

**Joshua A. Block****
**Leslie Cooper****
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail:jblock@aclu.org
E-Mail: lcooper@aclu.org
***Admitted Pro hac vice***

**Wesley R. Powell***
**Matthew S. Friemuth***
**Nicholas Reddick***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: wpowell@willkie.com
E-Mail: mfriemuth@willkie.com
E-Mail: nreddick@willkie.com
***Admitted Pro hac vice***

*Attorneys for Plaintiff Russell B. Toomey.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**, | 4:19-cv-00035-TUC-RM (LCK) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SERVICE OF WRITTEN DISCOVERY** |
| v. | |
| **State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; et al., | |
| Defendants. | |

Plaintiff hereby gives notice that he served his First Request for Production of Documents upon Defendants on December 8, 2020.

Dated this 9th day of December, 2020.

ACLU FOUNDATION OF ARIZONA

By */s/ Christine K. Wee*
    Victoria Lopez
    Christine K. Wee

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
    Joshua A. Block
    Leslie Cooper

WILLKIE FARR & GALLAGHER LLP
    Wesley R. Powell
    Matthew S. Friemuth
    Nicholas Reddick

*Attorneys for Plaintiff Russell B. Toomey*

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*/s/ Christine K. Wee*
Christine K. Wee