Paul F. Eckstein (#001822)
Austin C. Yost (#034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
PEckstein@perkinscoie.com
AYost@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents,*
*Ron Shoopman, Larry Penley, Ram Krishna,*
*Bill Ridenour, Lyndel Manson, Karrin Taylor Robson,*
*Jay Heiler, and Fred DuVal*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**, <br><br> Plaintiff, <br><br> v. <br><br> **State of Arizona**; **Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as Chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred DuVal**, in his official | Case No. CV 19-00035-TUC-RM (LCK) <br><br> **DEFENDANTS ARIZONA BOARD OF REGENTS, RON SHOOPMAN, LARRY PENLEY, RAM KRISHNA, BILL RIDENOUR, LYNDEL MANSON, KARRIN TAYLOR ROBSON, JAY HEILER, AND FRED DUVAL'S RESPONSE TO REPORT AND RECOMMENDATION (DOC. 134)** |

capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,

Defendants.

Under 28 U.S.C. § 636(b)(1), Defendants Arizona Board of Regents ("the Board"), Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal (collectively, "University Defendants") respond to the Magistrate Judge's Report and Recommendation as follows. (Doc. 134).

The University Defendants reiterate the position that they set out in their Response to Dr. Toomey's Motion for Preliminary Injunction. (Doc. 122). The University Defendants do not object to Dr. Toomey's requested preliminary injunction against the State of Arizona, Andy Tobin, and Paul Shannon (collectively, "State Defendants"). In addition, the Board does not object to a preliminary injunction against it so long as: (1) the injunction entered against the Board is no greater than the injunction entered against the State Defendants and (2) the injunction is not entered against the individually named Regents.

To be clear, the Board strongly objects to a preliminary injunction entered against it but not the State Defendants. Arizona law requires the Board to "accept the benefit level, plan design, insurance providers, premium level and other terms and conditions determined by" the Arizona Department of Administration ("ADOA"). A.R.S. § 38-656(E); *see also* A.R.S. § 38-656(B) (providing that, when the Board participates in the health insurance plan that is controlled by ADOA, ADOA's health insurance plan "shall be the only health . . . insurance coverage offered to" the Board's employees). The Board thus has no reasonable authority to independently offer the health insurance coverage that Dr. Toomey

-2-

requests in his Complaint and Motion for Preliminary Injunction. The Board must instead offer only the health insurance coverage that ADOA permits it to offer.

For these reasons, the Board does not object to Dr. Toomey's requested preliminary injunction against it so long as the injunction is entered contemporaneously against the State Defendants and not against the individually named Regents because the State Defendants are the only Defendants with authority to remove the "[g]ender reassignment surgery" exclusion from the health insurance plan that is controlled by ADOA.

Dated:  December 14, 2020    **PERKINS COIE LLP**

By: *s/ Paul F. Eckstein*
    Paul F. Eckstein
    Austin C. Yost
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

*Attorneys for Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal*

**Certificate of Service**

I certify that, on December 14, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

A copy was also e-mailed this December 14, 2020 to:

| | |
|---|---|
| Wesley R. Powell<br>Matthew S. Friemuth<br>Nicholas Reddick<br>Kristen Killian<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>wpowell@willkie.com<br>mfriemuth@willkie.com<br>nreddick@willkie.com<br>kkillian@willkie.com | Timothy J. Berg<br>Amy Abdo<br>Ryan Curtis<br>Shannon Cohan<br>**Fennemore Craig, P.C.**<br>2394 East Camelback Road, Suite 600<br>Phoenix, AZ 85016<br>tberg@fclaw.com<br>amy@fclaw.com<br>rcurtis@fclaw.com<br>scohan@fclaw.com<br><br>*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon* |
| Joshua A. Block<br>Leslie Cooper<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>jblock@aclu.org<br>lcooper@aclu.org | |
| Christine K. Wee<br>Victoria Lopez<br>**ACLU Foundation of Arizona**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>cwee@acluaz.org<br>vlopez@acluaz.org<br><br>*Attorneys for Plaintiff Russell Toomey* | |

*s/ Clair Wendt*