**Victoria Lopez** – 330042
**Christine K Wee**– 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
Email: cwee@acluaz.org

**Joshua A. Block\*\***
**Leslie Cooper\*\***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
**\*\*Admitted Pro hac vice**

**Wesley R. Powell\***
**Matthew S. Friemuth\***
**Nicholas Reddick\***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: wpowell@willkie.com
E-Mail: mfriemuth@willkie.com
E-Mail: nreddick@willkie.com
**\*\*Admitted Pro hac vice**

*Attorneys for Plaintiff Russell B. Toomey*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; et al., <br><br>　　　　　Defendants. | 4:19-cv-00035-TUC-RM (LCK) <br><br>**PLAINTIFF'S LAY WITNESS DISCLOSURE** |

　　　　Plaintiff, by and through undersigned counsel, hereby submits his Disclosure of Lay Witnesses in accordance with the Court's November 2, 2020 Scheduling Order (Doc. 130) and FED.R.CIV. P. 26(a)(3).

　　　　By identifying the individuals and categories of documents below, Dr. Toomey does not waive or intend to waive his right to assert the attorney-client privilege, the work product doctrine and any other privilege or protection from disclosure available under federal or state statutory, constitutional or common law.

　　　　Dr. Toomey expressly reserves the right to object to the admissibility at trial of any information contained in or derived from this disclosure statement. He does not concede the relevance of any information contained in or derived from this disclosure statement. Dr. Toomey reserves the right to rely upon the individuals identified in this disclosure statement for subjects other than those identified herein. Dr. Toomey reserves the right to supplement, amend, correct, or modify these disclosures as appropriate, pursuant to Fed. R. Civ. P. 26(E).

1.     Russell B. Toomey
   c/o Victoria Lopez and Christine K. Wee
   ACLU FOUNDATION OF ARIZONA
   3707 North 7th Street, Suite 235
   Phoenix, Arizona 85014

Dr. Toomey is the Plaintiff in this matter and is expected to testify relating to all facts in the Complaint.

2.     Paul Shannon
   c/o Ryan C. Curtis
   Fennemore Craig
   2394 East Camelback Road, Suite 600
   Phoenix, AZ 85016-3429

Mr. Shannon is the Acting Assistant Director of Benefit Services Division of the Arizona Department of Administration. Mr. Shannon is expected to testify regarding the self-funded health plan provided to Arizona State employees, including its exclusions.

3.     Ron Shoopman
   c/o Paul Eckstein Perkins Coie, LLP
   2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788

Mr. Shoopman is sued in his official capacity as Chair of the Arizona Board of Regents. Mr. Shoopman is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

4.     Larry Penley
   c/o Paul Eckstein Perkins Coie, LLP
   2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788

Mr. Penley is sued in his official capacity as a member of the Arizona Board of Regents. Mr. Penley is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

5. Ram Krishna
c/o Paul Eckstein Perkins Coie, LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Mr. Krishna is sued in his official capacity as a member of the Arizona Board of Regents. Mr. Krishna is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

6. Bill Ridenour
c/o Paul Eckstein Perkins Coie, LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Mr. Ridenour is sued in his official capacity as a member of the Arizona Board of Regents. Mr. Ridenour is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

7. Lyndel Manson
c/o Paul Eckstein Perkins Coie, LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Ms. Manson is sued in her official capacity as a member of the Arizona Board of Regents. Ms. Manson is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

8. Karrin Taylor Robson
c/o Paul Eckstein
Perkins Coie, LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Ms. Taylor Robson is sued in her official capacity as a member of the Arizona

Board of Regents. Ms. Taylor Robson is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

        9.      Jay Heiler
                  c/o Paul Eckstein
                  Perkins Coie, LLP
                  2901 North Central Avenue, Suite 2000
                  Phoenix, Arizona 85012-2788

Mr. Heiler is sued in his official capacity as a member of the Arizona Board of Regents. Mr. Heiler is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

        10.     Fred DuVal
                  c/o Paul Eckstein
                  Perkins Coie, LLP
                  290I North Central Avenue, Suite 2000
                  Phoenix, Arizona 85012-2788

Mr. DuVal is sued in his official capacity as a member of the Arizona Board of Regents. Mr. DuVal is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

        11.     Authorized Representative of the Arizona Department of
                  Administration
                   c/o Ryan C. Curtis
                  Fennemore Craig
                  2394 East Camelback Road, Suite 600
                  Phoenix, AZ 85016-3429

This representative is expected to testify regarding the self-funded health plan provided to Arizona State employees, including its exclusions.

12. Authorized Representative of the Benefit Services
    Division of the Arizona Department of Administration
    c/o Ryan C. Curtis
    Fennemore Craig
    2394 East Camelback Road, Suite 600
    Phoenix, AZ 85016-3429

This representative is expected to testify regarding the self-funded health plan provided to Arizona State employees, including its exclusions.

13. Andy Tobin
    c/o Ryan C. Curtis
    Fennemore Craig
    2394 East Camelback Road, Suite 600
    Phoenix, AZ 85016-3429

Mr. Tobin is the Director of the Arizona Department of Administration. Mr. Tobin is expected to testify regarding the self-funded health plan provided to Arizona State employees, including its exclusions.

14. Scott Bender
    c/o Ryan C. Curtis
    Fennemore Craig
    2394 East Camelback Road, Suite 600
    Phoenix, AZ 85016-3429

Mr. Bender is the Plan Administration Manager of the Benefit Services Division of the Arizona Department of Administration. Mr. Bender is expected to testify regarding the self-funded health plan provided to Arizona State employees, including its exclusions.

15. Marie Isaacson
    c/o Ryan C. Curtis
    Fennemore Craig
    2394 East Camelback Road, Suite 600
    Phoenix, AZ 85016-3429

Ms. Isaacson is the former Director of the Benefit Services Division of the Arizona Department of Administration. Ms. Isaacson is expected to testify regarding the self-funded health plan provided to Arizona State employees, including its exclusions.

16. Yvette Medina
c/o Ryan C. Curtis
Fennemore Craig
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429

Ms. Medina is employed by the Arizona Department of Administration. Ms. Medina is expected to testify regarding the self-funded health plan provided to Arizona State employees, including its exclusions.

17. Michael Meisner
c/o Ryan C. Curtis
Fennemore Craig
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016

Michael Meisner is an Actuary I in the Benefits Services Division of the Arizona Department of Administration and is expected to testify regarding his employment with the Arizona Department of Administration and the self-funded health plan administered by the Arizona Department of Administration.

18. Elizabeth Schafer
c/o Ryan C. Curtis
Fennemore Craig
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016

Elizabeth Schafer is the former Plan Administrator of the Benefits Services Division of the Arizona Department of Administration who is expected to testify regarding her employment with the Arizona Department of Administration and the self-funded health plan administered by the Arizona Department of Administration.

19. Chanelle Bergren
c/o Fennemore Craig P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016

Chanelle Bergren is the former Plan Administration Manager for the Arizona Department of Administration. Ms. Bergren is expected to testify regarding duties she

performed during her employment with the Arizona Department of Administration and the self-funded health plan administered by the Arizona Department of Administration.

      20.    Christina Corieri
             c/o Fennemore Craig, P.C.
             2394 East Camelback Road, Suite 600
             Phoenix, Arizona 85016

Christina Corieri is a Senior Policy Advisor for the Arizona Governor's Office. Ms. Corieri is expected to testify regarding duties she performed during her employment with the Arizona Governor's Office, the self-funded health plan administered by the Arizona Department of Administration, and the circumstances giving rise to this litigation. Communications between Ms. Corieri and other State of Arizona representatives are covered by the attorney-client privilege, and the State of Arizona is not waiving such privilege by listing Ms. Corieri as a person with knowledge.

      21.    Craig Brown
             c/o Fennemore Craig, P.C.
             2394 East Camelback Road, Suite 600
             Phoenix, Arizona 85016

Craig Brown is the former Director of the Benefits Services Division of the Arizona Department of Administration who is expected to testify regarding his employment with the Arizona Department of Administration and information about the self-funded health plan administered by the Arizona Department of Administration.

      22.    Jennifer Bowling
             c/o Fennemore Craig, P.C.
             2394 East Camelback Road, Suite 600
             Phoenix, Arizona 85016

Jennifer Bowling is a Benefit Operations Manager for the Arizona Department of Administration who is expected to testify regarding duties she performed during her employment with the Arizona Department of Administration and the self-funded health

plan administered by the Arizona Department of Administration.

      23.    Michael T. Liburdi
             c/o Fennemore Craig, P.C.
             2394 East Camelback Road, Suite 600
             Phoenix, Arizona 85016

Michael Liburdi is the former General Counsel for the Office of the Arizona Governor who is expected to testify regarding information concerning the Plan.

      24.    John M. Fry
             c/o Fennemore Craig, P.C.
             2394 East Camelback Road, Suite 600
             Phoenix, Arizona 85016

John Fry is general counsel for the Office of the Arizona Attorney General who is expected to testify regarding information concerning the Plan.

      25.    Nicole A. Ong
             c/o Fennemore Craig, P.C.
             2394 East Camelback Road, Suite 600
             Phoenix, Arizona 85016

Nicole Ong is former general counsel for the Arizona Department of Administration who is expected to testify regarding information concerning the Plan.

      26.    Christina Kuhl
             c/o Perkins Coie, LLP
             2901 North Central Ave., Suite 200
             Phoenix, AZ 85012

Christina Kuhl is the Assistant Benefits Director at Northern Arizona University who is expected to testify regarding information concerning the Plan and the Northern Arizona University's communications with the Arizona Department of Administration and beneficiaries of the Plan.

      27.    Judith Cato
             c/o Perkins Coie, LLP
             2901 North Central Ave., Suite 200
             Phoenix, AZ 85012

Judith Cato is the Benefits Director at Arizona State University. Ms. Cato has information concerning the Plan and the Arizona State University's communications with the Arizona Department of Administration and beneficiaries of the Plan

    28.    Joanna Surveyor
c/o Perkins Coie, LLP
2901 North Central Ave., Suite 200
Phoenix, AZ 85012

Joanna Surveyor is the Benefits Administration Manager at Arizona State University. Ms. Surveyor has information concerning the Plan and the Arizona State University's communications with the Arizona Department of Administration and beneficiaries of the Plan.

    29.    Helena Rodrigues
c/o Paul Eckstein
Perkins Coie, LLP
290I North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Ms. Rodrigues is the Vice President and Chief Human Resources Officer at the University of Arizona. Ms. Rodrigues is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

    30.    Allison Vaillancourt
c/o Paul Eckstein
Perkins Coie, LLP
290I North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Ms. Vaillancourt is the Vice President of Business Affairs & Human Resources at the University of Arizona. Ms. Vaillancourt is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

31.    Staci Wilson
c/o Paul Eckstein Perkins Coie, LLP
290I North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Ms. Wilson is the Assistant Vice President of Human Resources at the University of Arizona. Ms. Wilson is expected to testify regarding the Board of Regents' communications with the Arizona Department of Administration ("ADOA") urging the ADOA to remove the coverage exclusion for gender reassignment surgery.

32.    Erica Emmons
Strategic Account Executive, Government and Education
Cigna
531 East High Street, Suite 200
Phoenix, AZ 85054

Erica Emmons is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

33.    Alicia Gillum, Cigna

Alicia Gillum is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

34.    Dr. Rudolph Cane, Cigna

Dr. Rudolph Cane is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

35.    Wilson Rodgers, Cigna

Wilson Rodgers is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

36.  Chris Giammona
     Mercer Insurance
     17901 Von Karman, Suite 1100
     Irvine, CA 92614

Chris Giammona is a Partner at Mercer Insurance and is expected to testify regarding information concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

37.  Jay A. Dash
     Account Manager, Public and Labor Accounts
     Aetna
     4500 East Cotton Center Blvd.
     Phoenix, AZ 85040

Jay Dash is an account manager in the Public and Labor Accounts department and is expected to testify regarding information concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

38.  Ray G. Eveleth
     Senior Account Executive
     Aetna Public and Labor Sector
     4500 East Cotton Center Blvd.
     Phoenix, AZ 85040

Ray Eveleth is a Senior Account Executive in the Public and Labor department and is expected to testify regarding information concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

39.  Devon Moore
     Arizona Department Administration Benefit Services
     Aetna

Devon Moore is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

40. Dr. Jim Krominga
    Member of ADOA Benefit Services Division
    Aetna
    Division Medical Directors Meetings

Dr. Jim Krominga is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

41. Branson Cobb, Aetna

Branson Cobb is expected to testify regarding testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

42. Jas Lee, Blue Cross/Blue Shield of Arizona

Jas Lee is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

43. Ken Muth, Blue Cross/Blue Shield of Arizona

Ken Muth is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

44. Mary Echtinaw, Blue Cross/Blue Shield of Arizona

Mary Echtinaw is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

45. Colette Severns, Blue Cross/Blue Shield of Arizona
    Client Service Manager
    8220 North 23rd Avenue, Bldg. 2
    Mail Stop C608
    Phoenix, AZ 85021-4872

Colette Severs is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

46.  Washington Covena, Blue Cross/Blue Shield of Arizona
     Strategic Relationship Executive
     Large Group and National Accounts

Washington Covena is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

47.  Dr. James Napoli, Blue Cross/Blue Shield of Arizona

Dr. James Napoli is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

48.  Sharon Tucker, Blue Cross/Blue Shield of Arizona

Sharon Tucker is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

49.  Stephanie Martin, United Healthcare
     Client Executive, Client Management
     1 East Washington St., Suite 1700
     Phoenix, AZ 85004

Stephanie Martin is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

50. Heather Gallegos, United Healthcare Senior Account Manager, Client Management, Government, Labor & Education

Heather Gallegos is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

51. Amy Clatterbuck, United Healthcare
Account Vice President, Client Management
1 E. Washington., Suite 1700
Phoenix, AZ 85004

Amy Clatterbuck is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

52. Dr. Thomas Biuso, United Healthcare

Dr. Thomas Biuso is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

53. Erin Russell, MedImpact

Erin Russell is expected to testify concerning the self-funded health plan administered by the Arizona Department of Administration, the exclusion for gender-transition surgery, and the circumstances giving rise to this litigation.

54. Any and all other witnesses listed or identified by any other party believed to have knowledge of this matter.

55. Any fact witness necessary for rebuttal or impeachment.

56. Any and all custodians of record for any exhibits and/or other witnesses necessary to provide foundation for exhibits.

57. Without waiving any legal objections, any and all witnesses, experts or otherwise, disclosed by any party to this matter, whether or not later withdrawn or de-designated.

Dated this 21st day of December, 2020.

    ACLU FOUNDATION OF ARIZONA
By <u>*/s/ Christine K. Wee*</u>
    Victoria Lopez
    Christine K. Wee

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    Joshua A. Block
    Leslie Cooper

WILLKIE FARR & GALLAGHER LLP
    Wesley R. Powell
    Matthew S. Friemuth
    Nicholas Reddick

*Attorneys for Plaintiff Russell B. Toomey*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 21, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

<u>*/s/ Christine K. Wee*</u>
Christine K. Wee