1  Paul F. Eckstein (#001822)
   Austin C. Yost (#034602)
2  **PERKINS COIE LLP**
   2901 North Central Avenue, Suite 2000
3  Phoenix, Arizona 85012-2788
   Telephone: 602.351.8000
4  Facsimile: 602.648.7000
   PEckstein@perkinscoie.com
5  AYost@perkinscoie.com
   DocketPHX@perkinscoie.com
6
   *Attorneys for Defendants Arizona Board of Regents,*
7  *Ron Shoopman, Larry Penley, Ram Krishna,*
   *Bill Ridenour, Lyndel Manson, Karrin Taylor Robson,*
8  *Jay Heiler, and Fred DuVal*

9
                    IN THE UNITED STATES DISTRICT COURT
10
                      FOR THE DISTRICT OF ARIZONA
11

12  **Russell B. Toomey**,

                                              Case No. CV 19-00035-TUC-RM (LAB)
13                      Plaintiff,

14         v.                                 **DEFENDANTS ARIZONA BOARD
                                              OF REGENTS, RON SHOOPMAN,**
15  **State of Arizona**; **Arizona Board of**   **LARRY PENLEY, RAM KRISHNA,**
    **Regents, d/b/a University of Arizona**, a  **BILL RIDENOUR, LYNDEL**
16  governmental body of the State of Arizona;   **MANSON, KARRIN TAYLOR**
    **Ron Shoopman**, in his official capacity as **ROBSON, JAY HEILER, AND**
17  Chair of the Arizona Board of Regents;        **FRED DUVAL'S NOTICE**
    **Larry Penley**, in his official capacity as  **OF SERVICE OF RESPONSES TO**
18  Member of the Arizona Board of Regents;       **PLAINTIFF'S FIRST SET OF**
    **Ram Krishna**, in his official capacity as   **REQUESTS FOR PRODUCTION**
19  Secretary of the Arizona Board of Regents;
20  **Bill Ridenour**, in his official capacity as
    Treasurer of the Arizona Board of Regents;
21  **Lyndel Manson**, in her official capacity as
    Member of the Arizona Board of Regents;
22  **Karrin Taylor Robson**, in her official
23  capacity as Member of the Arizona Board
    of Regents; **Jay Heiler**, in his official
24  capacity as Member of the Arizona Board
    of Regents; **Fred DuVal**, in his official
25  capacity as Member of the Arizona Board
    of Regents; **Andy Tobin**, in his official
26  capacity as Director of the Arizona
27
28

Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,

Defendants.

Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal hereby give notice that they have served their Responses to Plaintiff's First Set of Requests for Production via e-mail on the date set forth below.

Respectfully submitted this January 7, 2021.

**PERKINS COIE LLP**

By: *s/ Paul F. Eckstein*
Paul F. Eckstein
Austin C. Yost
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012

*Attorneys for Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred DuVal*

1

2

3

4

5

6

**Certificate of Service**

I hereby certify that, on January 7, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

A copy was also e-mailed this January 7, 2021 to:

| | |
|---|---|
| Wesley R. Powell<br>Matthew S. Friemuth<br>Nicholas Reddick<br>Kristen Killian<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>wpowell@willkie.com<br>mfriemuth@willkie.com<br>nreddick@willkie.com<br>kkillian@willkie.com | Timothy J. Berg<br>Amy Abdo<br>Ryan Curtis<br>Shannon Cohan<br>**Fennemore Craig, P.C.**<br>2394 East Camelback Road, Suite 600<br>Phoenix, AZ 85016<br>tberg@fclaw.com<br>amy@fclaw.com<br>rcurtis@fclaw.com<br>scohan@fclaw.com<br><br>*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon* |
| Joshua A. Block<br>Leslie Cooper<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>jblock@aclu.org<br>lcooper@aclu.org | |
| Christine K. Wee<br>Victoria Lopez<br>**ACLU Foundation of Arizona**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>cwee@acluaz.org<br>vlopez@acluaz.org<br><br>*Attorneys for Plaintiff Russell Toomey* | |

*s/ Clair Wendt*