# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>　　　　　Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**ORDER** |

　　　　This matter is before the Court on the Joint Motion to extend the Scheduling Order Dates by 30 days.

　　　　IT IS HEREBY ORDERED that the Joint Motion is GRANTED. (Doc. 152) The Scheduling Order dates are extended by 30 days as follows:

- The parties shall disclose expert witnesses and expert testimony by March 3, 2021 and April 14, 2021, respectively;

- All discovery, including answers to interrogatories, supplements to interrogatories and the filing of discovery motions, shall be completed by June 2, 2021;

- All dispositive motions shall be filed no later than July 7, 2021; and

- A joint letter to the Court concerning the status of settlement discussions (containing no specific settlement terms or offers) shall be submitted by June 2,

<u>2021</u> and every two months thereafter; and

- A joint proposed pretrial order shall be lodged by <u>August 4, 2021, or 30 days after resolution of dispositive motions (if any);</u>

Dated this 8th day of January, 2021.



Leslie A. Bowman
United States Magistrate Judge