FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey,<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona; Arizona Board of Regents d/b/a University of Arizona, a governmental body of the State of Arizona; Ron Shoopman, in his official capacity as Chair of the Arizona Board of Regents; Larry Penley, in his official capacity as Member of the Arizona Board of Regents; Ram Krishna, in his official capacity as Secretary of the Arizona Board of Regents; Bill Ridenour, in his official capacity as Treasurer of the Arizona Board of Regents; Lyndel Manson, in her official capacity as Member of the Arizona Board of Regents; Karrin Taylor Robson, in her official capacity as Member of the Arizona Board of Regents; Jay Heiler, in his official capacity as Member of the Arizona Board of Regents; Fred Duval, in his official capacity as Member of the Arizona Board of Regents; Andy Tobin, in his official capacity as Director of the Arizona Department of Administration; Paul | No. 4:19-cv-00035<br><br>**NOTICE OF SERVICE OF STATE DEFENDANTS' SECOND AMENDED RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS** |

| | |
|---|---|
| 1 | Shannon, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Notice is hereby given that Defendants State of Arizona, Andy Tobin, and Paul Shannon (the "State Defendants") served their Second Amended Response to Mandatory Initial Discovery Requests via email on January 21, 2021 to Plaintiff Russell B. Toomey and Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred Duval.

DATED this 22nd day of January, 2021.

FENNEMORE CRAIG, P.C.

By: *s/ Shannon Cohan*
Timothy J. Berg
Amy Abdo
Ryan Curtis
Shannon Cohan
Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon

FENNEMORE CRAIG, P.C.
PHOENIX

- 2 -

17751568