1

2  **Victoria Lopez- 330042**
   **Christine K Wee– 028535**
3  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
4  Phoenix, Arizona 85014
   Telephone: (602) 650-1854
5  Email: **vlopez@acluaz.org**
   Email: **cwee@acluaz.org**
6
7  **Joshua A. Block***
   **Leslie Cooper***
8  **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
   125 Broad Street, Floor 18
9  New York, New York 10004
   Telephone: (212) 549-2650
10 E-Mail:**jblock@aclu.org**
11 E-Mail: **lcooper@aclu.org**
   *Admitted Pro hac vice*
12
13 **Wesley R. Powell***
   **Matthew S. Freimuth***
14 **Nicholas Reddick***
   **WILLKIE FARR & GALLAGHER LLP**
15 787 Seventh Avenue
16 New York, New York 10019
   Telephone: (212) 728-8000
17 Facsimile: (212) 728-8111
   E-Mail: **wpowell@willkie.com**
18 E-Mail: **mfreimuth@willkie.com**
19 E-Mail: **nreddick@willkie.com**
   *Admitted Pro hac vice*
20
21
   *Attorneys for Plaintiff Russell B. Toomey*
22

23

24

25

26

27

28

1

2

3

UNITED STATES DISTRICT COURT

4

DISTRICT OF ARIZONA

5

6

**Russell B. Toomey**,

7

Plaintiff,

8

9

v.

10

**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental

11

body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona

12

Board Of Regents; **Larry Penley**, in his official capacity as Member of the Arizona

13

Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona

14

Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona

15

Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona

16

Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona

17

Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of

18

Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents;

19

**Andy Tobin**, in his official capacity as Director of the Arizona Department of

20

Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the

21

Benefits Services Division of the Arizona Department of Administration,

22

23

Defendants.

24

25

26

27

28

4:19-cv-00035-TUC-RM (LAB)

**PLAINTIFF'S NOTICE OF SERVICE OF WRITTEN DISCOVERY**

1

2

Notice is hereby given that on March 12, 2021 Plaintiff served his Second Set of

Interrogatories to Defendants' counsel of record, via email.

3

4

Dated this 15th day of March, 2021.

5

6

7

8

9

ACLU FOUNDATION OF ARIZONA
By /s/*Christine K. Wee*
Victoria Lopez
Christine K. Wee
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

10

11

12

13

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Joshua A. Block
Leslie Cooper
125 Broad Street, Floor 18
New York, New York 10004

14

15

16

17

WILLKIE FARR & GALLAGHER LLP
Wesley R. Powell
Matthew S. Freimuth
Nicholas Reddick
787 Seventh Avenue
New York, New York 10019

18

19

*Attorneys for Plaintiff Russell B. Toomey*

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Christine K. Wee*
Christine K. Wee