FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. 4:19-cv-00035 |
| Plaintiff, | **NOTICE OF SERVICE OF WRITTEN DISCOVERY** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

Notice is hereby given that Defendants State of Arizona, Andy Tobin, and Paul Shannon served their First Set of Interrogatories and First Set of Requests For Production upon Plaintiff Russell B. Toomey on March 15, 2021.

DATED this 15th day of March, 2021.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FENNEMORE CRAIG, P.C.

By: *s/ Ryan Curtis*
    Timothy J. Berg
    Amy Abdo
    Ryan Curtis
    Shannon Cohan
    Attorneys for Defendants State of
    Arizona, Andy Tobin, and Paul
    Shannon

18237703

FENNEMORE CRAIG, P.C.
PHOENIX