**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: **vlopez@acluaz.org**
Email: **cwee@acluaz.org**

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: **jblock@aclu.org**
E-Mail: **lcooper@aclu.org**
**Admitted Pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall****
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: **wpowell@willkie.com**
E-Mail: **mfreimuth@willkie.com**
E-Mail: **jwall@willkie.com**
*\*Admitted Pro hac vice*
*\*\*Admission Pro hac vice pending*

*Attorneys for Plaintiff Russell B. Toomey*

- 1 -

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**, <br><br>    Plaintiff, <br><br>v. <br><br>**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona Board Of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration, <br><br>    Defendants. | 4:19-cv-00035-TUC-RM (LAB) <br><br><br><br>**DECLARATION OF CHRISTINE K. WEE IN SUPPORT OF PLAINTIFF RUSSELL B. TOOMEY'S MOTION TO COMPEL** |

I, Christine K. Wee, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a Senior Staff Attorney at ACLU Foundation of Arizona, licensed to practice law in the State of Arizona, and represent Plaintiff Russell B. Toomey ("Dr. Toomey" or "Plaintiff").

2. I submit this declaration in support of Plaintiff's Motion for Entry of an Order Compelling the Production of Documents.

3. I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matter.

4. **Exhibit 1** as attached to Plaintiff's Motion is a true and correct copy of Jordan C. Wall's declaration, dated March 18, 2021.

5. **Exhibit 2** as attached to Plaintiff's Motion is a true and correct copy of Plaintiff's Request for Production on State Defendants, dated December 8, 2020.

6. **Exhibit 3** as attached to Plaintiff's Motion is a true and correct copy of State Defendants' first privilege log, dated December 22, 2020.

7. **Exhibit 4** as attached to Plaintiff's Motion is a true and correct copy of an email from Willkie Farr & Gallagher LLP to State Defendants, dated January 5, 2020.

8. **Exhibit 5** as attached to Plaintiff's Motion is a true and correct copy of State Defendant's letter to Willkie Farr & Gallagher LLP, dated January 21, 2021.

9. **Exhibit 6** as attached to Plaintiff's Motion is a true and correct copy of State Defendants' Responses and Objections to Plaintiff's First Request for Production of Documents and Tangible Things, dated January 21, 2021.

10. **Exhibit 7** as attached to Plaintiff's Motion is a true and correct copy of Plaintiff's letter to State Defendants, dated February 3, 2021.

11. **Exhibit 8** as attached to Plaintiff's Motion is a true and correct copy of State Defendants' second privilege log, dated February 25, 2021.

12. **Exhibit 9** as attached to Plaintiff's Motion is a true and correct copy of

State Defendants' third privilege log, dated March 10, 2021.

13. **Exhibit 10** as attached to Plaintiff's Motion is a true and correct copy of State Defendants' letter to Plaintiff's Counsel, dated March 17, 2021.

14. **Exhibit 11** as attached to Plaintiff's Motion is a true and correct copy of State Defendants' produced document, bates AZSTATE.000586.

15. **Exhibit 12** as attached to Plaintiff's Motion is a true and correct of Plaintiff's Supplemental Initial Discovery Responses on Statement on Twitter, dated February 13, 2021.

I declare under penalty of perjury that the foregoing is true is and correct.

Dated: March 18, 2021

By */s/ Christine Wee*
ACLU FOUNDATION OF ARIZONA
Victoria Lopez
Christine K Wee
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Joshua A. Block*
Leslie Cooper*
125 Broad Street, Floor 18
New York, New York 10004
**Admitted pro hac vice*

WILLKIE FARR & GALLAGHER LLP
Wesley R. Powell*
Matthew S. Freimuth*
Jordan C. Wall**
787 Seventh Avenue
New York, New York 10019
**Admitted pro hac vice*
***Admission pro hac vice pending*

*Attorneys for Plaintiff Russell B. Toomey*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

                  /s/ *Christine K. Wee*
                  Christine K. Wee