**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: **vlopez@acluaz.org**
Email: **cwee@acluaz.org**

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: **jblock@aclu.org**
E-Mail: **lcooper@aclu.org**
**Admitted Pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: **wpowell@willkie.com**
E-Mail: **mfreimuth@willkie.com**
**Admitted Pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **RUSSELL B. TOOMEY**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, D/B/A UNIVERSITY OF ARIZONA**, a governmental body of the State of Arizona; **RON SHOOPMAN**, in his official capacity as chair of the Arizona Board Of Regents; **LARRY PENLEY**, in his official capacity as Member of the Arizona Board of Regents; **RAM KRISHNA**, in his official capacity as Secretary of the Arizona Board of Regents; **BILL RIDENOUR**, in his official capacity as Treasurer of the Arizona Board of Regents; **LYNDEL MANSON**, in her official capacity as Member of the Arizona Board of Regents; **KARRIN TAYLOR ROBSON**, in her official capacity as Member of the Arizona Board of Regents; **JAY HEILER**, in his official capacity as Member of the Arizona Board of Regents; **FRED DUVAL**, in his official capacity as Member of the Arizona Board of Regents; **ANDY TOBIN**, in his official capacity as Director of the Arizona Department of Administration; **PAUL SHANNON**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>Defendants. | No. 4:19-cv-00035<br><br>**AMENDED NOTICE OF DEPOSITION OF MARIE ISAACSON** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Russell B. Toomey, on behalf of himself and the certified Classes, by and through his attorneys the ACLU Foundation of Arizona, the American Civil Liberties Union Foundation, and Willkie Farr & Gallagher LLP, will take the oral deposition of Marie Isaacson, who shall appear at the law offices of Fennemore Craig, P.C., 2394 E. Camelback Road, Suite 600, Phoenix, Arizona 85016, on **March 26, 2021, beginning at 8:00 AM MST / 11:00 AM EST**.

Unless otherwise agreed, the deposition shall continue from day to day, excluding Saturdays, Sundays, and legal holidays, until completed, and the deposition will be conducted with a duly qualified notary public, court reporter, or other officer authorized to administer oaths and recorded by videographic, stenographic, audio, audiovisual, or real-time computer means, and may be taken remotely.

This deposition shall be used for all allowable purposes, and shall be conducted in accordance with the Federal Rules of Civil Procedure.

Dated: March 23, 2021

By */s/ Wesley R. Powell*

ACLU FOUNDATION OF ARIZONA
Victoria Lopez – 330042
Christine K Wee – 028535
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Joshua A. Block*
Leslie Cooper
125 Broad Street, Floor 18
New York, New York 10004
**Admitted pro hac vice*

WILLKIE FARR & GALLAGHER LLP
Wesley R. Powell*
Matthew S. Freimuth*
787 Seventh Avenue
New York, New York 10019
**Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

# CERTIFICATE OF SERVICE

I, Wesley R. Powell, hereby certify that on March 23, 2021, I caused the foregoing document to be served via electronic mail to counsel for Defendants at the following email addresses:

Timothy J. Berg tberg@fclaw.com
Amy Abdo amy@fclaw.com
Ryan Curtis rcurtis@fclaw.com
Shannon Cohan scohan@fclaw.com
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road Suite 600
Phoenix, Arizona 85016

*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon*

Paul F. Eckstein PEckstein@perkinscoie.com
Austin C. Yost AYost@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788
DocketPHX@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

/s/ Wesley R. Powell