FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey,<br><br>        Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*<br><br>        Defendants. | No. 4:19-cv-00035<br><br>**NOTICE OF SERVICE OF STATE DEFENDANTS' THIRD AMENDED RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS** |

Notice is hereby given that Defendants State of Arizona, Andy Tobin, and Paul Shannon (the "State Defendants") served their Third Amended Response to Mandatory Initial Discovery Requests via email on March 29, 2021 to Plaintiff Russell B. Toomey and Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred Duval.

DATED this 29th day of March, 2021.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FENNEMORE CRAIG, P.C.

By: *s/ Shannon Cohan*
    Timothy J. Berg
    Amy Abdo
    Ryan Curtis
    Shannon Cohan
    Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon