```
FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  tberg@fennemorelaw.com
Email:  amy@fennemorelaw.com
Email:  rcurtis@fennemorelaw.com
Email:  scohan@fennemorelaw.com
```

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. 4:19-cv-00035 |
| Plaintiff, | **NOTICE OF SERVICE OF STATE DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

Notice is hereby given that Defendants State of Arizona, Andy Tobin, and Paul Shannon (the "State Defendants") served their Responses to Plaintiff Russell B. Toomey's Second Set of Interrogatories via email on April 12, 2021 to Plaintiff Russell B. Toomey and Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred Duval.

DATED this 12th day of April, 2021.

1

FENNEMORE CRAIG, P.C.

By: */s/ Ryan Curtis*
Timothy J. Berg
Amy Abdo
Ryan Curtis
Shannon Cohan
Attorneys for Defendants State of
Arizona, Andy Tobin, and Paul
Shannon

18315935