**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: **vlopez@acluaz.org**
Email: **cwee@acluaz.org**

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: **jblock@aclu.org**
E-Mail: **lcooper@aclu.org**
**Admitted Pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Nicholas Reddick***
**Jordan C. Wall***
**Victoria A. Sheets***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: **wpowell@willkie.com**
E-Mail: **mfreimuth@willkie.com**
E-Mail: **nreddick@willkie.com**
E-Mail: **jwall@willkie.com**
E-Mail: **vsheets@willkie.com**

**Admitted Pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Russell B. Toomey**,<br><br>Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona Board Of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>Defendants. | No. 4:19-cv-00035<br><br>**PLAINTIFF'S NOTICE OF ERRATA** |

Plaintiff Russell B. Toomey files this Notice of Errata to the Plaintiff's Reply Brief (Dkt. No. 180) and Supplemental Declaration of Jordan C. Wall (Dkt. No. 180-2) to correct the record that unredacted copies of the minutes for Exhibit 6 (AZSTATE.011038) and Exhibit 7 (AZSTATE.011046) were re-produced by State Defendants, without redactions, under new bates-numbers on March 22, 2021. These were part of a set of 3,738 unredacted documents re-produced under new bates-numbers on March 22, 2021. Plaintiff is still in the process of reviewing these documents, and has continued to use the originally produced versions of these documents, including in depositions, pending completion of that process. The corrected versions of the Plaintiff's Reply Brief and the Supplemental Declaration of Jordan C. Wall accompany this Notice as Exhibits 1 and 2, respectively.

This clarification for the record does not affect the arguments made by Plaintiff nor the need for this Court to compel disclosure of the documents withheld pursuant to the deliberative process privilege as laid out in the Motion to Compel (Dkt. No. 168) and Reply (Dkt. No. 180).

Dated: April 12, 2021

ACLU FOUNDATION OF ARIZONA

By /s/ Christine K. Wee
Victoria Lopez – 330042
Christine K Wee – 028535
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Joshua A. Block*
Leslie Cooper*
125 Broad Street, Floor 18
New York, New York 10004

|   |   |
|---|---|
| 1 | WILLKIE FARR & GALLAGHER LLP |
| 2 | Wesley R. Powell* |
|   | Matthew S. Friemuth* |
| 3 | Jordan C. Wall* |
| 4 | Nick Reddick* |
|   | Victoria Sheets* |
| 5 | 787 Seventh Avenue |
|   | New York, New York 10019 |

*Admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 12, 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

       */s/ Christine K. Wee*
       Christine K. Wee