1  **Victoria Lopez- 330042**
2  **Christine K Wee– 028535**
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85014
4  Telephone: (602) 650-1854
   Email: **vlopez@acluaz.org**
5  Email: **cwee@acluaz.org**
6

7  **Joshua A. Block***
8  **Leslie Cooper***
   **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
9  125 Broad Street, Floor 18
   New York, New York 10004
10 Telephone: (212) 549-2650
11 E-Mail:**jblock@aclu.org**
   E-Mail: **lcooper@aclu.org**
12 *Admitted Pro hac vice*
13
   **Wesley R. Powell***
14 **Matthew S. Freimuth***
   **Nicholas Reddick***
15 **Jordan C. Wall***
16 **Victoria A. Sheets***
   **WILLKIE FARR & GALLAGHER LLP**
17 787 Seventh Avenue
   New York, New York 10019
18 Telephone: (212) 728-8000
19 Facsimile: (212) 728-8111
   E-Mail: **wpowell@willkie.com**
20 E-Mail: **mfreimuth@willkie.com**
21 E-Mail: **nreddick@willkie.com**
   E-Mail: **jwall@willkie.com**
22 E-Mail: **vsheets@willkie.com**
23
   *Admitted Pro hac vice*
24
25 *Attorneys for Plaintiff Russell B. Toomey*
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>　　　　　　Defendants. | 4:19-cv-00035-TUC-RM (LAB)<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF EXPERT REPORT AND DECLARATION** |

1

Notice is hereby given that on April 14, 2021, counsel for the Plaintiff served upon Defendants' counsel of record, via email, Plaintiff's expert report and declaration in accordance with Federal Rule of Civil Procedure 26(a)(2).

Dated this 14th day of April, 2021.

ACLU FOUNDATION OF ARIZONA

By /s/ *Christine K. Wee*
Victoria Lopez
Christine K Wee
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Joshua A. Block*
Leslie Cooper*
125 Broad Street, Floor 18
New York, New York 10004

WILLKIE FARR & GALLAGHER LLP
Wesley R. Powell*
Matthew S. Friemuth*
Nicholas Reddick*
Jordan C. Wall*
Victoria A. Sheets*
787 Seventh Avenue
New York, New York 10019

*Admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*/s/Christine Wee*
Christine K. Wee