FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  tberg@fennemorelaw.com
Email:  amy@fennemorelaw.com
Email:  rcurtis@fennemorelaw.com
Email:  scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. 4:19-cv-00035 |
| Plaintiff, | **NOTICE OF SERVICE OF STATE DEFENDANTS' FOURTH AMENDED RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

Notice is hereby given that Defendants State of Arizona, Andy Tobin, and Paul Shannon (the "State Defendants") served their Fourth Amended Response to Mandatory Initial Discovery Requests via email on May 10, 2021 to Plaintiff Russell B. Toomey and Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred Duval.

DATED this 11th day of May, 2021.

FENNEMORE CRAIG, P.C.

PHOENIX

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FENNEMORE CRAIG, P.C.

By:   *s/ Shannon Cohan*
       Timothy J. Berg
       Amy Abdo
       Ryan Curtis
       Shannon Cohan
       Attorneys for Defendants State of
       Arizona, Andy Tobin, and Paul
       Shannon

18408255

FENNEMORE CRAIG, P.C.

PHOENIX