**Victoria Lopez** – 330042
**Christine K Wee** – 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** vlopez@acluaz.org
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Victoria Sheets***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: vsheets@willkie.com
E-Mail: jgarbacz@willkie.com

*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>　　　　　　Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DATES (SECOND REQUEST)** |

　　　　The parties respectfully move the Court to extend the Scheduling Order dates (Doc. 156) by 44 days. In support of this motion, the parties state as follows:

　　　　1.　　This Court's Scheduling Order dated January 11, 2020, provides that all discovery, including answers to interrogatories, supplements to interrogatories, and the filing of discovery motions shall be completed by June 2, 2021. (Doc. 156).

　　　　2.　　On February 3, 2021, and April 28, 2020 (the "April 28 Letter"), Plaintiff sent the State Defendants letters disputing privileges asserted by State Defendants.

　　　　3.　　On March 18, 2021, the Plaintiff filed a Motion to Compel Production of Documents by State Defendants ("Plaintiff's Motion to Compel") concerning documents withheld under the deliberate process privilege.  On April 20, 2021, this Court granted Plaintiff's Motion to Compel and ordered State Defendants to produce documents "withheld

1

[solely] on the basis of Deliberative Process Privilege and listed on their most recent privilege log." (Doc. 187, p. 8). To comply with the Court order, State Defendants made an additional production of documents on May 10, 2021.

4. The April 28 Letter also raised issues regarding certain documents the State Defendants have withheld based on attorney-client privilege. Plaintiff and State Defendants continue to meet and confer on this issue, but Plaintiff anticipates that further motion practice may be required to resolve this dispute.

5. Additionally, on February 17, 2021, Plaintiff served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to The Office of Governor Douglas A. Ducey (the "Governor's Office"). On March 10, 2021, the Governor's Office served Plaintiff with its first production of documents and responses and objections to Plaintiff's subpoena. Plaintiff and the Governor's Office have begun to meet and confer with respect to certain deficiencies in the Governor's Office's productions and objections to the Subpoena, but the Governor's Office has yet to make an additional production of documents, and disputes remain that may require motion practice.

6. The State Defendants and the Governor's Office intend to produce additional documents.

7. Finally, Plaintiff and/or the State Defendants have issued subpoenas duces tecum to six third-parties, and several of those third-parties' productions are not complete. The Parties expect that these third parties may produce complete their required productions over the course of May and June 2021.

8. In light of the foregoing, the parties respectfully request that the dates in the Scheduling Order (Doc. 156) be extended as follows:

- All discovery, including answers to interrogatories, supplements to interrogatories and the filing of discovery motions, shall be completed by <u>July 16, 2021</u>;
- All dispositive motions shall be filed no later than <u>August 28, 2021</u>; a
- A joint letter to the Court concerning the status of settlement discussions (containing no specific settlement terms or offers) shall be submitted by <u>July 16, 2021</u> and every two

months thereafter; and

- A joint proposed pretrial order shall be lodged by <u>September 24, 2021, or 30 days after resolution of dispositive motions (if any)</u>.

      Respectfully submitted this 11th day of May, 2021.

| FENNEMORE CRAIG | ACLU FOUNDATION OF ARIZONA |
|---|---|
| <u>/s/ Ryan Curtis (with permission)</u><br>Timothy J. Berg<br>Amy Abdo<br>Ryan Curtis<br>Shannon Cohan<br>2394 E Camelback Rd., Ste. 600<br>Phoenix, AZ 85016-3429<br><br>*Attorneys for Defendants State of Arizona,*<br>*Andy Tobin, and Paul Shannon*<br><br>PERKINS COIE LLP<br><br><u>/s/ Austin Yost (with permission)</u><br>Paul F. Eckstein<br>Austin C. Yost<br>2901 N. Central Ave., Suite 2000<br>Phoenix, Arizona 85012-2788<br><br>*Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval* | By <u>*/s/ Christine Wee*</u><br>Victoria Lopez - 330042<br>Christine K. Wee - 028535<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85014<br><br>WILLKIE FARR & GALLAGHER LLP<br>Wesley R. Powell*<br>Matthew S. Freimuth*<br>Jordan C. Wall*<br>Victoria Sheets*<br>Justin Garbacz*<br>787 Seventh Avenue<br>New York, New York 10019<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Joshua A. Block*<br>Leslie Cooper*<br>125 Broad Street, Floor 18<br>New York, New York 10004<br><br>*admitted pro hac vice<br><br>*Attorneys for Plaintiff*<br>*Russell B. Toomey* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Christine K. Wee*
Christine K. Wee