1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

**Russell B. Toomey,**

                    Plaintiff,

Case No.19-cv-00035-TUC-RM (LAB)

10
11

v.

12

**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,

**ORDER**

13
14

                    Defendants.

15
16

       This matter is before the Court on the Joint Motion to extend the Scheduling Order

17

Dates. (Doc. 191),

18
19

       IT IS HEREBY ORDERED that the Joint Motion (Doc. 191) is GRANTED and

20

the Scheduling Order dates are extended as follows:

21

• All discovery, including answers to interrogatories, supplements to

22

interrogatories and the filing of discovery motions, shall be completed by <u>July</u>

23

<u>16, 2021</u>;

24

• All dispositive motions shall be filed no later than <u>August 30, 2021</u>; and

25

• A joint letter to the Court concerning the status of settlement discussions

26

(containing no specific settlement terms or offers) shall be submitted by <u>July</u>

27

<u>16, 2021</u> and every two months thereafter; and

28

- A joint proposed pretrial order shall be lodged by <u>September 24, 2021, or 30 days after resolution of dispositive motions (if any);</u>

Dated this 12th day of May, 2021.


Leslie A. Bowman
United States Magistrate Judge