FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. 4:19-cv-00035 |
| Plaintiff, | **NOTICE OF SERVICE OF STATE DEFENDANTS' FIFTH AMENDED RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

Notice is hereby given that Defendants State of Arizona, Andy Tobin, and Paul Shannon served their Fifth Amended Response to Mandatory Initial Discovery Requests via email on May 20, 2021, to Plaintiff Russell B. Toomey and Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Ram Krishna, Bill Ridenour, Lyndel Manson, Karrin Taylor Robson, Jay Heiler, and Fred Duval.

DATED this 20th day of May, 2021.

| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| 2 | |
| 3 | By: *s/ Ryan Curtis*<br>Timothy J. Berg |
| 4 | Amy Abdo<br>Ryan Curtis |
| 5 | Shannon Cohan<br>Attorneys for Defendants State of |
| 6 | Arizona, Andy Tobin, and Paul<br>Shannon |
| 7 | 18442234 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |