**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** vlopez@acluaz.org
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Victoria Sheets***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: vsheets@willkie.com
E-Mail: jgarbacz@willkie.com

*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>　　　　Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF AMENDED RESPONSES AND OBJECTIONS TO STATE DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION** |

　　　　Notice is hereby given that on May 21, 2021 Plaintiff served upon counsel of record, via email, his Amended objections and responses to the State Defendants' First Set of Requests for Production dated March 15, 2021.

　　　　Dated this 24th day of May, 2021.

　　　　　　　　　　　　　　　　ACLU FOUNDATION OF ARIZONA

　　　　　　　　　　　　　　　　By */s/ Christine Wee*
　　　　　　　　　　　　　　　　　　Victoria Lopez - 330042
　　　　　　　　　　　　　　　　　　Christine K. Wee - 028535
　　　　　　　　　　　　　　　　　　3707 North 7th Street, Suite 235
　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85014

1

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    Joshua A. Block*
    Leslie Cooper*
    125 Broad Street, Floor 18
    New York, New York 10004

WILLKIE FARR & GALLAGHER LLP
    Wesley R. Powell*
    Matthew S. Freimuth*
    Jordan C. Wall*
    Victoria Sheets*
    Justin Garbacz*
    787 Seventh Avenue
    New York, New York 10019

*admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Christine K. Wee*
Christine K. Wee