**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** vlopez@acluaz.org
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Victoria Sheets***
**Justin Garbacz***
**Nicholas Reddick***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: vsheets@willkie.com
E-Mail: jgarbacz@willkie.com
E-Mail: nreddick@willkie.com

*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Russell B. Toomey,** | Case No.19-cv-00035-TUC-RM (LAB) |
| Plaintiff, | |
| v. | **PLAINTIFF'S  NOTICE OF SERVICE OF DR. LOREN SCHECHTER'S RESPONSES AND OBJECTIONS TO STATE DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** |
| **State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al., | |
| Defendants. | |

Notice is hereby given that on June 2, 2021 Plaintiff served upon counsel of record, via email, Dr. Loren Schechter's Responses and Objections to State Defendants' Subpoena to Produce Documents dated May 18, 2021.

Dated this June 3, 2021.

ACLU FOUNDATION OF ARIZONA

By */s/ Christine Wee*
　　Victoria Lopez
　　Christine K. Wee
　　3707 North 7th Street, Suite 235
　　Phoenix, Arizona 85014

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
    Joshua A. Block*
    Leslie Cooper*
    125 Broad Street, Floor 18
    New York, New York 10004

WILLKIE FARR & GALLAGHER LLP
    Wesley R. Powell*
    Matthew S. Freimuth*
    Jordan C. Wall*
    Victoria Sheets*
    Justin Garbacz*
    Nicholas Reddick*
    787 Seventh Avenue
    New York, New York 10019

*admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Christine K. Wee*
Christine K. Wee

2