**Victoria Lopez** – 330042
**Christine K Wee** – 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** vlopez@acluaz.org
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Victoria Sheets***
**Justin Garbacz***
**Nicholas Reddick***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: vsheets@willkie.com
E-Mail: jgarbacz@willkie.com
E-Mail: nreddick@willkie.com

*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>　　　　Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**NOTICE OF DEPOSITION OF CHRISTINA CORIERI** |

　　　　PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Russell B. Toomey, on behalf of himself and the certified Classes, by and through his attorneys the ACLU Foundation of Arizona, the American Civil Liberties Union Foundation, and Willkie Farr & Gallagher LLP, will take the oral deposition of Christina Corieri,  who shall appear at the law offices of Cohen Dowd Quigley, The Camelback Esplanade One, East Camelback Road, Phoenix, Arizona 85016 on June 30, 2021, beginning at 8:30 AM MST / 11:30 AM EST.

　　　　Unless otherwise agreed, the deposition shall continue from day to day, excluding Saturdays, Sundays, and legal holidays, until completed, and the deposition will be conducted with a duly qualified notary public, court reporter, or other officer authorized to administer oaths and recorded by videographic, stenographic, audio, audiovisual, or real-time computer means, and may be taken remotely.

This deposition shall be used for all allowable purposes, and shall be conducted in accordance with the Federal Rules of Civil Procedure.

Dated this June 9, 2021.

        ACLU FOUNDATION OF ARIZONA

        By */s/ Christine Wee*
           Victoria Lopez
           Christine K. Wee
           3707 North 7th Street, Suite 235
           Phoenix, Arizona 85014

        AMERICAN CIVIL LIBERTIES UNION FOUNDATION
           Joshua A. Block*
           Leslie Cooper*
           125 Broad Street, Floor 18
           New York, New York 10004

        WILLKIE FARR & GALLAGHER LLP
           Wesley R. Powell*
           Matthew S. Freimuth*
           Jordan C. Wall*
           Victoria Sheets*
           Justin Garbacz*
           Nicholas Reddick*
           787 Seventh Avenue
           New York, New York 10019

        **admitted pro hac vice*

        *Attorneys for Plaintiff Russell B. Toomey*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

I, further hereby certify that on June 9, 2021, I emailed the attached document to:

> Betsy Lamm
> Daniel Dowd
> Kaysey L. Fung
> Cohen Dowd Quigley
> The Camelback Esplanade One
> 2425 East Camelback Road, Suite 1100
> Phoenix, Arizona 85016
> BLamm@CDQLaw.com
> DDowd@CDQLaw.com
> KFung@CDQLaw.com
>
> *Attorneys for Office of Governor Douglas A. Ducey*

/s/ *Christine K. Wee*
Christine K. Wee
