**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: **vlopez@acluaz.org**
Email: **cwee@acluaz.org**


**Joshua A. Block\***
**Leslie Cooper\***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail:**jblock@aclu.org**
E-Mail: **lcooper@aclu.org**
*\*Admitted Pro hac vice*


**Wesley R. Powell\***
**Matthew S. Freimuth\***
**Nicholas Reddick\***
**Jordan C. Wall\***
**Victoria A. Sheets\***
**Justin Garbacz\***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: **wpowell@willkie.com**
E-Mail: **mfreimuth@willkie.com**
*\*Admitted Pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **RUSSELL B. TOOMEY**, | No. 4:19-cv-00035 |
| Plaintiff, | |
| v. | |
| **STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, D/B/A UNIVERSITY OF ARIZONA**, a governmental body of the State of Arizona; **RON SHOOPMAN**, in his official capacity as chair of the Arizona Board Of Regents; **LARRY PENLEY**, in his official capacity as Member of the Arizona Board of Regents; **RAM KRISHNA**, in his official capacity as Secretary of the Arizona Board of Regents; **BILL RIDENOUR**, in his official capacity as Treasurer of the Arizona Board of Regents; **LYNDEL MANSON**, in her official capacity as Member of the Arizona Board of Regents; **KARRIN TAYLOR ROBSON**, in her official capacity as Member of the Arizona Board of Regents; **JAY HEILER**, in his official capacity as Member of the Arizona Board of Regents; **FRED DUVAL**, in his official capacity as Member of the Arizona Board of Regents; **ANDY TOBIN**, in his official capacity as Director of the Arizona Department of Administration; **PAUL SHANNON**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration, | **NOTICE OF DEPOSITION OF CRAIG BROWN** |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Russell B. Toomey, on behalf of himself and the certified Classes, by and through his attorneys the ACLU Foundation of Arizona, the American Civil Liberties Union Foundation, and Willkie Farr & Gallagher LLP, will take the oral deposition of Craig Brown,  who shall appear in-person at the offices of Hazlett Reporting & Legal Video Services, 140 Second

1  Avenue West, Suite B, Kalispell, Montana 59904-1853, on **June 22, 2021, beginning at 9:30 AM**

2  **MDT / 11:30 AM EDT**.

3
   Unless otherwise agreed, the deposition shall continue from day to day, excluding
4
5  Saturdays, Sundays, and legal holidays, until completed, and the deposition will be conducted with

6  a duly qualified notary public, court reporter, or other officer authorized to administer oaths and

7  recorded by videographic, stenographic, audio, audiovisual, or real-time computer means, and may

8  be taken remotely.

9
   This deposition shall be used for all allowable purposes, and shall be conducted in
10
11 accordance with the Federal Rules of Civil Procedure.

12 Dated: June 15, 2021

13                                                      By */s/ Wesley R. Powell*

14                                                      ACLU FOUNDATION OF ARIZONA
                                                        Victoria Lopez – 330042
15                                                      Christine K Wee – 028535
                                                        3707 North 7th Street, Suite 235
16                                                      Phoenix, Arizona 85014

17
                                                        AMERICAN CIVIL LIBERTIES UNION
18                                                      FOUNDATION
                                                        Joshua A. Block*
19                                                      Leslie Cooper
                                                        125 Broad Street, Floor 18
20                                                      New York, New York 10004
                                                        *Admitted pro hac vice
21
22                                                      WILLKIE FARR & GALLAGHER LLP
                                                        Wesley R. Powell*
23                                                      Matthew S. Freimuth*
                                                        787 Seventh Avenue
24                                                      New York, New York 10019
                                                        *Admitted pro hac vice
25
26
27                                                      *Attorneys for Plaintiff Russell B. Toomey*

28

**CERTIFICATE OF SERVICE**

I, Wesley R. Powell, hereby certify that on June 15, 2021, I caused the foregoing document

to be served via electronic mail to counsel for Defendants at the following email addresses:


Timothy J. Berg tberg@fclaw.com
Amy Abdo amy@fclaw.com
Ryan Curtis rcurtis@fclaw.com
Shannon Cohan scohan@fclaw.com
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road Suite 600
Phoenix, Arizona 85016

*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon*


Paul F. Eckstein PEckstein@perkinscoie.com
Austin C. Yost AYost@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788
DocketPHX@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*


                                        */s/ Wesley R. Powell*