**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** vlopez@acluaz.org
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
**Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Nicholas Reddick***
**Jordan C. Wall***
**Victoria A. Sheets***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: nreddick@willkie.com
E-Mail: jwall@willkie.com
E-Mail: vsheets@willkie.com
E-Mail: jgarbacz@willkie.com
*\*Admitted Pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>          Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>          Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to LRCiv 5.6, Plaintiff moves this Court for an order directing the Clerk to file under seal Exhibit 1 to the Declaration of Christine K. Wee in Support of Plaintiff's Reply in Support of Motion to Compel Production of Documents (Doc. 210) because the exhibit contains confidential information that is protected from public disclosure by the Stipulated Protective Order (Doc. 165) entered in this case.

Dated: June 25, 2021

ACLU FOUNDATION OF ARIZONA

By /s/ Christine Wee
    Victoria Lopez - 330042
    Christine K. Wee - 028535
    3707 North 7th Street, Suite 235
    Phoenix, Arizona 85014

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
    Joshua A. Block*
    Leslie Cooper*
    125 Broad Street, Floor 18
    New York. New York 10004

WILLKIE FARR & GALLAGHER LLP
Wesley R. Powell*
Matthew S. Freimuth*
Nicholas Reddick*
Jordan C. Wall*
Victoria A. Sheets*
Justin Garbacz*
787 Seventh Avenue
New York, New York 10019

*admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

I, further hereby certify that on June 25, 2021, I emailed the attached document to:

>Betsy Lamm
>Daniel Dowd
>Kaysey L. Fung
>Cohen Dowd Quigley
>The Camelback Esplanade One
>2425 East Camelback Road, Suite 1100
>Phoenix, Arizona 85016
>BLamm@CDQLaw.com
>DDowd@CDQLaw.com
>KFung@CDQLaw.com
>
>*Attorneys for Office of Governor Douglas A. Ducey*

/s/ <u>Christine K. Wee</u>
Christine K. Wee