1  **Victoria Lopez – 330042**
2  **Christine K Wee – 028535**
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85014
4  Telephone: (602) 650-1854
   Email**:** vlopez@acluaz.org
5  Email**:** cwee@acluaz.org
6
7  **Joshua A. Block\***
   **Leslie Cooper\***
8  **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
   125 Broad Street, Floor 18
9  New York, New York 10004
   Telephone: (212) 549-2650
10 E-Mail: jblock@aclu.org
11 E-Mail: lcooper@aclu.org
   *\*Admitted pro hac vice*
12

13 **Wesley R. Powell\***
   **Matthew S. Freimuth\***
14 **Nicholas Reddick\***
15 **Jordan C. Wall\***
   **Victoria A. Sheets\***
16 **Justin Garbacz\***
17 **WILLKIE FARR & GALLAGHER LLP**
   787 Seventh Avenue
18 New York, New York 10019
   Telephone: (212) 728-8000
19 Facsimile: (212) 728-8111
20 E-Mail: wpowell@willkie.com
   E-Mail: mfreimuth@willkie.com
21 E-Mail: nreddick@willkie.com
22 E-Mail: jwall@willkie.com
   E-Mail: vsheets@willkie.com
23 E-Mail: jgarbacz@willkie.com
   *\*Admitted Pro hac vice*
24

25 *Attorneys for Plaintiff Russell B. Toomey*

26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>                    Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>                    Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**STIPULATION REGARDING THE EFFECT OF THE STIPULATED PROTECTIVE ORDER ON NON-PARTY DISCOVERY** |

**WHEREAS,** Plaintiff Russell B. Toomey served Non-Party Cigna Health Care ("Cigna") with a Non-Party Subpoena to Produce Documents ("Plaintiff's Non-Party Subpoena") in this matter, which was filed with the Court on January 8, 2021 (Doc. No. 154.); and

**WHEREAS** Cigna agreed to produce certain confidential documentation subject to a "So Ordered" Protective Order in its Responses and Objections to Plaintiff's Non-Party Subpoena:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for all the parties to the above-captioned action as well as the attorneys for Non-Party Cigna, that the terms of the Stipulated Protective Order that was "So Ordered" by the Hon. Leslie A. Bowman, U.S.M.J. on March 5, 2021 apply to documentation produced by Non-Party Cigna in this action pursuant to Plaintiff's Non-Party Subpoena. (Doc. No. 165).

**SO STIPULATED.**

Dated: June 29, 2021

                ACLU FOUNDATION OF ARIZONA

                By <u>/s/ Christine Wee</u>
                Victoria Lopez - 330042
                Christine K. Wee - 028535
                3707 North 7th Street, Suite 235
                Phoenix, Arizona 85014

                AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                Joshua A. Block*
                Leslie Cooper*
                125 Broad Street, Floor 18
                New York, New York 10004

                WILLKIE FARR & GALLAGHER LLP
                Wesley R. Powell*
                Matthew S. Freimuth*
                Nicholas Reddick*
                Jordan C. Wall*
                Victoria A. Sheets*
                Justin Garbacz*
                787 Seventh Avenue
                New York, New York 10019
                *admitted pro hac vice*

                *Attorneys for Plaintiff Russell B. Toomey*

                FENNEMORE CRAIG, P.C.
                <u>/s/ Ryan C. Curtis (with permission)</u>
                Fennemore Craig, P.C.
                Ryan C. Curtis
                Shannon Cohan
                Amy Abdo
                Tim Berg
                2394 E Camelback Rd., Ste. 600
                Phoenix, AZ 85016-3429
                rcurtis@fclaw.com
                scohan@fclaw.com
                amy@fclaw.com

                *Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon*

PERKINS COIE LLP
*/s/ Paul F. Eckstein (with permission)*
Paul F. Eckstein
Austin C. Yost
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788
peckstein@perkinscoie.com
ayost@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

_____
Matthew P. Mazzola, Esq.
Robinson Cole
666 Third Avenue, 20th floor
New York, NY 10017
*Attorneys for Non-Party Cigna Health Care*

3

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

I, further hereby certify that on June 29, 2021, I emailed the attached document to:

Matthew P. Mazzola
Robinson Cole
666 Third Avenue, 20th floor
New York, NY 10017
MMazzola@rc.com

*Attorneys for Non-Party Cigna Health Care*

                                           /s/ *Christine K. Wee*
                                           Christine K. Wee