UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>                    Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>                    Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**[PROPOSED] ORDER** |

In consideration of the parties' Stipulation regarding the effect of the Stipulated Protective Order on Non-Party Discovery regarding the Subpoena served upon Non-Party Cigna Health Care (Cigna) (Doc. ____) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that attorneys of record for all the parties to the above-captioned action as well as the attorneys for Non-Party Cigna, that the terms of the Stipulated Protective Order (Doc. 165) apply to documentation produced by Non-Party Cigna in this action pursuant to Plaintiff's Non-Party Subpoena. (Doc.154).

Dated this ____ day of _____, 2021.

_____
_____Leslie A. Bowman
United States Magistrate Judge