**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey,                ) | CV 19-0035-TUC-RM (LAB) |
|         Plaintiff,      ) | |
| v.                    ) | **ORDER** |
| State of Arizona; Arizona Board of Regents,) | |
| d/b/a University of Arizona, a governmental) | |
| body of the State of Arizona; et al.,     ) | |
|         Defendants.    ) | |

      Pending before the court is the plaintiff's motion, filed on June 4, 2021, to compel production of documents. (Doc. 202) The Office of the Governor Douglas A. Ducey filed a response on June 18, 2021, which included a request for oral argument. (Doc. 208)

      IT IS ORDERED that a hearing on the motion will be held on Wednesday, July 28, 2021, at 11:00 a.m. at the Evo A. DeConcini United States Courthouse, Tucson, Arizona before Magistrate Judge Leslie A. Bowman. If a party intends to appear telephonically, that party should email chambers at bowman_chambers@azd.uscourts.gov one week prior to the hearing to make arrangements.

      DATED this 29th day of June, 2021.

Leslie A. Bowman

Leslie A. Bowman
United States Magistrate Judge