**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Russell B. Toomey,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>　　　　　　Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**ORDER** |

　　　　In consideration of the parties' Stipulation regarding the effect of the Stipulated Protective Order on Non-Party Discovery regarding the Subpoena served upon Non-Party Cigna Health Care (Cigna) (Doc. 214) and good cause appearing therefore,

　　　　**IT IS HEREBY ORDERED** that the Stipulation is GRANTED. (Doc. 214) The attorneys of record for all the parties to the above-captioned action as well as the attorneys for Non-Party Cigna are notified that the terms of the Stipulated Protective Order (Doc. 165) apply to documentation produced by Non-Party Cigna in this action pursuant to Plaintiff's Non-Party Subpoena. (Doc.154).

　　　　Dated this 30th day of June, 2021.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge