# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey,<br><br>      Plaintiff,<br>v.<br><br>State of Arizona; Arizona Board of Regents, d/b/a University of Arizona, a governmental body of the State of Arizona; et al.,<br><br>      Defendants. | CV 19-0035-TUC-RM (LAB)<br><br>**ORDER** |

At the request of the parties:

IT IS ORDERED that the hearing on the plaintiff's motion, filed on June 4, 2021, to compel production of documents currently set for Wednesday, July 28, 2021, at 11:00 a.m. at the Evo A. Deconcini United States Courthouse, Tucson, Arizona before Magistrate Judge Leslie A. Bowman is continued until **Wednesday, August 11, 2021, at 11:00 a.m.** Parties may appear telephonically if they contact the court one week prior to the hearing.

DATED this 12th day of July, 2021.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge