**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** vlopez@acluaz.org
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*\*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Nicholas Reddick***
**Jordan C. Wall***
**Victoria Sheets***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: vsheets@willkie.com

*\*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>  Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>  Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**JOINT LETTER TO COURT RE SETTLEMENT** |

On May 12, 2021 the Court ordered the parties to submit a joint letter concerning the status of settlement discussions by July 16, 2021, and every two months thereafter. (Doc. 192.)

Pursuant to that Order, the parties hereby inform the Court that settlement discussions have occurred, but that there have been no significant mutual agreements or developments concerning settlement to date. The parties intend to engage in further settlement discussions as the case progresses.

Respectfully submitted this 14th day of July, 2021.

1

| | |
|---|---|
| **FENNEMORE CRAIG** | **ACLU FOUNDATION OF ARIZONA** |
| /s/ Ryan Curtis (with permission) | By /s/ Christine K. Wee |
| Timothy J. Berg | Victoria Lopez - 330042 |
| Amy Abdo | Christine K. Wee - 028535 |
| Ryan Curtis | 3707 North 7th Street, Suite 235 |
| Shannon Cohan | Phoenix, Arizona 85014 |
| 2394 E Camelback Rd., Ste. 600 | |
| Phoenix, AZ 85016-3429 | |
| | **WILLKIE FARR & GALLAGHER LLP** |
| *Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon* | Wesley R. Powell* |
| | Matthew S. Freimuth* |
| | Nicholas Reddick* |
| **PERKINS COIE LLP** | Jordan C. Wall* |
| | Victoria Sheets* |
| /s/ Austin Yost (with permission) | Justin Garbacz* |
| Paul F. Eckstein | 787 Seventh Avenue |
| Austin C. Yost | New York, New York 10019 |
| 2901 N. Central Ave., Suite 2000 | |
| Phoenix, Arizona 85012-2788 | |
| | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** |
| *Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval* | Joshua A. Block* |
| | Leslie Cooper* |
| | 125 Broad Street, Floor 18 |
| | New York, New York 10004 |
| | |
| | *admitted pro hac vice |
| | |
| | *Attorneys for Plaintiff Russell B. Toomey* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Christine K. Wee*
Christine K. Wee