IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>         Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>         Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**ORDER** |

    The Court having reviewed Plaintiff's Motion to Seal Exhibit 1 to the Declaration of Christine K. Wee in Support of Plaintiff's Reply in Support of Motion to Compel Production of Documents (Doc. 211) and finding good cause,

    IT IS ORDERED THAT the Plaintiff's Motion is granted.  (Doc. 211)  The Clerk is instructed to file under seal the lodged document, Doc. 212.

    Dated this 13th day of July, 2021.

_____
Leslie A. Bowman
United States Magistrate Judge