# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B Toomey, | No. CV-19-00035-TUC-RM (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Leave to File Exhibits Under Seal. (Doc. 224.) Defendants seek leave to file under seal Exhibits 1 and 7 to the Declaration of Ryan Curtis in Support of State Defendants' Objections to Order Compelling Production. Defendants state that Exhibits 1 and 7 to the Declaration contain confidential and proprietary information pursuant to the Federal Rules of Civil Procedure and the parties' Stipulated Protective Order. (*Id*.; *see* Doc. 165.)

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that Defendants' Motion for Leave to File Exhibits Under Seal (Doc. 224) is **granted**. The Clerk of Court shall **file under seal** Exhibits 1 and 7 to the State Defendants' Objections to Order Compelling Production (lodged at Doc. 225).

Dated this 15th day of July, 2021.

*[signature]*
Honorable Rosemary Márquez
United States District Judge