Victoria Lopez- 330042
Christine K Wee– 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: **vlopez@acluaz.org**
Email: **cwee@acluaz.org**

Joshua A. Block*
Leslie Cooper*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: **jblock@aclu.org**
E-Mail: **lcooper@aclu.org**
*Admitted Pro hac vice*

Wesley R. Powell*
Matthew S. Freimuth*
Jordan C. Wall*
Victoria A. Sheets*
Justin Garbacz*
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: **wpowell@willkie.com**
E-Mail: **mfreimuth@willkie.com**
E-Mail: **jwall@willkie.com**
E-Mail: **vsheets@willkie.com**
E-Mail: **jgarbacz@willkie.com**

*Admitted Pro hac vice*


*Attorneys for Plaintiff Russell B. Toomey*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**, | 4:19-cv-00035-TUC-RM (LAB) |
| Plaintiff, | |
| v. | |
| **State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration, | DECLARATION OF CHRISTINE K WEE IN SUPPORT OF PLAINTIFF RUSSELL B. TOOMEY'S RESPONSE TO STATE DEFENDANTS' MOTION TO STAY (Doc. 242) |
| Defendants. | |

I, Christine K. Wee, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a Senior Staff Attorney at ACLU Foundation of Arizona, licensed to practice law in the State of Arizona, and represent Plaintiff Russell B. Toomey ("Dr. Toomey" or "Plaintiff").

2. I submit this declaration in support of Plaintiff's Response (the "Response") to State Defendants' Motion to Stay (Doc. 242).

3. I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matter.

4. **Exhibit 1** as attached to Plaintiff's Response is a true and correct copy of Plaintiff's First Request for Production, dated December 8, 2020.

5. **Exhibit 2** as attached to Plaintiff's Response is a true and correct copy of State Defendants' Privilege Log, served on May 10, 2021.

6. **Exhibit 3** as attached to Plaintiff's Response is a true and correct copy of Plaintiff's First Set of Interrogatories, dated June 5, 2020

7. **Exhibit 4** as attached to Plaintiff's Response is a true and correct copy of State Defendants' Supplemental Response to Plaintiff's First Set of Interrogatories, dated January 21, 2021.

8. **Exhibit 5** as attached to Plaintiff's Response is a true and correct slip copy of *Sanchez v. Attorney General of Arizona*, No. CV-17-00224-TUC-RM, 2021 WL 2105610 (D. Ariz. May 25, 2021).

9. **Exhibit 6** as attached to Plaintiff's Response is a true and correct copy of the unreported decision in *Alday v. Raytheon Co.*, No. CV 06-32 TUC DCB, 2008 WL 11441997 (D. Ariz. Oct. 2, 2008).

10. **Exhibit 7** as attached to Plaintiff's Response is a true and correct copy of the unreported decision in *One Unnamed Deputy Dist. Attorney v. Cty. of Los Angeles*, No. CV 09-7931 ODW (SSX), 2010 WL 11463169 (C.D. Cal. Mar. 2, 2010).

11. **Exhibit 8** as attached to Plaintiff's Response is a true and correct copy of the unreported decision in *Melendres v. Maricopa Cty.*, No. 07-CV-02513-PHX-GMSM, 2009 WL 2515618 (D. Ariz. Aug. 13, 2009).

I declare under penalty of perjury that the foregoing is true is and correct.

Executed this 5th day of October, 2021.

/s/ *Christine K. Wee*
Christine K. Wee