**Victoria Lopez – 330042**
**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** vlopez@acluaz.org
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Victoria A. Sheets***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: vsheets@willkie.com
E-Mail: jgarbacz@willkie.com
*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Russell B. Toomey,** | Case No.19-cv-00035-TUC-RM (LAB) |
| Plaintiff, | |
| v. | **JOINT MOTION FOR TEMPORARY SUSPENSION OF SCHEDULING ORDER DATES** |
| **State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al., | |
| Defendants. | |

The parties respectfully move the Court to temporarily suspend the current Scheduling Order dates.  In support of this motion, the parties state as follows:

1.    Per this Court's Scheduling Order dated May 12, 2021 (Doc. 192), as amended by joint proposal in the Court's August 10, 2021 Order extending Scheduling Order dates (Doc. 234) (the "Amended Scheduling Order"), dispositive motions are currently scheduled to be filed no later than <u>November 12, 2021</u>.

2.    On September 21, 2021, the District Court  issued an order affirming Magistrate Judge Bowman's Order granting Plaintiff's motion to compel documents withheld by State Defendants on the basis of attorney client privilege (Doc. 241) (the "District Court Order to Produce").  The District Court Order to Produce directed State Defendants to produce the subject documents on or by October 5, 2021. (*Id*.)  On October 1, 2021, State Defendants

2

filed a motion to stay the District Court Order to Produce pending resolution of their Writ of Mandamus to the Ninth Circuit Court of Appeals (Doc. 242).  On October 21, 2021, the District Court granted State Defendants' motion to stay, ordering a stay of the District Court Order to Produce "pending resolution of the Defendants' Writ of Mandamus to the Ninth Circuit Court of Appeals." (Doc. 251).  A ruling on the Writ of Mandamus is pending as of the filing of this joint motion.

3. Plaintiff also filed a motion to compel documents withheld by the Governor's Office on the basis of executive communications privilege and deliberative process privilege on June 4, 2021 (Doc. 202).  On August 27, 2021, Magistrate Judge Bowman issued an order granting Plaintiff's motion, and compelling production of the subject documents (Doc. 238) (the "Governor's Office Order").  On September 10, 2021, the Governor's Office filed Objections to the Governor's Office Order.  The District Court's ruling on these Objections is pending as of the date of this joint motion.

4. In light of the aforementioned pending discovery motions, the parties have agreed to wait for a ruling on the State Defendants' Petition for a Writ of Mandamus before conducting outstanding depositions of fact witnesses and filing dispositive motions.  To that end, the parties have agreed that a suspension of the current Scheduling Order dates is appropriate.

5. As such, the parties respectfully request that this Court issue an order directing the following:

- Except for bi-monthly joint letters to the Court regarding settlement discussions, all deadlines contemplated by the Court's Amended Scheduling Order (Doc. 234) are hereby suspended.

- Within 30 days of a ruling from the Ninth Circuit Court of Appeals on the State Defendants' Writ of Mandamus regarding the District Court Order to Produce, the parties will request a scheduling conference with the Court to address a briefing schedule for dispositive motions.  The parties will confer in good faith prior to a scheduling conference in an effort to submit a mutually agreeable

briefing schedule to the Court for dispositive motions that will consider the Ninth Circuit's ruling and any ruling by this Court regarding the Governor's Office Order.

- This stipulation and order shall not affect this Court's ability to rule on the Governor's Office's Objections to the Governor's Office Order, which are still pending as of the date of this joint motion.

Respectfully submitted this 2nd day of November, 2021.

**FENNEMORE CRAIG**

*/s/ Ryan Curtis (with permission)*
   Timothy J. Berg
   Amy Abdo
   Ryan Curtis
   Shannon Cohan
   2394 E Camelback Rd., Ste. 600
   Phoenix, AZ 85016-3429

*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon*

**PERKINS COIE LLP**

*/s/ Austin C. Yost (with permission)*
   Paul F. Eckstein
   Austin C. Yost
   2901 N. Central Ave., Suite 2000
   Phoenix, Arizona 85012-2788

*Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

**ACLU FOUNDATION OF ARIZONA**

By */s/ Christine K. Wee*
   Victoria Lopez - 330042
   Christine K. Wee - 028535
   3707 North 7th Street, Suite 235
   Phoenix, Arizona 85014

**WILLKIE FARR & GALLAGHER LLP**
   Wesley R. Powell*
   Matthew S. Freimuth*
   Jordan C. Wall*
   Victoria Sheets*
   787 Seventh Avenue
   New York, New York 10019

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
   Joshua A. Block*
   Leslie Cooper*
   125 Broad Street, Floor 18
   New York, New York 10004

*admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 2, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*/s/ Christine K. Wee*
Christine K. Wee
