# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**, | 4:19-cv-00035-TUC-RM (LAB) |
| Plaintiff, | |
| v. | **ORDER** |
| **State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration, | |
| Defendants. | |

This matter before the Court on the Joint Motion for Temporary Suspension of Scheduling Order Dates (Doc. 252),

IT IS HEREBY ORDERED that the Joint Motion is GRANTED IN PART and the Court directs the following:

- Except for bi-monthly joint letters to the Court regarding settlement discussions, all deadlines contemplated by the Court's Amended Scheduling Order (Doc. 234) are hereby suspended.
- Within 30 days of a ruling from the Ninth Circuit Court of Appeals on the State Defendants' Writ of Mandamus regarding the District Court Order to Produce, the parties will confer in good faith in an effort to devise a mutually agreeable briefing schedule for dispositive motions that will consider the Ninth Circuit's ruling and any ruling by this Court regarding the Governor's Office Order.  Within seven days of conferring, the parties will file a joint motion to amend the scheduling order.
- This stipulation and order shall not affect this Court's ability to rule on the Governor's Office's Objections to the Governor's Office Order, which are still pending as of the date of this joint motion.

Dated this 2nd day of November, 2021.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge