**Christine K Wee – 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: **cwee@acluaz.org**

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: **jblock@aclu.org**
E-Mail: **lcooper@aclu.org**
*\*Admitted Pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Victoria A. Sheets***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: **wpowell@willkie.com**
E-Mail: **mfreimuth@willkie.com**
E-Mail: **jwall@willkie.com**
E-Mail: **vsheets@willkie.com**
E-Mail: **jgarbacz@willkie.com**
*\*Admitted Pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **RUSSELL B. TOOMEY**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, D/B/A UNIVERSITY OF ARIZONA**, a governmental body of the State of Arizona; **RON SHOOPMAN**, in his official capacity as chair of the Arizona Board Of Regents; **LARRY PENLEY**, in his official capacity as Member of the Arizona Board of Regents; **RAM KRISHNA**, in his official capacity as Secretary of the Arizona Board of Regents; **BILL RIDENOUR**, in his official capacity as Treasurer of the Arizona Board of Regents; **LYNDEL MANSON**, in her official capacity as Member of the Arizona Board of Regents; **KARRIN TAYLOR ROBSON**, in her official capacity as Member of the Arizona Board of Regents; **JAY HEILER**, in his official capacity as Member of the Arizona Board of Regents; **FRED DUVAL**, in his official capacity as Member of the Arizona Board of Regents; **ANDY TOBIN**, in his official capacity as Director of the Arizona Department of Administration; **PAUL SHANNON**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>Defendants. | No. 4:19-cv-00035<br><br><br><br>**NOTICE OF DEPOSITION OF CHRISTINA CORIERI** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Russell B. Toomey, on behalf of himself and the certified Classes, by and through his attorneys the ACLU Foundation of Arizona, the American Civil Liberties Union Foundation, and Willkie Farr & Gallagher LLP, will take the oral deposition of Christina Corieri, who shall appear at the law offices of Cohen Dowd Quigley, The Camelback Esplanade One, 2425

East Camelback Road #1100, Phoenix, Arizona 85016 on **July 13, 2022, beginning at 8:30 AM MST / 11:30 AM EST**.

Unless otherwise agreed, the deposition shall continue from day to day, excluding Saturdays, Sundays, and legal holidays, until completed, and the deposition will be conducted with a duly qualified notary public, court reporter, or other officer authorized to administer oaths and recorded by videographic, stenographic, audio, audiovisual, or real-time computer means, and may be taken remotely.

This deposition shall be used for all allowable purposes, and shall be conducted in accordance with the Federal Rules of Civil Procedure.

Dated: June 14, 2022

By /s/ Wesley R. Powell

ACLU FOUNDATION OF ARIZONA
ACLU FOUNDATION OF ARIZONA
Christine K Wee – 028535
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Joshua A. Block*
Leslie Cooper
125 Broad Street, Floor 18
New York, New York 10004
*Admitted pro hac vice

WILLKIE FARR & GALLAGHER LLP
Wesley R. Powell*
Matthew S. Freimuth*
Jordan C. Wall*
Victoria A. Sheets*
Justin Garbacz*
787 Seventh Avenue
New York, New York 10019
*Admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

I hereby further certify that on June 14, 2022, the attached document was emailed to:

Betsy Lamm
Daniel Dowd
Kaysey L. Fung
Cohn Down Quigley
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
BLamm@CDQLaw.com
DDowd@CDQLaw.com
KFund@CDQLAw.com

*Attorneys for Office of Governor Douglas A. Ducey*

/s/ Wesley R. Powell