1   FENNEMORE CRAIG, P.C.
    Timothy J. Berg (No. 004170)
2   Amy Abdo (No. 016346)
    Ryan Curtis (No. 025133)
3   Shannon Cohan (No. 034429)
    2394 E. Camelback Road, Suite 600
4   Phoenix, Arizona 85016
    Telephone: (602) 916-5000
5   Email: tberg@fennemorelaw.com
    Email: amy@fennemorelaw.com
6   Email: rcurtis@fennemorelaw.com
    Email: scohan@fennemorelaw.com
7
    *Attorneys for Defendants*
8   *State of Arizona, Andy Tobin, and Paul Shannon*

9               UNITED STATES DISTRICT COURT

10                  DISTRICT OF ARIZONA

11  Russell B. Toomey,                    No. 4:19-cv-00035

12              Plaintiff,                **JOINT MOTION TO RESCHEDULE
                                          ORAL ARGUMENT**
13          v.

14  State of Arizona, *et al.*

15              Defendants.

16

17

18         The parties respectfully move the Court to reschedule the oral argument currently

19  scheduled for 10:00 a.m. on Friday, July 15, 2022, regarding State Defendants' (State of

20  Arizona, Andy Tobin, and Paul Shannon) Motion for Reconsideration (Doc. 261).

21         The Court set the oral argument through a minute entry on July 1, 2022. On behalf

22  of State Defendants, Timothy Berg has been preparing for the oral argument but just tested

23  positive for COVID-19. Other counsel for State Defendants are unavailable due to family

24  travel commitments including a child's wedding, taking a deposition in another matter, or

25  are otherwise unable to properly prepare for and attend the oral argument. Counsel for State

26  Defendants   approached   counsel   for   Plaintiff   and   counsel   for   the   Arizona   Board   of

Regents/University Defendants today regarding these recent developments and all parties have agreed to this joint motion seeking to reschedule the oral argument after a short delay. The parties believe the oral argument could be scheduled after a short delay of one week, or any date thereafter, except July 25 – 28, 2022, when Plaintiff Dr. Toomey's counsel will be unavailable.

DATED this 13th day of July, 2022.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FENNEMORE CRAIG, P.C.

By:  *s/ Ryan Curtis*
        Timothy J. Berg
        Amy Abdo
        Ryan Curtis
        Shannon Cohan
        *Attorneys for Defendants State of*
        *Arizona, Andy Tobin, and Paul*
        *Shannon*

PERKINS COIE, LLP

2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788

By:  */s/ Austin C. Yost (with permission)*
        Paul F. Eckstein
        Austin C. Yost
        PEckstein@perkinscoie.com
        AYost@perkinscoie.com
        *Attorneys for Defendants Arizona*
        *Board of Regents, d/b/a University*
        *of Arizona; Ron Shoopman; Larry*
        *Penley; Ram Krishna; Bill*
        *Ridenour; Lyndel Manson; Karrin*
        *Taylor Robson; Jay Heiler; and*
        *Fred Duval*

WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000

By: /s/ *Victoria A. Sheets (with permission)*
        Wesley R. Powell*
        Matthew S. Freimuth*
        Jordan C. Wall*
        Victoria A. Sheets*
        Justin Garbacz*
        wpowell@willkie.com
        mfreimuth@willkie.com
        jwall@willkie.com
        vsheets@willkie.com
        jgarbacz@willkie.com

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650

        Joshua A. Block*
        Leslie Cooper*
        jblock@aclu.org
        lcooper@aclu.org

ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854

        Christine K. Wee
        cwee@acluaz.org

*admitted pro hac vice

        *Attorneys for Plaintiff*
        *Russell B. Toomey*

27081520