# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B Toomey, | No. CV-19-00035-TUC-RM (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Reschedule Oral Argument. (Doc. 273.) The parties jointly move to continue the oral argument on the pending Motion for Reconsideration (Doc. 261), currently set for July 15, 2022, due to scheduling conflicts faced by counsel for the State Defendants, as well as one of the State Defendants' attorneys recently testing positive for COVID-19. (*Id.*) State Defendants have consulted with counsel for Plaintiff and the Arizona Board of Regents Defendants, and they do not object to continuing the oral argument. (*Id.*)

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1   **IT IS ORDERED** that the Joint Motion to Reschedule Oral Argument (Doc. 273)
2  is **granted**. Oral argument on the State Defendants' Motion for Reconsideration (Doc.
3  261), currently set for July 15, 2022, at 10:00 a.m., is **vacated and reset** for **July 22,**
4  **2022, at 10:00 a.m.**

5   Dated this 13th day of July, 2022.

```
                                    _____
                                    Honorable Rosemary Márquez
                                    United States District Judge
```