**Christine K Wee** – 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** cwee@acluaz.org

**Joshua A. Block\***
**Leslie Cooper\***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*\*Admitted pro hac vice*

**Wesley R. Powell\***
**Matthew S. Freimuth\***
**Jordan C. Wall\***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: vsheets@willkie.com
*\*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Russell B. Toomey,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>　　　　　Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**JOINT LETTER TO COURT RE SETTLEMENT** |

On August 10, 2021, the Court ordered the parties to submit a joint letter concerning the status of settlement discussions by October 20, 2021, and every two months thereafter. (Doc. 234)

Pursuant to that order, the parties hereby inform the Court that there have been no significant mutual agreements or developments concerning settlement to date. The parties intend to engage in further settlement discussions as the case progresses.

Respectfully submitted this 22nd of August, 2022.

| **FENNEMORE CRAIG** | **ACLU FOUNDATION OF ARIZONA** |
|---|---|
| /s/ Ryan Curtis (with permission) <br> Timothy J. Berg <br> Amy Abdo <br> Ryan Curtis <br> Shannon Cohan <br> 2394 E Camelback Rd., Ste. 600 <br> Phoenix, AZ 85016-3429 <br><br> *Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon* | By /s/ Christine Wee <br> Christine K. Wee - 028535 <br> 3707 North 7th Street, Suite 235 <br> Phoenix, Arizona 85014 <br><br> **WILLKIE FARR & GALLAGHER LLP** <br> Wesley R. Powell* <br> Matthew S. Freimuth* <br> Jordan C. Wall* <br> 787 Seventh Avenue <br> New York, New York 10019 |
| **PERKINS COIE LLP** <br><br> /s/ Austin C. Yost (with permission) <br> Paul F. Eckstein <br> Austin C. Yost <br> 2901 N. Central Ave., Suite 2000 <br> Phoenix, Arizona 85012-2788 <br><br> *Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Bill Ridenour; Lyndel Manson ; Fred Duval; Cecilia Mata; Robert Herbold; and Jessica Pacheco* | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** <br> Joshua A. Block* <br> Leslie Cooper* <br> 125 Broad Street, Floor 18 <br> New York, New York 10004 <br> *admitted pro hac vice <br><br> *Attorneys for Plaintiff Russell B. Toomey* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Christine Wee*
Christine K. Wee