UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey,<br><br>        Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*<br><br>        Defendants. | No. 4:19-cv-00035<br><br>**[PROPOSED] ORDER REGARDING THE PARTIES' STIPULATION FOR DEFENDANTS STATE OF ARIZONA'S, ANDY TOBIN'S, AND PAUL SHANNON'S PENDING MOTION FOR CLARIFICATION** |

Having reviewed the Parties' joint stipulation dated August 23, 2022, regarding Defendants State of Arizona's, Andy Tobin's, and Paul Shannon's pending Motion for Clarification of the Court's Order dated August 9, 2022 (Doc. 278) and finding good cause,

IT IS HEREBY ORDERED that the Parties' Stipulation is approved and added to the record for this case.

28006155