1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | CV-19-00035-TUC-RM |
| Plaintiff, | **[PROPOSED] ORDER REGARDING DEFENDANTS STATE OF ARIZONA'S, ANDY TOBIN'S, AND PAUL SHANNON'S MOTION FOR CLARIFICATION** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

Having reviewed Defendants State of Arizona's, Andy Tobin's, and Paul Shannon's Motion To For Clarification of this Court's Order dated August 9, 2022 (Doc. 278), and finding good cause,

IT IS HEREBY ORDERED that State Defendants may present the following evidence in their dispositive motion briefings as objective facts so long as it is not used to argue that State Defendants had a good-faith subjective belief in the legality of the State Plan's exclusion for gender reassignment surgery (the "Exclusion"):

      a. The factual state of the law at the time that State Defendants made their decision regarding the Exclusion;

      b. Communications with non-attorneys regarding the legality of the Exclusion that occurred prior to the time that legal counsel was consulted regarding the Exclusion; and

c.  Testimony from third-party witnesses, including the Governor's Office, regarding their consideration of the legality of the Exclusion in 2016.

28005813