**Christine K Wee** – 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: jgarbacz@willkie.com
*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Russell B. Toomey,**<br><br>          Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>          Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**JOINT MOTION TO AMEND THE SCHEDULING ORDER** |

The parties respectfully move the Court to amend the Court's Scheduling Order. In support of this motion, the parties state as follows:

1. This Court's May 18, 2022 order extending the temporary suspension of scheduling order dates (Doc. 268) directed the parties to "confer in good faith in an effort to devise a mutually agreeable briefing schedule for dispositive motions," within 30 days of a ruling on the State Defendants' Motion for Reconsideration (Doc. 261). The parties were also directed to file a joint motion to amend the scheduling order with seven days of conferring.

2. On August 9, 2022, this Court ruled on State Defendants' Motion for Reconsideration (Doc. 278), and lifted the Court's stay.

3. Pursuant to this Court's May 18, 2022 Order, the parties have met and conferred regarding a dispositive motion schedule, and have agreed on a mutually acceptable schedule.

4. As such, the parties respectfully request that this Court issue a scheduling order directing the following:

- All dispositive motions shall be filed no later than September 26, 2022.
- All responses to dispositive motions shall be filed no later than October 26, 2022.
- All replies in support of dispositive motions shall be filed no later than November 23, 2022.
- A joint proposed pretrial order shall be lodged 30 days after resolution of dispositive motions.

Respectfully submitted this 25th day of August, 2022.

| | |
|---|---|
| **FENNEMORE CRAIG** | **ACLU FOUNDATION OF ARIZONA** |
| /s/ Ryan Curtis (with permission) | By /s/ Christine Wee |
| Timothy J. Berg | Christine K. Wee - 028535 |
| Amy Abdo | 3707 North 7th Street, Suite 235 |
| Ryan Curtis | Phoenix, Arizona 85014 |
| Shannon Cohan | cwee@acluaz.org |
| 2394 E Camelback Rd., Ste. 600 | |
| Phoenix, AZ 85016-3429 | **WILLKIE FARR & GALLAGHER LLP** |
| tberg@fclaw.cm | Wesley R. Powell* |
| amy@fclaw.com | Matthew S. Freimuth* |
| rcurtis@fclaw.com | Jordan C. Wall* |
| scohan@fclaw.com | Justin Garbacz* |
| | 787 Seventh Avenue |
| *Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon* | New York, New York 10019 |
| | wpowell@willkie.com |
| | mfreimuth@willkie.com |
| **PERKINS COIE LLP** | jwall@willkie.com |
| | jgarbacz@willkie.com |
| /s/ Austin C. Yost (with permission) | |
| Paul F. Eckstein | **AMERICAN CIVIL LIBERTIES** |
| Austin C. Yost | **UNION FOUNDATION** |
| 2901 N. Central Ave., Suite 2000 | Joshua A. Block* |
| Phoenix, Arizona 85012-2788 | Leslie Cooper* |
| PEckstein@perkinscoie.com | 125 Broad Street, Floor 18 |
| AYost@perkinscoie.com | New York, New York 10004 |
| | jblock@aclu.org |
| *Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Bill Ridenour; Lyndel Manson ; Fred Duval; Cecilia Mata; Robert Herbold; and Jessica Pacheco* | lcooper@aclu.org |
| | *admitted pro hac vice |
| | |
| | *Attorneys for Plaintiff Russell B. Toomey* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

／s/ *Christine Wee*
Christine K. Wee