1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8

**Russell B. Toomey,**

9

Plaintiff,

Case No.19-cv-00035-TUC-RM (LAB)

10

v.

11

**[PROPOSED] ORDER**

12

**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,

13

14

Defendants.

15

This matter before the Court on the Joint Motion to Amend the Scheduling Order

16

(Doc. ____),

17

IT IS HEREBY ORDERED that the Joint Motion is GRANTED and the Court directs

18

the following:

19

- All dispositive motions shall be filed no later than September 26, 2022.

20

- All responses to dispositive motions shall be filed no later than October 26,

21

2022.

22

- All replies in support of dispositive motions shall be filed no later than

23

November 23, 2022.

24

- A joint proposed pretrial order shall be lodged 30 days after resolution of

25

dispositive motions.

26

Dated this _____ day of _____, 2022.

27
28

_____