# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B Toomey, | No. CV-19-00035-TUC-RM (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

    Pending before the Court is the parties' Joint Stipulation Regarding Defendants State of Arizona's, Andy Tobin's, and Paul Shannon's Motion for Clarification. (Doc. 281.) The parties state that, because they do not wish to delay the briefing of dispositive motions in this matter, they agree that Defendants may include the evidence that is at issue in their Motion for Clarification (Doc. 283) in their dispositive motion briefing. (Doc. 281.) The parties further agree that, should the Court determine that the evidence at issue is precluded, it would not be considered in resolving the dispositive motions. (*Id*.) The parties further agree that Plaintiff will not move for sanctions or contempt if State Defendants include the evidence in their dispositive motion briefing. (*Id*.)

    Good cause appearing,

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that the Joint Stipulation Regarding Defendants State of Arizona's, Andy Tobin's, and Paul Shannon's Motion for Clarification (Doc. 281) is **approved**. State Defendants may include the evidence at issue in their dispositive motion briefing, pending resolution of their Motion for Clarification.

Dated this 25th day of August, 2022.

_____
Honorable Rosemary Márquez
United States District Judge