# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**Russell B. Toomey,**

        Plaintiff,

v.

**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,

        Defendants.

Case No.19-cv-00035-TUC-RM (LAB)

**ORDER**

This matter before the Court on the Joint Motion to Amend the Scheduling Order (Doc. 284),

IT IS HEREBY ORDERED that the Joint Motion is GRANTED and the Court directs the following:

- All dispositive motions shall be filed no later than September 26, 2022.
- All responses to dispositive motions shall be filed no later than October 26, 2022.
- All replies in support of dispositive motions shall be filed no later than November 23, 2022.
- A joint proposed pretrial order shall be lodged 30 days after resolution of dispositive motions.

Dated this 26th day of August, 2022.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge