FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. 4:19-cv-00035 |
| Plaintiff, | **DECLARATION OF PAUL SHANNON IN SUPPORT OF DEFENDANTS STATE OF ARIZONA'S, ANDY TOBIN'S, AND PAUL SHANNON'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

I, Paul Shannon, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Assistant Director of the Benefit Services Division of the Arizona Department of Administration ("ADOA").

2. I submit this declaration in support of the State of Arizona's, Andy Tobin's, and Paul Shannon's Motion for Summary Judgment, filed concurrently.

3. I base this declaration on my personal knowledge.

4. In 2018, ADOA provided three health plan options: an Exclusive Provider Organization Plan, a Preferred Provider Organization Plan, and a High Deductible Plan.

The coverage provided, and the applicable exclusions, under each plan was identical.

5. From 2015-2021, ADOA removed only five exclusions for treatments or services from its health plan, including:

    a. 2015 – compression garments for treatment of burns;
    b. 2016 – none;
    c. 2017 – manipulations under anesthesia, counseling and hormone therapy for the treatment of gender dysphoria;
    d. 2018 – midwife services;
    e. 2019 – none;
    f. 2020 – none; and
    g. 2021 – treatment for benign gynecomastia.

6. In 2017, ADOA also removed an exclusion for treatments when the healthcare provider is a family member of the insured. The removal of this exclusion did not provide coverage for any additional treatments or services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26th day of September, 2022.

By: _____
Paul Shannon

28143540