FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. 4:19-cv-00035 |
| Plaintiff, | **DECLARATION OF RYAN CURTIS IN SUPPORT OF DEFENDANTS STATE OF ARIZONA'S, ANDY TOBIN'S, AND PAUL SHANNON'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

I, Ryan Curtis, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1.    I am a Director at Fennemore Craig, P.C., am licensed to practice law in the State of Arizona, and am lead counsel for Defendants State of Arizona, Andy Tobin, and Paul Shannon (collectively, the "State Defendants").

2.    I submit this declaration in support of the State Defendants' Motion for Summary Judgment, filed concurrently.

3.    I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matter.

4. Attached as **Exhibit 1** is a  true and correct copy of excerpts of Dr. Russell Toomey's Deposition Transcript, dated May 26, 2021.

5. Attached as **Exhibit 2** is a true and correct copy of excerpts of Loren Schechter, M.D.'s Deposition Transcript, dated June 15, 2021.

6. Attached as **Exhibit 3** is a true and correct copy of TOOMEY000378-379, a document produced by Plaintiff in this matter.

7. Attached as **Exhibit 4** is a true and correct copy of a transcribed phone call between Plaintiff and BlueCrossBlueShield of Arizona.  The audio file of this phone call was produced by Plaintiff in this matter.

8. Attached as **Exhibit 5** is a true and correct copy of Plaintiff's Amended Initial Discovery Responses, dated March 26, 2020.

9. Attached as **Exhibit 6** is a true and correct copy of AZSTATE.010093, a document produced by State Defendants in this litigation.

10. Attached as **Exhibit 7** is a true and correct copy of excerpts of Joan C. Barrett's Deposition Transcript, dated June 24, 2021.

11. Attached as **Exhibit 8** is a true and correct copy of excerpts of Marie Isaacson's Deposition Transcript, dated March 26, 2021.

12. Attached as **Exhibit 9** is a true and correct copy of excerpts of Paul Shannon's Deposition Transcript, dated June 25, 2021.

13. Attached as **Exhibit 10** is a true and correct copy of excerpts of Scott Bender's Deposition Transcript, dated March 31, 2021.

14. Attached as **Exhibit 11** is a true and correct copy of excerpts of Kelly Sharritts's Deposition Transcript, dated April 22, 2021.

15. Attached as **Exhibit 12** is a true and correct copy of excerpts of Craig Brown's Deposition Transcript, dated June 22, 2021.

16. Attached as **Exhibit 13** is a true and correct copy of excerpts of Elizabeth

Schafer's Deposition Transcript, dated April 28, 2021.

17.     Attached as **Exhibit 14** is a true and correct copy of excerpts of Yvette Medina's Deposition Transcript, dated February 18, 2021.

18.     Attached as **Exhibit 15** is a true and correct copy of AZSTATE.244065, a document produced by State Defendants in this litigation.

19.     Attached as **Exhibit 16** is a true and correct copy of AZSTATE.010905, a document produced by State Defendants in this litigation.

20.     Attached as **Exhibit 17** is a true and correct copy of AZSTATE.000639, a document produced by State Defendants in this litigation.

21.     Attached as **Exhibit 18** is a true and correct copy of AZSTATE.006325, a document produced by State Defendants in this litigation.

22.     Attached as **Exhibit 19** is a true and correct copy of AZSTATE.006198, a document produced by State Defendants in this litigation.

23.     Attached as **Exhibit 20** is a true and correct copy of AZSTATE.006129, a document produced by State Defendants in this litigation.

24.     Attached as **Exhibit 21** is a true and correct copy of AZSTATE.000637, a document produced by State Defendants in this litigation.

25.     Attached as **Exhibit 22** is a true and correct copy of AZSTATE.006095, a document produced by State Defendants in this litigation.

26.     Attached as **Exhibit 23** is a true and correct copy of ABOR-TOOMEY003459, a document produced by the ABOR Defendants in this litigation.

27.     Attached as **Exhibit 24** is a true and correct copy of AZSTATE.151707, a document produced by State Defendants in this litigation.

28.     Attached as **Exhibit 25** is a true and correct copy of AZSTATE.004345, a document produced by State Defendants in this litigation.

29.     Attached as **Exhibit 26** is a true and correct copy of AZSTATE.005674, a

document produced by State Defendants in this litigation.

30.     Attached as **Exhibit 27** is a true and correct copy of AZSTATE.136334, a document produced by State Defendants in this litigation.

31.     Attached as **Exhibit 28** is a true and correct copy of AZSTATE.009210, a document produced by State Defendants in this litigation.

32.     Attached as **Exhibit 29** is a true and correct copy of AZSTATE.005677, a document produced by State Defendants in this litigation.

33.     Attached as **Exhibit 30** is a true and correct copy of AZSTATE.000385, a document produced by State Defendants in this litigation.

34.     Attached as **Exhibit 31** is a true and correct copy of AZSTATE.144146, a document produced by State Defendants in this litigation.

35.     Attached as **Exhibit 32** is a true and correct copy of excerpts of Christina Corieri's Deposition Transcript, dated July 13, 2022.

36.     Attached as **Exhibit 33** is a true and correct copy of the Fiscal year 2016 Baseline Summary created by the Arizona Senate and Arizona House of Representatives Joint Legislative Budget Committee, which is publicly accessible at https://www.azjlbc.gov/16baseline/fy16summary.pdf.

37.     Attached as **Exhibit 34** is a true and correct copy of AZSTATE.244113, a document produced by State Defendants in this litigation.

38.     Attached as **Exhibit 35** is a true and correct copy of Plaintiff's Supplemental Responses and Objections to State Defendants' First Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26th day of September, 2022.

1
2
      By: _____
3
          Ryan Curtis
4
28125426
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FENNEMORE CRAIG, P.C.

PHOENIX