# EXHIBIT 18

Message

| | |
|---|---|
| **From:** | Severns, Colette [Colette.Severns@azblue.com] |
| **on behalf of** | Severns, Colette <Colette.Severns@azblue.com> [Colette.Severns@azblue.com] |
| **Sent:** | 10/1/2015 4:06:15 PM |
| **To:** | Yvette Medina (Yvette.Medina@azdoa.gov) [Yvette.Medina@azdoa.gov] |
| **CC:** | Muth, Ken [Ken.Muth@azblue.com]; Chanelle Bergren (Chanelle.Bergren@azdoa.gov) [Chanelle.Bergren@azdoa.gov]; Marie Isaacson (marie.isaacson@azdoa.gov) [marie.isaacson@azdoa.gov]; elizabeth.schafer@azdoa.gov |
| **Subject:** | RE: Transgender Reassignment |
| **Attachments:** | O922 - 01-01-15.docx |

Hi Yvette,

This benefit is not common but we do have a few large clients that offer a benefit for transgender services. Attached are the coverage guidelines and below you will find additional information relative to the benefit offered:

- Precertification is required
- Benefits for transgender services include medications, counseling, voice and communications therapy and surgery (including postoperative care and follow-up)
- $75,000 plan maximum per member applies and all transgender services apply to this maximum
- Reversal of transgender surgical procedures is a benefit exclusion

Please let us know if you have questions.

Thank you

Colette Severns
Client Service Manager, Large Group Market

Blue Cross® Blue Shield® of Arizona
8220 N 23rd Avenue, Bldg 2
Mail Stop C608
Phoenix, AZ 85021-4872
(602) 864-4082 | cell: (602) 228-6096
colette.severns@azblue.com | azblue.com

  

---

**From:** Yvette Medina [mailto:Yvette.Medina@azdoa.gov]
**Sent:** Wednesday, September 30, 2015 12:56 PM
**To:** Dash, Jay A <DashJ@aetna.com>; Branson Cobb <CobbB@AETNA.com>; Maddalena, Diana M 654 <Diana.Maddalena@Cigna.com>; Emmons, Erica 654 (Erica.Emmons@Cigna.com) <Erica.Emmons@Cigna.com>; Amy Clatterbuck <amy_h_clatterbuck@uhc.com>; Heather Gallegos <heather_gallegos@uhc.com>; Severns, Colette <Colette.Severns@azblue.com>; Muth, Ken <Ken.Muth@azblue.com>
**Cc:** Chanelle Bergren <Chanelle.Bergren@azdoa.gov>; Marie Isaacson <Marie.Isaacson@azdoa.gov>; Elizabeth Schafer <Elizabeth.Schafer@azdoa.gov>
**Subject:** Transgender Reassignment

Y. Medina EXHIBIT 02

We are seeking additional information regarding Transgender Reassignment Surgery. Based on your book of business, are other health plans covering this procedure or looking to adding coverage? Please provide your coverage guidelines and response by Monday, October 5th. Let me know if you have any questions. Thank you.

Yvette

**Yvette Medina**
Plan Administrator
ADOA – Benefit Services Division | State of Arizona
100 North 15th Avenue, Suite 103, Phoenix, AZ  85007
p: 602-364-0568 | f: 602-542-4048 | yvette.medina@azdoa.gov
http://benefitoptions.az.gov/

**How am I doing?  Please take a few moments to answer a few questions.**
https://www.surveymonkey.com/r/BenPlanAdmin

The information in this E-mail message is confidential and for the sole use of the intended recipient. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this information is strictly prohibited. If you received this communication in error, please notify the sender immediately. Blue Cross and Blue Shield of Arizona, Inc. and its subsidiaries and affiliates are not responsible for errors, omissions or personal comments in this E-mail message.

**BlueCross BlueShield of Arizona**
An Independent Licensee of the
Blue Cross and Blue Shield Association

MEDICAL COVERAGE GUIDELINES           ORIGINAL EFFECTIVE DATE:          01/01/15
SECTION:   SURGERY                    LAST REVIEW DATE:
                                      LAST CRITERIA REVISION DATE:
                                      ARCHIVE DATE:

# SURGICAL PROCEDURES FOR GENDER DYSPHORIA

Coverage for services, procedures, medical devices and drugs are dependent upon benefit eligibility as outlined in the member's specific benefit plan. This Medical Coverage Guideline must be read in its entirety to determine coverage eligibility, if any.

This Medical Coverage Guideline provides information related to coverage determinations only and does not imply that a service or treatment is clinically appropriate or inappropriate. The provider and the member are responsible for all decisions regarding the appropriateness of care. Providers should provide BCBSAZ complete medical rationale when requesting any exceptions to these guidelines.

The section identified as "<u>Description</u>" defines or describes a service, procedure, medical device or drug and is in no way intended as a statement of medical necessity and/or coverage.

The section identified as "<u>Criteria</u>" defines criteria to determine whether a service, procedure, medical device or drug is considered medically necessary or experimental or investigational.

State or federal mandates, e.g., FEP program, may dictate that any drug, device or biological product approved by the U.S. Food and Drug Administration (FDA) may not be considered experimental or investigational and thus the drug, device or biological product may be assessed only on the basis of medical necessity.

Medical Coverage Guidelines are subject to change as new information becomes available.

For purposes of this Medical Coverage Guideline, the terms "experimental" and "investigational" are considered to be interchangeable.

BLUE CROSS®, BLUE SHIELD® and the Cross and Shield Symbols are registered service marks of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans. All other trademarks and service marks contained in this guideline are the property of their respective owners, which are not affiliated with BCBSAZ.

### Description:

Gender dysphoria refers to the discomfort or distress caused by discrepancy between an individual's gender identity and the gender assigned at birth. Treatments for gender dysphoria include psychosocial therapy, medical hormonal therapy and surgical procedures to change primary and secondary sex characteristics (i.e., breast/chest, genitalia, facial features and body contouring). Surgery, particularly genital surgery, is often the last and the most considered step in the treatment process for gender dysphoria.

AZSTATE.006327

AZSTATE.006327

**BlueCross BlueShield of Arizona**
An Independent Licensee of the
Blue Cross and Blue Shield Association

| | |
|---|---|
| **MEDICAL COVERAGE GUIDELINES**<br>**SECTION:  SURGERY** | **ORIGINAL EFFECTIVE DATE:**     01/01/15<br>**LAST REVIEW DATE:**<br>**LAST CRITERIA REVISION DATE:**<br>**ARCHIVE DATE:** |

# SURGICAL PROCEDURES FOR GENDER DYSPHORIA (cont.)

**Description:** (cont.)

Female-to-Male (FtM) Surgical Procedures:

- Breast/chest surgery: subcutaneous mastectomy, creation of a male chest
- Genital surgery: hysterectomy/salpingo-oophorectomy, reconstruction of the fixed part of the urethra, which can be combined with a metoidioplasty or with a phalloplasty (employing a pedicled or free vascularized flap), vaginectomy, scrotoplasty, and implantation of erection and/or testicular prostheses
- Nongenital, non-breast surgical interventions: voice surgery (rare), liposuction, lipofilling, pectoral implants and various aesthetic procedures

Male-to-Female (MtF) Surgical Procedures:

- Breast/chest surgery: augmentation mammoplasty (implants/lipofilling)
- Genital surgery: penectomy, orchiectomy, vaginoplasty, clitoroplasty and vulvoplasty
- Nongenital, nonbreast surgical interventions: facial feminization surgery, liposuction, lipofilling, voice surgery, thyroid cartilage reduction, gluteal augmentation (implants/lipofilling), hair reconstruction, and various aesthetic procedures

Referral for Surgery:
Surgical treatments for gender dysphoria are initiated by a referral (one or two, depending on the type of surgery) from a qualified mental health professional. The mental health professional provides documentation, in the chart and/or referral letter, of the individual's personal and treatment history, progress and eligibility.

- Breast Surgery:
  One referral from a qualified mental health professional is needed for breast surgery (i.e., mastectomy, chest reconstruction, or augmentation mammoplasty).

- Genital Surgery:
  Two referrals from qualified mental health professionals are needed for genital surgery (i.e., hysterectomy/salpingo-oophorectomy, orchiectomy, genital reconstructive surgeries). If the first referral is from the individual's psychotherapist, the second referral should be from a person who has only had an evaluative role with the individual. Two separate letters, or one letter signed by both (e.g., if practicing within the same clinic) may be sent. Each referral letter, however, is expected to cover the same topics in the areas outlined below.

**BlueCross BlueShield of Arizona**
An Independent Licensee of the
Blue Cross and Blue Shield Association

| | |
|---|---|
| **MEDICAL COVERAGE GUIDELINES**<br>**SECTION: SURGERY** | **ORIGINAL EFFECTIVE DATE:** 01/01/15<br>**LAST REVIEW DATE:**<br>**LAST CRITERIA REVISION DATE:**<br>**ARCHIVE DATE:** |

## SURGICAL PROCEDURES FOR GENDER DYSPHORIA (cont.)

**Description:** (cont.)

Referral for Surgery: (cont.)
The recommended content of referral letters for surgery is as follows:

1. General identifying characteristics
2. Psychosocial assessment results, including diagnoses
3. Duration of the mental health professional's relationship with the individual, including the type of evaluation and therapy or counseling to date
4. Explanation that the criteria for surgery have been met, and a brief description of the clinical rationale for supporting the surgery request
5. Statement that informed consent has been obtained from the individual seeking surgery
6. Statement that the mental health professional is available for coordination of care.

### Criteria:

**COVERAGE FOR SURGICAL PROCEDURES FOR GENDER DYSPHORIA IS DEPENDENT UPON BENEFIT PLAN LANGUAGE. REFER TO MEMBER'S SPECIFIC BENEFIT PLAN BOOKLET TO VERIFY BENEFITS.**

**If benefit coverage for surgical procedures for gender dysphoria is available, requests for surgical procedures for gender dysphoria will be reviewed by the medical director(s) and/or clinical advisor(s).**

➢ **If benefit coverage for surgical procedures for gender dysphoria is not available,** surgical procedures for gender dysphoria is considered *a benefit plan exclusion* and *not eligible for coverage*.

AZSTATE.006329

AZSTATE.006327

**BlueCross BlueShield of Arizona**
An Independent Licensee of the
Blue Cross and Blue Shield Association

| | |
|---|---|
| **MEDICAL COVERAGE GUIDELINES**<br>**SECTION:   SURGERY** | **ORIGINAL EFFECTIVE DATE:**  01/01/15<br>**LAST REVIEW DATE:**<br>**LAST CRITERIA REVISION DATE:**<br>**ARCHIVE DATE:** |

# SURGICAL PROCEDURES FOR GENDER DYSPHORIA (cont.)

**Criteria:** (cont.)

**Female-to-Male Breast/Chest Procedures:**

➢ **If benefit coverage for surgical procedures for gender dysphoria is available,** mastectomy and creation of a male chest with or without pectoral implants for the treatment of gender dysphoria is considered *eligible for coverage* with documentation of **ALL** of the following:

1. One referral from qualified mental health professional
2. Persistent, well-documented gender dysphoria
3. Capacity to make a fully informed decision and to give consent for treatment
4. Age of majority in a given country (if younger, follow the standards of care for children and adolescents)
5. If significant medical or mental health concerns are present, they must be reasonably well controlled

Hormone therapy is not a prerequisite.

**Male-to-Female Breast/Chest Procedures:**

➢ **If benefit coverage for surgical procedures for gender dysphoria is available,** breast augmentation (implants/lipofilling) in male-to-female procedures for the treatment of gender dysphoria is considered *eligible for coverage* with documentation of **ALL** of the following:

1. One referral from qualified mental health professional
2. Persistent, well-documented gender dysphoria
3. Capacity to make a fully informed decision and to give consent for treatment
4. Age of majority in a given country (if younger, follow the SOC for children and adolescents)
5. If significant medical or mental health concerns are present, they must be reasonably well controlled

Although not an explicit criterion, feminizing hormone therapy (minimum 12 months) prior to breast augmentation surgery is recommended. The purpose is to maximize breast growth in order to obtain better surgical (aesthetic) results.

AZSTATE.006330

AZSTATE.006327

**BlueCross BlueShield of Arizona**
An Independent Licensee of the
Blue Cross and Blue Shield Association

| | | |
|---|---|---|
| **MEDICAL COVERAGE GUIDELINES** <br> **SECTION: SURGERY** | **ORIGINAL EFFECTIVE DATE:** <br> **LAST REVIEW DATE:** <br> **LAST CRITERIA REVISION DATE:** <br> **ARCHIVE DATE:** | **01/01/15** |

## SURGICAL PROCEDURES FOR GENDER DYSPHORIA (cont.)

**Criteria:** (cont.)

**Female-to-Male and Male-to-Female Genital Procedures:**

➢ **If benefit coverage for surgical procedures for gender dysphoria is available,** hysterectomy and salpingo-oophorectomy in female-to male procedures and orchiectomy and penectomy in male-to-female procedures for the treatment of gender dysphoria is considered *eligible for coverage* with documentation of **ALL** of the following:

1. Two referrals from qualified mental health professionals
2. Persistent, well documented gender dysphoria
3. Capacity to make a fully informed decision and to give consent for treatment
4. Age of majority in a given country
5. If significant medical or mental health concerns are present, they must be well controlled
6. 12 continuous months of hormone therapy as appropriate to the individual's gender goals (unless hormones are not clinically indicated for the individual)

The aim of hormone therapy prior to gonadectomy is primarily to introduce a period of reversible estrogen or testosterone suppression, prior to irreversible surgical intervention.

These criteria do not apply to individuals having these surgical procedures for medical indications other than gender dysphoria.

➢ **If benefit coverage for surgical procedures for gender dysphoria is available,** metoidioplasty or phalloplasty, vaginectomy and scrotoplasty in female-to-male and vaginoplasty, clitoroplasty, vulvoplasty and implantation of erection and/or testicular prostheses in male-to-female procedures for the treatment of gender dysphoria is considered *eligible for coverage* with documentation of **ALL** of the following:

1. Two referrals from qualified mental health professionals
2. Persistent, well documented gender dysphoria
3. Capacity to make a fully informed decision and to consent for treatment
4. Age of majority in a given country
5. If significant medical or mental health concerns are present, they must be well controlled
6. 12 continuous months of hormone therapy as appropriate to the individual's gender goals (unless hormones are not clinically indicated for the individual)
7. 12 continuous months of living in a gender role that is congruent with their gender identity

Although not an explicit criterion, it is recommended that these individuals also have regular visits with a mental health or other medical professional.

AZSTATE.006331

AZSTATE.006327



**BlueCross BlueShield of Arizona**
An Independent Licensee of the
Blue Cross and Blue Shield Association

| | |
|---|---|
| **MEDICAL COVERAGE GUIDELINES**<br>**SECTION:   SURGERY** | **ORIGINAL EFFECTIVE DATE:**     01/01/15<br>**LAST REVIEW DATE:**<br>**LAST CRITERIA REVISION DATE:**<br>**ARCHIVE DATE:** |

## SURGICAL PROCEDURES FOR GENDER DYSPHORIA (cont.)

**Criteria:** (cont.)

**NonBreast/Chest and NonGenital Procedures:**

➢ **If benefit coverage for surgical procedures for gender dysphoria is available,** nonbreast/chest and nongenital procedures for the treatment of gender dysphoria are considered *cosmetic, not eligible for coverage* and *not medically necessary*.

These procedures include, *but are not limited to:*

- Facial feminization/masculinization surgery
- Gluteal augmentation (implants/lipofilling)
- Hair reconstruction
- Thyroid cartilage reduction
- Voice surgery

**Resources:**

1. The World Professional Association for Transgender Health (WPATH). Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People. 2012, Version 7.

AZSTATE.006332

AZSTATE.006327