# EXHIBIT 26

Message

| | |
|---|---|
| **From:** | Scott Bender [Scott.Bender@azdoa.gov] |
| on behalf of | Scott Bender <Scott.Bender@azdoa.gov> [Scott.Bender@azdoa.gov] |
| **Sent:** | 6/9/2016 2:46:29 PM |
| **To:** | Marie Isaacson [Marie.Isaacson@azdoa.gov]; Elizabeth Schafer [Elizabeth.Schafer@azdoa.gov] |
| **Subject:** | FW: Final rule - enhanced protection for transgender individuals |

Here's UHC's interpretation of the recent ruling, more info to follow next week.

**From:** Martin, Stephanie A [mailto:stephanie_martin@uhc.com]
**Sent:** Thursday, June 09, 2016 12:12 PM
**To:** Scott Bender <Scott.Bender@azdoa.gov>
**Cc:** Gallegos, Heather K <heather_gallegos@uhc.com>
**Subject:** RE: Final rule - enhanced protection for transgender individuals

Hi Scott,

I am anticipating that we will have more information related to our position as an Insurer next week.

With that said, I can tell you the following information was released within UnitedHealthare yesterday related to the Non-Discrimination Act and below information is specific to transgender benefits:

**Expanded Protection for Transgender Individuals**
Covered entities are not required to cover any specific item or service for transgender individuals. Categorical coverage exclusions or limitations for all health services related to gender transition are not allowed. Individuals may not be excluded from health programs and activities for which they are otherwise eligible based on their gender identity.

Covered entities may use nondiscriminatory limitations or restrictions on coverage. The same neutral, nondiscriminatory criteria used for other coverage determinations must be used when addressing gender transition. If certain elective procedures beyond those considered medically necessary are covered, then the same standards must apply to coverage of comparable procedures for gender transition.

The Office of Civil Rights will not second-guess a covered entity's neutral nondiscriminatory application of evidence-based criteria used to make medical necessity or coverage determinations. But it cautions that covered entities must use a nondiscriminatory process to determine whether a particular health service is medically necessary or otherwise meets applicable coverage requirements.

Some procedures are only appropriate for individuals of one sex and, therefore, coverage is not required for individuals for whom the procedure isn't applicable. Coverage for health services must be appropriately provided to individuals regardless of their sex assigned at birth, gender identity or recorded gender.

**Section 1557 and ASO Employers**
ASO employers' obligations under Section 1557 are determined independent of the status of the third-party administrator as a covered entity. The final rule acknowledges that third-party administrators are not responsible for the benefit design for the ASO plans they administer. As such, each ASO employer will need to evaluate their status as a covered entity under Section 1557 and other relevant laws such as Title VII of the Civil Rights Act.

Lastly, another item we will be monitoring closely is a lawsuit that was filed by the American Civil Liberties Union (ACLU) on Monday, June 6th against **Dignity Health** because it denies transition related healthcare under its benefits plan.

Listed below is a link to an ACLU announcement specific to a lawsuit filed by an employee of Dignity Health:
https://www.aclu.org/news/aclu-challenges-major-health-systems-denial-insurance-transgender-employee

Below is another link to the same story published by Reuters:
http://www.reuters.com/article/health-transgender-idUSL1N1900CZ

There are also a number of local news stories on this same issue as well- Fox 10, AZ Family (channel 3), KJZZ (NPR), Phoenix Business Journal.

I will provide additional information as it is released to us as well as updates to the ACLU/Dignity Health case.

Let us know if you have any questions.

Thanks,
Stephanie

Stephanie A. Martin
Strategic Client Executive, Client Management
UnitedHealthcare National Accounts
1 E. Washington St., Suite 1700, AZ009-17TE, Phoenix, AZ 85004
(w) 602-255-8497 (m) 602-770-4711
stephanie_martin@uhc.com

**Helping People Live Healthier Lives**®
■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

---

**From:** Gallegos, Heather K
**Sent:** Thursday, June 09, 2016 6:50 AM
**To:** Scott Bender
**Cc:** Martin, Stephanie A; Gallegos, Heather K
**Subject:** RE: Final rule - enhanced protection for transgender individuals

Scott,
I wanted to acknowledge receipt and advise we are currently looking into this further. We will provide follow up once we have additional information.

Thanks,
Heather


**Heather K. Gallegos** | Senior Account Manager, Client Management
UnitedHealthcare
Government, Labor & Education
(office) 602.255.8525 (cell) 602.451.9867
(email) Heather_K_Gallegos@uhc.com

*Our* United Culture. The way forward.
■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

---

**From:** Scott Bender [mailto:Scott.Bender@azdoa.gov]
**Sent:** Wednesday, June 08, 2016 6:17 PM
**To:** Muth, Ken; Severns, Colette; Emmons, Erica 654; Eveleth, Ray G; Dash, Jay A; Gallegos, Heather K
**Subject:** Final rule - enhanced protection for transgender individuals

Hi all,

Now that the HHS has issued a final rule on the nondiscrimination in health programs under the ACA, we need some guidance as to whether our plans as they exist will be compliant as of the effective date of July 18, 2016.  The ruling expands protection for transgender individuals with respect to accessibility for health services that may not be denied or limited due to an individuals assigned sex at birth, gender identity or recorded gender.  What's not clear is if our plans must now cover reassignment surgery, or other treatments required during a transition.  Please advise how your organization is treating this ruling and how specifically the ADOA plans are impacted.

Thanks
Scott


**Scott Bender**
Plan Administration Manager
ADOA – Benefit Services Division | State of Arizona
100 North 15th Avenue, Suite 260, Phoenix, AZ  85007
p: 602-542-4958 | f: 602-542-4048 | Scott.Bender@azdoa.gov
http://benefitoptions.az.gov/

AZSTATE.005675



NOTICE: This e-mail and any attachments to it may contain information that is PRIVILEGED and CONFIDENTIAL under State and Federal law and is intended only for the use of the specific individual(s) to whom it is addressed. This information may only be used or disclosed in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the one you received.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

AZSTATE.005676