# EXHIBIT 34



Douglas A. Ducey
Governor

Gilbert Davidson
Chief of Operations
and Interim
Director

## ARIZONA DEPARTMENT OF ADMINISTRATION

### OFFICE OF THE DIRECTOR

100 NORTH FIFTEENTH AVENUE  SUITE 401
PHOENIX, ARIZONA 85007

(602) 542-1500

June 29, 2018

The Honorable Douglas A. Ducey, Governor, State of Arizona
The Honorable Steven B. Yarbrough, President, Arizona State Senate
The Honorable Javan D. Mesnard, Speaker, House of Representatives
1700 West Washington Street
Phoenix, AZ  85007

Dear Governor Ducey, President Yarbrough, and Speaker Mesnard:

Pursuant to A.R.S. § 38-652 (G) and A.R.S. § 38-658 (B), we are pleased to present the *2017 Annual Report for the Health Insurance Trust Fund*, including a report on the performance standards for the health and dental plans.

Sincerely,

Gilbert Davidson
Chief of Operations and Interim Director

cc:     Richard Stavneak, Director, Joint Legislative Budget Committee
        Rebecca Perrera, Staff, Joint Legislative Budget Committee
        Matthew Gress, Director, Office of Strategic Planning and Budgeting
        Jacob Wingate, Budget Analyst, Office of Strategic Planning and Budgeting
        Derik Leavitt, Assistant Director, ADOA Budget and Resource Planning
        Holly Henley, State Librarian and Director, Arizona Department of Library and Archives
        Paul Shannon, Interim Assistant Director, ADOA Benefit Services Division

Confidential





DEPARTMENT OF ADMINISTRATION
BENEFITS

# Health Insurance Trust Fund

# 2017

## Annual Report

**Douglas A. Ducey**
Governor

**Gilbert Davidson**
**Chief Operating Officer**
**and Interim Director**

AZSTATE.244114

# FOREWORD

The Arizona Department of Administration ("ADOA") offers health, dental, life, and disability insurance as well as medical and dependent care flexible spending accounts to the State of Arizona ("State") Active employees, COBRA members and Retirees. These combined group of benefits offered is referred to as Benefit Options. This report provides a broad overview of the Benefit Options program, and meets the requirements of the A.R.S. §38-652 (G) and A.R.S. §38-658 (B).

The data shown is presented for the period January 1, 2017 through December 31, 2017. The Active and Retiree plans were concurrent for this period.

Any questions relating to the contents of this report should be addressed to:

Arizona Department of Administration
Benefit Services Division
100 N. 15th Ave, Suite 260
Phoenix, AZ 85007

Telephone: 602-542-5008

AZSTATE.244115

# TABLES OF CONTENTS AND FIGURES

## Table of Contents

Table of Figures ........................................................................................................... 3

Report Background ...................................................................................................... 4

Executive Summary ..................................................................................................... 5

    Health Plan ............................................................................................................ 5

    Wellness Program .................................................................................................. 6

    Performance Measures .......................................................................................... 6

Health Insurance Trust Fund Review & Summary .................................................... 6

Medical Plan Enrollment ............................................................................................ 9

    The EPO Plan ........................................................................................................ 9

    The PPO Plan ........................................................................................................ 9

    The HDHP with HSA Plan ................................................................................... 9

Medical Premiums ..................................................................................................... 11

Medical Premium vs. Plan Cost ............................................................................... 13

Expenses for Self-Insured Medical Plans ................................................................ 14

Medical Expenses Associated with Medical Diagnoses .......................................... 15

    Inpatient Hospital Care ...................................................................................... 16

    Place of Service .................................................................................................. 19

    Emergency .......................................................................................................... 21

    Urgent Care Visits .............................................................................................. 21

    Physician Visits .................................................................................................. 21

    Annual Prescription Use ..................................................................................... 21

    Generic and Brand-name Prescription Utilization ............................................. 23

    Prescription Use by Therapeutic Class ............................................................... 24

    Prescription Use by Type of Drug ...................................................................... 25

Dental Plan Enrollment ............................................................................................. 26

    DHMO Plan ........................................................................................................ 26

    DPPO Plan .......................................................................................................... 26

    Dental Premiums ................................................................................................. 27

    Dental Premium vs. Plan Cost ............................................................................ 27

Confidential

AZSTATE.244116

    Expenses for Self-Insured Dental Plan .................................................................. 28
Wellness ......................................................................................................................... 29
    Engagement & Incentives ....................................................................................... 29
    Screening Utilization .............................................................................................. 30
    Employee Assistance Program ............................................................................... 31
    Life, Disability, Vision Insurance and Flexible Spending Accounts ...................... 32
Vendor Performance Standards ..................................................................................... 34
    Aetna ....................................................................................................................... 34
    Cigna ....................................................................................................................... 35
    UnitedHealthcare .................................................................................................... 36
    Blue Cross Blue Shield (BCBS) of Arizona .......................................................... 36
    MedImpact ............................................................................................................... 36
    Delta Dental ............................................................................................................ 37
    Total Dental Administrators (TDA) ........................................................................ 37
    Compsych ................................................................................................................ 38
    Avesis ...................................................................................................................... 38
    Application Software, Inc. (ASI) ............................................................................ 38
    The Hartford ............................................................................................................ 38
Audit Services ............................................................................................................... 39
    Vendor Operating Transactions .............................................................................. 39
    Audit Program Improvement Initiatives ................................................................. 40
    External Audits ........................................................................................................ 40
Appendix ........................................................................................................................ 42
    Special Employee Health Fund Cash Statement ..................................................... 42
Glossary of Terms .......................................................................................................... 43

Confidential                                                                                          AZSTATE.244117

# Table of Figures

Figure 1: Health Insurance Trust Fund Summary .......................................................................... 8
Figure 2: Average Monthly Enrollment by Plan & Network ........................................................ 10
Figure 3: Active Medical Premiums per Pay Period (26 pay periods) for 01/01/2017 through
06/30/2017 ................................................................................................................................. 11
Figure 4: Active Medical Premiums per Pay Period (26 pay periods) for 07/01/2017 through
12/31/2018 ................................................................................................................................. 12
Figure 5: Monthly Retiree Medical Premiums ........................................................................... 12
Figure 6: Average Monthly Medical Premiums and Expenses by Member ................................. 13
Figure 7: 2017 Incurred and Paid Self-funded Medical Expenses by Active, Retire, and Plan ... 14
Figure 8: 2017 Incurred and Paid Self-funded Medical Expenses by Plan for Active, Retiree ... 14
Figure 9: Top Ten Active Medical Expense by Diagnosis ........................................................... 15
Figure 10: Top Ten Retiree Medical Expense by Diagnosis ....................................................... 16
Figure 11: Hospital Admissions per 1,000 Members ................................................................. 17
Figure 12: Average Inpatient Length of Stay ............................................................................ 17
Figure 13: Average Cost per Inpatient Admission - Actives & Retirees..................................... 18
Figure 14: Plan Paid PMPM per Hospital Admission - Active & Retiree.................................... 18
Figure 15: Average Cost per Admission – EPO, PPO and HDHP ............................................... 19
Figure 16: Medical Expense by Place of Service – Actives ........................................................ 20
Figure 17: Medical Expense by Place of Service – Retirees ....................................................... 20
Figure 18: Average Number of Prescriptions per Member ......................................................... 22
Figure 19: Average Cost per Prescription.................................................................................. 22
Figure 20: Average Pharmacy Cost per Utilizer ........................................................................ 23
Figure 21: Average Pharmacy Count per Utilizer ...................................................................... 23
Figure 22: Pharmacy Count and Distribution by Tier ................................................................ 24
Figure 23: Prescription Spend by Top 10 Therapeutic Class by Year........................................ 25
Figure 24: Spend by Top 10 Drugs by Year .............................................................................. 25
Figure 25: Average Monthly Dental Enrollment by Plan............................................................ 26
Figure 26: Active Dental Premiums per Pay Period (26 pay periods)......................................... 27
Figure 27: Retiree Monthly Dental Premiums........................................................................... 27
Figure 28: Average Monthly Dental Premiums and Expenses by Member ................................. 28
Figure 29: Self-Insured Dental Expenses by Active and Retiree ............................................... 28
Figure 30: HIP Statistics .......................................................................................................... 30
Figure 31: Health Screenings................................................................................................... 30
Figure 32: Flu Vaccines ........................................................................................................... 31
Figure 33: EAP Utilization ....................................................................................................... 32
Figure 34: Online Webinar Participation.................................................................................. 32
Figure 35: ERE/Benefits Administration Fund 3035 Summary ................................................. 33
Figure 36: Special Employee Health Fund Cash Statement ...................................................... 42

Confidential                                                                                                          AZSTATE.244118

# Report Background

This document reports the financial status of the Employee Health Insurance Trust Fund pursuant to A.R.S. §38-652 (G), which reads:

"The department of administration shall annually report the financial status of the trust account to officers and employees who have paid premiums under one of the insurance plans from which monies were received for deposit in the trust account since the inception of the health and accident coverage program or since submission of the last such report, whichever is later."

The Annual Report also reports the performance standards for the health plans pursuant to A.R.S. §38-658 (B), which reads:

"On or before October 1 of each year, the director of the department of administration shall report to the joint legislative budget committee on the performance standards of health plans, including indemnity health insurance, hospital and medical service plans, dental plans and health maintenance organizations."

Benefit Services Division accounts for the Benefit Options program in two different funds. The Special Employee Health Fund, also known as Fund 3015 or the Health Insurance Trust Fund ("HITF") encompasses the medical and dental programs and the appropriated expenditures for ADOA, Benefit Services Division operations. The ERE/Benefits Administration Fund, or Fund 3035, is primarily a pass-through fund for other benefits including, vision, life, and disability insurance as well as flexible spending accounts.

The benefits offered are either self-insured or fully-insured. For year 2017, the medical and dental PPO plans were self-insured, whereas the dental HMO, vision, life and disability insurance plans were fully-insured.

The State's medical plan became self-insured on October 1, 2004. The current set of contract runs from July 15, 2014 through December 31, 2018. The State contracts with the medical and pharmacy vendors to provide network access and related discounts, claim adjudication and payment, and medical management including utilization management, case management and disease management. The State is responsible for the full cost of all claims and programs offered by the vendors.

The State's self-insured dental PPO began on January 1, 2013.

Schedules of premiums received and accounted for in Fund 3015, distributions by enrollments, incurred and paid medical/drug claims, and expenses related to the medical and dental plans are included within this Annual Report. Also included is a summary of premiums collected and paid for the life insurance, disability insurance, vision insurance, and flexible spending accounts for Fund 3035.

All data provided herein is for Plan Year ("PY") 2017 running January 1, 2017 through December 31, 2017.

Confidential

AZSTATE.244119

Please note statistics will vary from previous annual reports due to the late receipt of program data following the completion of the previous annual report. Further, the Benefit Services Division has moved to using a new data-mining platform called MedInsight to extract the data, which further explains some of the variances in reported statistics. In no case does the variation represent a substantive change in trend.

## Executive Summary

During PY 2017, ADOA offered a comprehensive insurance package through Benefit Options to approximately 136,000 members consisting of Active state and University employees, COBRA members, Retirees and their qualified dependents. This figure excludes the 5,500 of members that are served through the BCBC NAU fully-insured program.  The benefits offered in the package include medical, pharmaceutical, dental, flexible spending, vision, wellness, an employee assistance program (EAP), life and disability insurance.

During PY 2017, the sum of health and dental premiums collected was $852.8M with total plan expenses, including transfers, of $981.2M. Reported expenses include claims incurred in 2017 and prior plan years paid in PY 2017 as well as transfers out to other State funds (Figure 1).

Figures referred below apply to 2017 incurred claims only, regardless of paid dates.

**Health Plan**
- The average annual plan expense, including claims, administrative costs and fees, per member was $6,513.
- Average Active member expense was $6,340; average Retiree member expense was $9,060.
- The PY 2017 medical claims expenses totaled $622.6M, excluding IBNR liability (Figures 6 & 7).  This differs from the $630M number in Figure 1 which represents medical claims expenses paid during PY 2017 regardless of incurred dates. This figure also includes any other related expenditure related transactions, including adjustments and corrections.
- The leading diagnosis group by cost is the musculoskeletal system and connective tissue category at 13% of total medical spend.
- Claims indicate that members are seeking appropriate level of care by seeking the majority of care from physicians or specialists.
- 3,954 physician visits per 1,000 members (slightly higher than prior year).
- 211 urgent care visits per 1,000 members (slightly lower than prior year).
- 227 emergency room visits per 1,000 members (slightly higher than prior year).
- The PY 2017 pharmacy claims expense was $181.9M. This differs from the $163.4M number in Figure 1 which represents pharmacy claims expenses paid during PY 2017 regardless of incurred dates. This figure also includes any other related expenditure related transactions, including adjustments and corrections.
- The leading therapeutic drug class by cost was antidiabetics at 14% of total pharmaceutical spend.

5

- Over 1.4 million prescriptions were filled in PY 2017.
- Active employees filled an average of 9 prescriptions per year while Retirees filled an average of 28.

**Wellness Program**
- Administered over 14,692 flu vaccines through 413 worksite or public events.
- Administered over 10,545 screenings (this represents 33.9% increase over PY 2016) through 211 statewide worksite events resulting in 678 referrals to physicians for various health issues. This represents a 31.4% increase in referrals over the prior year.
- Incentives covering 2,884 employees participating in the HIP programs in PY 2017 were paid out during spring of calendar year 2018 and amount to 577K.

**Performance Measures**
Financial guarantees are in place to manage the performance of the contracted vendors. Most vendors met the majority or all of the agreed-upon performance measures. However, estimated penalties of approximately $334K will be collected in calendar year 2018 from vendors failing to meet agreed upon PY 2017 performance targets in customer service, claims processing, appeals, reporting, survey, and network management. During calendar year 2017, $294K of performance penalties were collected related to the PY 2016 performance period. Those collections occurred during calendar year 2016 and 2017.

# Health Insurance Trust Fund Review & Summary

Total PY 2017 expenses, including 2017 and prior PY claims, were covered by revenues collected during 2017 and the unrestricted reserve from prior years.

The Health Insurance Trust Fund Summary (Figure 1) is a cash statement of receipts received and expenses paid during PY 2017 that relate to PY 2017 as well as prior plan years.

ADOA Health Plan is the self- insured medical program and includes Aetna Life Insurance Company (Aetna), Blue Cross Blue Shield of Arizona (BCBS), Cigna Health and Life Insurance Company (Cigna), and United HealthCare Services, Inc. (UHC) networks. State and University Active employees and Retirees choose coverage from one of the self-insured networks. NAU Active, COBRA and retiree members have an option to choose between BCBS ADOA self-insured medical plan and the BCBS NAU plan, which is a fully insured plan.

Effective January 1, 2014, all Medicare eligible participants covered under the State of Arizona Benefit Services Division health plans were transitioned from the Medicare Part D Drug Subsidy program to a Medicare Employer Group Prescription Drug Plan (EGWP). The EGWP program is a prescription drug plan that combines a standard Medicare Part D plan with additional prescription drug coverage provided by the Benefit Services Division health plan. The EGWP program achieved savings of $13.6M in PY 2017. Pharmacy benefits management for all members services are provided by MedImpact Healthcare Systems Inc. The pharmacy offers a three-tier formulary for a 31-day supply of medication, with $10 copay for generic drugs, $20 copay for preferred brands and $40 copay for non-preferred brands.

Confidential

AZSTATE.244121

ADOA Dental Plan services were provided by two vendors during PY 2017:   Delta Dental Plan of Arizona (Delta Dental) and Total Dental Administrators (TDA), Inc. Starting January 1, 2018, TDA was succeeded by Cigna Health and Life Insurance Company (Cigna Dental).

Benefit Services Division holds reserves for paying claims that have been incurred but not reported (IBNR) and for a contingency to cover any insufficiencies that may develop, such as actual medical trend exceeding projected medical trend, unplanned shifts in plan membership, unexpected catastrophic claims, and changes in provider reimbursement rates that may occur during each plan year. At the end of PY 2017, ADOA was short $19.2M (unrestricted balance) of the desired total reserve amount of $170.5M.

Confidential                                                                                        AZSTATE.244122

| Special Employee Health Trust Fund Summary | |
|---|---:|
| **Plan Year 2017** | |
| **Beginning Fund Balance January 01, 2017** | **$279,616,289** |
| | |
| **Revenues** | |
| ADOA Benefit Options | $763,768,902 |
| BCBS (NAU) | 42,470,237 |
| ADOA Dental Plan | 43,177,252 |
| PrePaid Dental Plan | 3,839,112 |
| Other Revenue | (454,862) |
| **Total Revenues** | **$852,800,641** |
| | |
| **Expenditures** | |
| Administrative Fees | $31,791,068 |
| Medical Claims | 630,896,054 |
| Drug Claims | 163,443,848 |
| Dental Claims | 38,420,493 |
| Medicare Part D Retiree Drug Subsidy | (13,624,879) |
| BCBS (NAU) Premiums | 42,508,253 |
| Fully Insured Dental Premiums | 3,597,298 |
| Appropriated Expenses | 5,206,357 |
| Administrative/Cash Adjustments | 24,005 |
| Fund Transfers Out ^ | 78,904,000 |
| **Total Expenditures and Transfers** | **$981,166,498** |
| | |
| **Ending Fund Balance December 31, 2017** | **$151,250,433** |
| | |
| **Reserves** | |
| IBNR Liability (Medical & Dental) | $85,241,000 |
| Contigency Reserve (Medical & Dental) | 85,241,000 |
| **Total Reserves** | **$170,482,000** |
| | |
| **Unrestricted Balance December 31,2017** | **($19,231,567)** |

^ Fund transfers from HITF to other State funds.

*Figure 1: Health Insurance Trust Fund Summary*

Confidential

AZSTATE.244123

# Medical Plan Enrollment

Benefit Services Division offers medical coverage to the following employees and their dependents:

- Eligible state employees and university staff, officers, and elected officials
- State Retirees receiving pension benefits through any of the State retirement systems
- State employees or university staff accepted for long-term disability benefits
- State employees or university staff eligible for COBRA benefits

The three types of medical plans offered to eligible participants are the Exclusive Provider Organization (EPO), the Preferred Provider Organization (PPO) and the High Deductible Health Plan (HDHP) with Health Savings Account (HSA).

**The EPO Plan**
Within the EPO plan, services must be obtained from an in-network provider; out-of-network services are only covered in emergencies. The employee pays the monthly premium and any required copay at the time of service. Employees who select the EPO plan may choose from four networks: Aetna, BCBS, Cigna or UHC.

**The PPO Plan**
Within the PPO plan, services may be obtained from an in- or out-of-network provider. There are separate in- and out-of-network deductibles that must be met before copays or coinsurance (percent of the cost) are allowed. The employee pays the monthly premium and at the time of service pays 100% of the allowed amount of service until the deductible is met. After the deductible is met, the employee pays copays if the provider is in-network and coinsurance if the provider is out-of-network until the out of pocket maximum (OOP) is met. Once the OOP is met the plan pays 100% of services for the remaining plan year, with a few exceptions, e.g. pharmacy copays. Employees who select the PPO plan may choose from three networks: Aetna, BCBS or UHC. Employees at NAU also have the option of participating in their fully insured BCBS NAU plan.

**The HDHP with HSA Plan**
Within the HDHP, services may be obtained from both in and out-of-network providers. Separate in- and out-of-network deductibles must be met before coinsurance is allowed. The employee pays the monthly premium and at the time of service pays 100% of the allowed amount of service (except for qualified preventative services that are covered 100% by the plan) until the deductibles are met. After the deductibles are met, the employee pays coinsurance up to the out of pocket maximum at which time the plan pays 100% of any additional costs for the year.

Employees who enroll in the HDHP and are under the age of 65 are eligible to open a HSA. This account allows employees to make pre-tax contributions into the account and withdraw the monies to pay for qualified medical expenses. When the employee opens the HSA with the State HDHP, the State also contributes bi-weekly to the account. Employee contribution to the HSA is

Confidential                                                                                                              AZSTATE.244124

not mandatory. The HDHP is only available to Active employees and only under the Aetna network.

The figure below shows enrollment distribution by plan and network between Active, Retired, University, and COBRA members. The subscriber references the employee and the member references the employee plus dependents.

| Average Monthly Medical Enrollment by Plan & Network | | | | | |
|---|---|---|---|---|---|
| | | 2017 | | 2016 | |
| Network | Plan Type | Subscribers | Members | Subscribers | Members |
| Active | EPO | 2,017 | 4,471 | 2,001 | 4,464 |
| Retiree | EPO | 251 | 331 | 252 | 329 |
| University | EPO | 2,155 | 4,244 | 2,170 | 4,189 |
| COBRA | EPO | 13 | 23 | 18 | 29 |
| Active | PPO | 278 | 548 | 240 | 454 |
| Retiree | PPO | 27 | 31 | 26 | 30 |
| University | PPO | 354 | 739 | 307 | 609 |
| COBRA | PPO | 3 | 6 | 3 | 5 |
| Active | HDHP | 578 | 1,268 | 502 | 1,063 |
| Retiree | HDHP | - | - | 0 | 0 |
| University | HDHP | 783 | 1,570 | 660 | 1,284 |
| COBRA | HDHP | 14 | 22 | 7 | 11 |
| Total AETNA | | 6,473 | 13,253 | 6,185 | 12,467 |
| Active | EPO | 7,791 | 19,351 | 7,489 | 18,623 |
| Retiree | EPO | 1,237 | 1,688 | 1,197 | 1,635 |
| University | EPO | 3,736 | 7,889 | 3,317 | 7,014 |
| COBRA | EPO | 56 | 97 | 46 | 67 |
| Active | PPO | 1,167 | 2,727 | 863 | 1,907 |
| Retiree | PPO | 67 | 85 | 65 | 82 |
| University | PPO | 915 | 1,985 | 678 | 1,407 |
| COBRA | PPO | 22 | 47 | 12 | 21 |
| Total Blue Cross Blue Shield AZ | | 14,991 | 33,869 | 13,667 | 30,756 |
| Active | EPO | 2,959 | 7,342 | 3,083 | 7,574 |
| Retiree | EPO | 605 | 798 | 595 | 776 |
| University | EPO | 1,389 | 3,004 | 1,364 | 2,959 |
| COBRA | EPO | 19 | 28 | 21 | 30 |
| Total CIGNA | | 4,972 | 11,172 | 5,062 | 11,339 |
| Active | EPO | 17,659 | 43,252 | 18,541 | 45,156 |
| Retiree | EPO | 4,989 | 6,532 | 4,930 | 6,424 |
| University | EPO | 9,975 | 22,930 | 10,210 | 23,419 |
| COBRA | EPO | 99 | 156 | 88 | 138 |
| Active | PPO | 1,179 | 2,672 | 979 | 2,131 |
| Retiree | PPO | 93 | 114 | 94 | 114 |
| University | PPO | 984 | 2,130 | 849 | 1,846 |
| COBRA | PPO | 17 | 24 | 16 | 24 |
| Total UnitedHealthcare | | 34,995 | 77,810 | 35,707 | 79,252 |
| NAU only* | PPO | 2,958 | 5,466 | 3,035 | 5,594 |
| Total Blue Cross Blue Shield NAU | | 2,958 | 5,466 | 3,035 | 5,594 |
| Total | | 64,389 | 141,570 | 63,656 | 139,408 |

* NAU and COBRA dependent count is an estimaed number based on 1 count of dependent for Emp + 1 coverage option and 2 count of dependents for Emp + Family coverage option

*Figure 2: Average Monthly Enrollment by Plan & Network*

Confidential                                                            AZSTATE.244125

# Medical Premiums

The tables below show the medical premium by plan and coverage tier per pay period for Active employees and Retirees. Retirees have two different tier structures: 1) those who are not enrolled in Medicare and have no dependents enrolled in Medicare and 2) those who either are enrolled in Medicare themselves or have a dependent who is enrolled in Medicare.

During the First Regular Session of the Fifty-third Legislature, a one-time infusion of $25M of General Fund was appropriated for Active employer contribution rate in fiscal year (FY) 2018. This resulted in a 12.62% increase to the state (employer) premium. The rates for the first and second halves of PY 2017 are represented below. This increase did not apply to Retiree medical premiums.

Active rates effective 01/01/2017 through 06/30/2017:

| Active Medical Premiums per Pay Period (26 pay periods)* | | | | | |
|---|---|---|---|---|---|
| Plan | Tier | Employee Premium | State Premium | Total Premium | State HSA Contribution |
| EPO | Employee only | $18.46 | $253.85 | $272.31 | - |
| | Employee + adult | $54.92 | $521.54 | $576.46 | - |
| | Employee + child | $46.62 | $338.77 | $385.39 | - |
| | Family | $102.00 | $571.38 | $673.38 | - |
| PPO | Employee only | $47.08 | $258.00 | $305.08 | - |
| | Employee + adult | $99.23 | $545.54 | $644.77 | - |
| | Employee + child | $66.46 | $365.08 | $431.54 | - |
| | Family | $115.85 | $636.46 | $752.31 | - |
| HDHP | Employee only | $9.23 | $171.69 | $180.92 | $27.69 |
| | Employee + adult | $27.69 | $355.85 | $383.54 | $55.38 |
| | Employee + child | $23.54 | $232.62 | $256.16 | $55.38 |
| | Family | $51.23 | $396.46 | $447.69 | $55.38 |

 * University of Arizona has 24 pay period deductions

*Figure 3: Active Medical Premiums per Pay Period (26 pay periods) for 01/01/2017 through 06/30/2017*

**11**

Confidential

AZSTATE.244126

Active rates effective 07/01/2017 through 12/31/2017:

| Active Medical Premiums per Pay Period (26 pay periods)* | | | | | |
|------|------|------|------|------|------|
| Plan | Tier | Employee Premium | State Premium | Total Premium | State HSA Contribution |
| EPO | Employee only | $18.46 | $285.88 | $304.34 | - |
| | Employee + adult | $54.92 | $587.38 | $642.30 | - |
| | Employee + child | $46.62 | $381.54 | $428.16 | - |
| | Family | $102.00 | $643.54 | $745.54 | - |
| PPO | Employee only | $47.08 | $290.58 | $337.66 | - |
| | Employee + adult | $99.23 | $614.42 | $713.65 | - |
| | Employee + child | $66.46 | $411.15 | $477.61 | - |
| | Family | $115.85 | $716.81 | $832.66 | - |
| HDHP | Employee only | $9.23 | $193.38 | $202.61 | $27.69 |
| | Employee + adult | $27.69 | $400.77 | $428.46 | $55.38 |
| | Employee + child | $23.54 | $262.00 | $285.54 | $55.38 |
| | Family | $51.23 | $446.46 | $497.69 | $55.38 |

 * University of Arizona has 24 pay period deductions

*Figure 4: Active Medical Premiums per Pay Period (26 pay periods) for 07/01/2017 through 12/31/2018*

Retiree rates effective 01/01/2017 through 12/31/2017:

| Monthly Retiree Medical Premiums | | | | |
|------|------|------|------|------|
| | Without Medicare | | With Medicare | |
| Plan | Tier | Premium | Tier | Premium |
| EPO | Retiree only | $593 | Retiree only | $442 |
| | Retiree +1 | $1,387 | Retiree +1 (Both Medicare) | $878 |
| | | | Retiree +1 (One Medicare) | $1,024 |
| | Family | $1,869 | Family (Two Medicare) | $1,166 |
| PPO | Retiree only | $825 | Retiree only | $789 |
| | Retiree +1 | $2,009 | Retiree +1 (Both Medicare) | $1,576 |
| | | | Retiree +1 (One Medicare) | $1,740 |
| | Family | $2,197 | Family (Two Medicare) | $1,980 |

*Figure 5: Monthly Retiree Medical Premiums*

Confidential

AZSTATE.244127

## Medical Premium vs. Plan Cost

The PY 2017 contribution strategy for the self-insured medical plan resulted in employees paying 12% of the average monthly premium while the state paid the remaining 88%. This ratio remains mostly unchanged from PY 2016. The overall premium revenue collected in PY 2017 was not sufficient to cover expenses in PY 2017 and the fund was not structurally balanced. However, the fund had sufficient carry-over balance from prior years to cover all expenses in the fund in PY 2017.

The one-time FY 2018 infusion of 12.62%, effective in July 2017, generated an additional $38.2M of revenue to the HITF in PY 2017 (or an estimated $76.4M annually total by end of June 2018). While this additional revenue improved the cash balance of the fund, it did not address the underlying structural shortfall for PY 2017. As mentioned previously, at the end of PY 2017, ADOA was short $19.2M (unrestricted balance) of the desired total reserve amount of $170.5M. Thus, additional premium and other plan changes were necessary for PY 2018.

The figure below shows how the average monthly premium compared to the average monthly plan cost for Active employees and Retirees and their dependents (Active and Retiree members). Pursuant to A.R.S. §38.651.01 (B), Retiree and Active medical expenses shall be grouped together to "obtain health and accident coverage at favorable rates." This requirement results in lower Retiree premiums and higher Active premiums than what their experiences would otherwise dictate.



*Figure 6: Average Monthly Medical Premiums and Expenses by Member*

Confidential

AZSTATE.244128

# Expenses for Self-Insured Medical Plans

The figures below show the distribution of claims and expenses incurred in PY 2017 and the average annual cost to insure each type of subscriber/member.

| 2017 Incurred and Paid Self-funded Medical Expenses by Active, Retiree, and Plan | | | | | | |
|---|---|---|---|---|---|---|
| Expenses | Overall | Active | Retiree | EPO | PPO | HDHP |
| Medical Claims | $622,581,341 | $572,094,325 | $50,487,016 | $563,069,622 | $53,736,996 | $5,774,723 |
| Drug Claims | $181,887,931 | $138,167,631 | $43,720,300 | $164,944,282 | $15,963,783 | $892,337 |
| Medicare Part D Subsidy | ($13,624,879) | $0 | ($13,624,879) | ($12,422,585) | ($1,202,294) | $0 |
| Rebates & Recoveries | ($19,138,604) | ($14,538,268) | ($4,600,335) | ($17,355,760) | ($1,679,740) | ($103,103) |
| Administration Fees | $30,023,274 | $26,474,337 | $3,548,937 | $26,828,187 | $2,492,898 | $702,189 |
| Operating Expenses & Adj. | $4,983,338 | $4,393,670 | $589,668 | $4,457,594 | $414,203 | $111,541 |
| Total Expenses | $806,712,401 | $726,591,695 | $80,120,707 | $729,521,340 | $69,725,846 | $7,377,687 |
| IBNR Liability | $82,189,000 | $75,524,044 | $6,664,956 | $74,332,663 | $7,093,997 | $762,340 |
| Total | $888,901,401 | $802,115,738 | $86,785,663 | $803,854,003 | $76,819,843 | $8,140,027 |
| **Enrollment in self-funded plans** | | | | | | |
| Subscribers | 61,431 | 54,162 | 7,269 | 54,950 | 5,106 | 1,375 |
| Members | 136,104 | 126,525 | 9,579 | 122,136 | 11,108 | 2,860 |
| **Annual cost** | | | | | | |
| Per subscriber | $14,470 | $14,810 | $11,939 | $14,629 | $15,045 | $5,920 |
| Per member | $6,531 | $6,340 | $9,060 | $6,582 | $6,916 | $2,846 |

*Figure 7: 2017 Incurred and Paid Self-funded Medical Expenses by Active, Retire, and Plan*

| 2017 Incurred and Paid Self-funded Medical Expenses by Plan for Active & Retiree | | | | | | |
|---|---|---|---|---|---|---|
| | | Active | Active | Active | Retiree | Retiree |
| Expenses (in dollars) | Overall | EPO | PPO | HDHP | EPO | PPO |
| Medical Claims | $622,581,341 | $513,871,466 | $52,448,136 | $5,774,723 | $49,198,156 | $1,288,860 |
| Drug Claims | $181,887,931 | $121,275,438 | $15,788,203 | $1,103,990 | $42,367,421 | $1,352,879 |
| Medicare Part D Subsidy | ($13,624,879) | $0 | $0 | $0 | ($12,422,585) | ($1,202,294) |
| Rebates & Recoveries | ($19,138,604) | ($12,760,839) | ($1,661,266) | ($116,164) | ($4,457,983) | ($142,353) |
| Administration Fees | $30,023,274 | $23,370,549 | $2,401,599 | $702,189 | $3,457,638 | $91,299 |
| Operating Expenses & Adj. | $4,983,338 | $3,883,095 | $399,034 | $111,541 | $574,498 | $15,170 |
| Total Expenses | $806,712,401 | $649,639,710 | $69,375,706 | $7,576,279 | $78,717,146 | $1,403,561 |
| IBNR Liability | $82,189,000 | $67,837,854 | $6,923,850 | $762,340 | $6,494,810 | $170,147 |
| Total | $888,901,401 | $717,477,563 | $76,299,556 | $8,338,619 | $85,211,956 | $1,573,707 |
| **Enrollment in self-funded plans** | | | | | | |
| Subscribers | 61,431 | 47,868 | 4,919 | 1,375 | 7,082 | 187 |
| Members | 136,104 | 112,787 | 10,878 | 2,860 | 9,349 | 230 |
| **Annual cost** | | | | | | |
| Per subscriber | $14,470 | $14,989 | $15,511 | $6,064 | $12,032 | $8,416 |
| Per member | $6,531 | $6,361 | $7,014 | $2,916 | $9,115 | $6,842 |

*Figure 8: 2017 Incurred and Paid Self-funded Medical Expenses by Plan for Active, Retiree*

Confidential

AZSTATE.244129

## Medical Expenses Associated with Medical Diagnoses

The tables below show the trend in cost by diagnosis for Actives and Retirees. For Actives, the first ten categories make up approximately 70.0% ($455.1M) of the total PY 2017 medical spend. The top ten medical categories total spent for Actives have increased by 5% ($21.7M) over PY 2016. Musculoskeletal System/Connective Tissue diagnosis group has experienced the largest percentage growth for the Active population in PY 2017 over PY 2016 with 10.6% increase with a total growth in spent of $7.1M. The Respiratory System treatment group has experienced the largest percentage drop from PY 2016 to PY 2017 of 6.8% in the top ten categories.



*Figure 9: Top Ten Active Medical Expense by Diagnosis*

For Retirees, spending on the top ten categories has increased in PY 2017 over PY 2016 by 3.8% ($1.5M). The top ten categories make up approximately 73% ($41.7M) of the total PY 2017 Retiree medical spend. The Musculoskeletal System/Connective Tissue treatment group continues as the largest spend category for both the Active and Retiree populations. The highest percentage growth for the Retiree population was observed in the Circulatory diagnosis group with a 29.6% increase in expenditures PY 2017 over PY 2016. The largest spent increase of $1.3M PY 2017 over PY 2016 was experienced in the Health Status and Contact with Health Service category.

Confidential

AZSTATE.244130



*Figure 10: Top Ten Retiree Medical Expense by Diagnosis*

**Inpatient Hospital Care**

Inpatient hospital care represents a significant portion of total medical expenses. Inpatient hospital care includes the cost of hospitalizations, skilled nursing facilities and hospice. The tables below show the Hospital Admissions per 1,000 members and average length of stay. Retirees are admitted more often and longer than Active employees which is in line with their higher overall costs. When comparing plans, PPO members are admitted more often than EPO members, which are admitted more often than HDHP members are. This is all in line with the average costs of these members in each plan. The length of stay is similar between the EPO and PPO while the Active employees in the HDHP tend to have a shorter length of stay.

The number of hospital admissions is holding steady; however, the length of stay has seen a slight increase. The number of hospital admissions for Retirees has decreased slightly which is a positive development. There was a very minimal increase in admissions for the Active population. Please note

Confidential

AZSTATE.244131



*Figure 11: Hospital Admissions per 1,000 Members*

The average inpatient length of stay for Active and Retiree populations has decreased slightly PY 2017 over PY 2016 and now closely matches PY 2015, which is an encouraging sign. It remains to be seen if this trend will hold in PY 2018.



*Figure 12: Average Inpatient Length of Stay*

There is greater cost sharing with the Retirees because approximately two-thirds of Retirees have Medicare paying as primary for their claims. Overall, the Plan paid approximately 98% ($139.1M of $141.8M total) of Active inpatient costs and 41.4% ($10.9M of $26.3M total) of Retiree inpatient costs during PY 2017. This cost sharing experience has been about the same

**17**

over the last four years for Active members averaging 98%. For Retirees, the cost share experience over the last four years ranged between 36.3% in PY 2016 and 41.4% in PY 2017. The chart also indicates that Retirees cost, on average per admission, slightly less than Actives. The cost per admission does include the cost of skilled nursing facilities, which Retirees use more frequently than Actives. This drives the cost per admission down since skilled nurse facility care is less expensive than traditional hospital stays. Yet Retirees more often than not require additional medical care following hospital admission, resulting in more frequent visits and therefore they cost more on a per member per month basis.



\* Includes copay, coinsurance, Medicare, and other insurance

*Figure 13: Average Cost per Inpatient Admission - Actives & Retirees*



*Figure 14: Plan Paid PMPM per Hospital Admission - Active & Retiree*

18

Referencing the total cost share per admission by plan chart below, greater average cost per admission costs were realized in the EPO and PPO plan than in the HDHP plan. This is partly due to Retirees not being eligible for the HDHP. During PY 2017, the Plan paid approximately 89% ($137.9M of $155.1M total) of EPO, 93% ($10.3M of $11.1M total) of PPO and 90% ($1.4M of $1.6M total) of HDHP inpatient costs during PY 2017.



\* Includes copay, coinsurance, Medicare, and other insurance

*Figure 15: Average Cost per Admission – EPO, PPO and HDHP*


**Place of Service**

The figures below show the total cost by place of service for Active and Retirees over the past four years. Increasing medical costs consistent with the industry trend as well as a slight increase in both Active and Retiree membership are the main causes of the increase in costs for most service settings.

Confidential                                                           AZSTATE.244134



*Figure 16: Medical Expense by Place of Service – Actives*



*Figure 17: Medical Expense by Place of Service – Retirees*

Confidential                                                                AZSTATE.244135

**Emergency**

During PY 2017, there were approximately 223 emergency room visits per 1,000 members of the self-funded plan. That is a slight decrease over the PY 2016 number of member visits per 1,000, which was 227, a positive sign. The average plan cost per visit was $1,291 (inclusive of both facility and professional costs), slightly higher than in previous three years where the average plan paid per member visits ranged between $1,146 and $1,227 in costs.

**Urgent Care Visits**

During PY 2017, there were approximately 214 urgent care visits per 1,000 members of the self-funded plan. The average plan costs per urgent care visit was $70 in PY 2017 and the costs have held steady around $70 per visit for the past four years. However, the utilization of urgent care has been steadily increasing since PY 2014 when the urgent care visit figure was 180 per 1,000.

**Physician Visits**

During PY 2017, there were approximately 3,933 physician visits per 1,000 members of the self-funded plan (or each member of the plan visited a physician's office approximately four times a year on average). Utilization is slightly lower than in the prior three years ranging from 3,951 in PY 2014 to 3,954 in PY 2016. This is not a favorable movement. With routine preventative visits being covered at no cost in PY 2018, we are hoping to see the number of physician visits to go back up. The average plan costs per office visit in PY 2017 was $73. Costs have increased over the last three years from $65 in PY 2014 to $73 in PY 2017.

**Annual Prescription Use**

The table below show the average number of prescriptions filled by Active and Retiree members, including those that did not utilize the pharmacy benefit at all during the year. This shows a slight positive downward trend for the Retiree population; meaning as new people are coming on the plan, they are utilizing the pharmacy benefit at a lower rate than those already on the plan. The average number of prescriptions per Retiree member per year over the last four years was 29.5 while the PY 2017 figure came out to 28.3. The Active population's utilization has been steady between PY 2014 and PY 2017 at an average of 9.3 filled prescriptions per year. In fact, it has slightly decreased in PY 2017 to 9 filled prescriptions per year. As expected, the cost of average prescription refill goes up by age.

21

AZSTATE.244136



*Figure 18: Average Number of Prescriptions per Member*



*Figure 19: Average Cost per Prescription*

When examining the utilization of the pharmacy benefit, it shows those utilizing the pharmacy benefit are overall maintaining or even decreasing the number of prescriptions filled but the cost per utilizing member is steadily increasing. This indicates an increasing overall cost in the pharmacy benefit.

Confidential

AZSTATE.244137



*Figure 20: Average Pharmacy Cost per Utilizer*



*Figure 21: Average Pharmacy Count per Utilizer*

**Generic and Brand-name Prescription Utilization**

The table below shows a positive trend in the utilization of the lower cost drugs. Generic drugs tend to have the lower overall cost to the plan, preferred have a higher cost to the plan and non-preferred tend to have the highest cost to the plan. The trend shown below indicates a slight

23

increase in the utilization of the generic drugs with a slight decrease in preferred and non-preferred drugs and that generic drugs make up an increasing count of total drugs (just over 84% in PY 2017). This is a positive development.



*Figure 22: Pharmacy Count and Distribution by Tier*

**Prescription Use by Therapeutic Class**

The following graph shows spend by therapeutic class by year. In seven out of the top ten classes, expenses have increased. However, the PY 2017 medical trend remained flat, and thus the overall pharmacy spent only increased marginally due to slightly higher membership. The top ten classes make up approximately 63.8% ($116.1M) of the total spend ($181.9M) in PY 2017 which is slightly up from 59.7% in PY 2016. Diabetes and inflammatory disease appear to be the highest cost drivers. Even though the top ten therapeutic classes have seen an increase, the remaining classes have seen a decrease, which explains the nearly flat total pharmacy spent.

24



*Figure 23: Prescription Spend by Top 10 Therapeutic Class by Year*

**Prescription Use by Type of Drug**

The graph below shows spend for top ten drug by year. In almost all of the top ten drugs, expenses have increased. The top ten drugs make up approximately 15.4% ($28M) of the total $181.8M drug spend in PY 2016, which is slightly up from the prior year of 14.8%. The top two drugs in 2016 are Humira Pen and Enbrel (both are drugs used to treat inflammation). The top three drugs make up more than half ($14.7M) of the spend for the top ten drugs ($28M).



*Figure 24: Spend by Top 10 Drugs by Year*

Confidential

AZSTATE.244140

## Dental Plan Enrollment

In PY 2017, Benefit Services Division offered two different types of dental plans: a fully-insured Dental Health Maintenance Organization (DHMO) plan administered by Total Dental Administrators (TDA) and a self-insured Dental Preferred Provider Organization (DPPO) plan administered by Delta Dental. In PY 2018, the fully-insured DHMO vendor became Cigna Dental.

*DHMO Plan*
Within the DHMO plan, services must be obtained from a participating dental provider (PDP). There are no annual deductibles or out of pocket maximums. The plan coverage maximums include a $200 maximum reimbursement for non-PDP emergency services, $50 for emergency services less member cost share for the service and a $1,500 per person lifetime maximum for orthodontia.

*DPPO Plan*
Within the DPPO plan, services may be obtained from any dentist and deductibles and out of pocket maximums apply. Benefits may be based on reasonable and customary charges. The plan coverage maximums include a $2,000 maximum per person per year and a $1,500 per person lifetime maximum for orthodontia. Delta Dental administers this plan. The figure below shows how enrollment was distributed by plan and network between Active, Retired, University, and COBRA members. The subscriber references the employee and the member references the employee plus dependents.

| Average Monthly Dental Enrollment by Plan | | | | | |
|---|---|---|---|---|---|
| | | **2017** | | **2016** | |
| **Network** | **Plan Type** | **Subscribers** | **Members** | **Subscribers** | **Members** |
| Active | DPPO | 22,224 | 52,866 | 22,220 | 52,403 |
| Retiree | DPPO | 15,009 | 23,768 | 14,183 | 22,457 |
| University | DPPO | 15,465 | 33,420 | 16,646 | 33,292 |
| COBRA | DPPO | 205 | 308 | 206 | 296 |
| **Total Delta Dental** | | **52,903** | **110,361** | **53,255** | **108,448** |
| Active | DHMO | 9,686 | 22,658 | 9,820 | 23,169 |
| Retiree | DHMO | 2,485 | 3,797 | 2,388 | 3,661 |
| University | DHMO | 6,216 | 12,976 | 6,060 | 12,717 |
| COBRA | DHMO | 69 | 121 | 71 | 104 |
| **Total Dental Administrators** | | **18,456** | **39,552** | **18,339** | **39,652** |
| **Total** | | **71,359** | **149,913** | **71,594** | **148,099** |

*Figure 25: Average Monthly Dental Enrollment by Plan*

26

## Dental Premiums

The below tables show the dental premiums by plan and coverage tier per pay period for Active employees and Retirees.

| Active Dental Premiums per Pay Period (26 pay periods)* | | | | |
|---|---|---|---|---|
| Plan | Tier | Employee Premium | State Premium | Total Premium |
| DPPO | Employee only | $14.30 | $2.29 | $16.59 |
| | Employee + adult | $30.33 | $4.58 | $34.91 |
| | Employee + child | $23.34 | $4.58 | $27.92 |
| | Family | $48.26 | $6.32 | $54.58 |
| DHMO | Employee only | $1.86 | $2.29 | $4.15 |
| | Employee + adult | $3.72 | $4.58 | $8.30 |
| | Employee + child | $3.50 | $4.58 | $8.08 |
| | Family | $6.12 | $6.32 | $12.44 |

*University of Arizona has 24 pay period deductions

*Figure 26: Active Dental Premiums per Pay Period (26 pay periods)*

| Retiree Monthly Dental Premiums | | |
|---|---|---|
| Plan | Tier | Premium |
| DPPO (Delta Dental) | Employee only | $35.94 |
| | Employee + adult | $75.63 |
| | Employee + child | $60.48 |
| | Family | $118.26 |
| DHMO (TDA) | Employee only | $8.99 |
| | Employee + adult | $17.99 |
| | Employee + child | $17.51 |
| | Family | $26.97 |

*Figure 27: Retiree Monthly Dental Premiums*

## Dental Premium vs. Plan Cost

There were no changes to the PY 2017 contribution strategy for the self-insured dental plan. The Active employees are paying 89% of the average monthly premium while the state paid the remaining 11%. The figure below shows how the average monthly premium compared to the average monthly plan cost for Active employees and Retirees and their dependents (Active and Retiree members).

27

AZSTATE.244142



*Figure 28: Average Monthly Dental Premiums and Expenses by Member*

**Expenses for Self-Insured Dental Plan**

The figure below show the distribution of claims and expenses incurred in PY 2017 and the average annual cost to insure each type of subscriber/member.

| 2017 Self-Insured Dental Expenses by Active, Retiree | | | |
|---|---|---|---|
| **Expenses** | **Overall** | **Active** | **Retiree** |
| Dental Claims | 38,388,398 | $28,652,448 | $9,735,951 |
| Rebates & Recoveries | $0 | $0 | $0 |
| Administration Fees | $1,767,794 | $1,266,251 | $501,543 |
| Operating Expenses & Adj. | $247,024 | $176,941 | $70,083 |
| Total Expenses | $40,403,217 | $30,095,640 | $10,307,577 |
| IBNR Liability | $3,052,000 | $2,277,961 | $774,039 |
| Total | $43,455,217 | $32,373,601 | $11,081,616 |
| **Enrollment in self-funded plans** | | | |
| Subscribers | 52,902 | 37,893 | 15,009 |
| Members | 110,361 | 86,593 | 23,768 |
| **Annual cost** | | | |
| Per subscriber | $821 | $854 | $738 |
| Per member | $394 | $374 | $466 |

*Figure 29: Self-Insured Dental Expenses by Active and Retiree*

Confidential

# Wellness

Benefits Services Division provides wellness programs and services to Active State employees. Members have access to preventive health screenings, health management and health education webinars and courses, annual flu vaccines, online lifestyle management programs, onsite seminars, activity challenges and Employee Assistance Program (EAP) benefits.

The Health Impact Program (HIP) offers an incentive based employee wellness program for benefits eligible State of Arizona employees. For PY 2017, the program ran between January and December of 2017. The program launched a new portal to allow employees to engage in preventive services and healthy activities throughout the full year. The mission of the HIP is to promote prevention for early detection and defense against chronic disease thereby encouraging employees to engage in health management programs to reduce risks, change behaviors that lead to healthy outcomes, and to foster greater total health and well-being.

Employees who successfully completed the program by engaging in a variety of wellness activities while accumulating and logging progress towards an end goal of 500 points, were eligible to receive up to a $200 incentive payout which was paid out in the spring of 2018.

### Engagement & Incentives
The PY 2017 chart below shows that of the 57,000 eligible members, there were 1,277 new employees in 2017 in addition to the 10,395 employees enrolled in 2016, totaling 11,672 or 20% of the eligible population. Of those that enrolled in the HIP program, 6,872 completed the online Health Assessment, which translates to a 59% completion rate. This represents an increase over PY 2016.

The number of enrolled participants that actively logged points was 8,839 (or 76%). Out of the 4,124 participants logging 500 points, 2,884 were validated and earned the $200 incentive for an estimated payout of $577k (25% of total enrolled). This represents an increase from 20% of those earning the reward in PY 2016. Of total eligible employees, 5% earned the incentive.

By providing the Health Impact Program (HIP) and incentive component, the year over year participation metrics showed an increase in employee engagement and in overall active participation in preventive services, screening referrals, health assessment completion, and educational/behavior change and challenge activities.

Confidential

AZSTATE.244144



*Figure 30: HIP Statistics*

## Screening Utilization

The table below shows the total utilization of core health screening benefits during the PY 2017 and the number of at-risk employees referred to follow-up care.

| PY 2017 Screenings | | | |
|---|---|---|---|
| | **Events** | **Participant** | **Referrals** |
| **Mini Health Screening*** | 95 | 4,440 | |
| Osteoporosis Screening** | | 2,002 | 396 |
| Prostate Specific Antigen (PSA)** | | 692 | 23 |
| Hemoglobin A1C ** | | 1,782 | 183 |
| **Mobile Onsite Mammography** | 64 | 1,137 | 27 |
| **Prostate Onsite Projects** | 52 | 492 | 49 |
| **Total** | **211** | **10,545** | **678** |

*The basis Mini Health Screening includes: fill lipid panel, fasting blood glucose, blood pressure, BMI and body composition measurements.
** Additional tests offered as a package with the basic Mini Health Screening for those meeting specific age requirements.
*Figure 31: Health Screenings*

The table below shows the total utilization for the PY 2017 State Wellness Annual Flu Vaccine Program held September 1, 2017 through December 31, 2017. A total of 14,692 vaccines were administered to Active and Retiree members. Members had access to the flu vaccine at 413 locations throughout the state. Ninety four percent of members who received a flu vaccine did so

Confidential

at a worksite or open enrollment clinic. To contrast, 8,573 members and their dependents received flu vaccines through the medical plan in PY 2017.

| PY 2017 Flu Vaccines | | |
|---|---|---|
| | **Locations** | **Participants** |
| State Agency Worksite | 193 | 7,279 |
| University Worksite | 41 | 5,196 |
| Combined Worksite (Wesley Bolin) | 3 | 620 |
| Open Enrollment Clinics | 9 | 779 |
| Public Clinics | 167 | 818 |
| **Total** | **413** | **14,692** |

*Figure 32: Flu Vaccines*

The plan costs of the PY 2017 State Wellness Annual Flu Vaccine Program totaled $370K, which comes out to an average of $25 per participant.  As per Passport Health USA (see link below), each year 5 to 20 percent of the U.S. population gets the flu. Adults 18-64 years of age accounted for almost 60% of reported flu hospitalizations. The result is lost employee productivity, an increase in absenteeism, and costly medical bills.  Per the Passport Health USA portal calculator, the estimated medical savings are $1.4M.  Taking into account the cost of administering this program of $370K, the estimated net cost avoidance is $1M or an ROI of 3:1 (https://www.passporthealthusa.com/employer-solutions/flu-roi-calculator/).   This calculation does not include the cost of absenteeism.

**Employee Assistance Program**
The table below shows the utilization for the Employee Assistance Program (EAP) and support services offered to agencies covered under the Benefits Services Division. Total utilization for PY 2017 reached 37.2%, an increase from 31% over PY 2016, showing sustained high usage especially when compared to the 24% national standard for government entities. Benefit Services Division covered agencies continue to show utilization higher than Compsych's Book of Business. The PY 2017 contract increased the number of visits from 6 - 12 per issue, per person/year. It also increased the hours available for employee training, events and Critical Incident Support Management from 117 to 230 respectively.

31

| PY 2017 EAP Utilization | | | |
|---|---|---|---|
| | Eligible Population | Users | Utilization Rate |
| **Live Telephonic Access** | | **2,912** | |
| EAP | | 2,247 | |
| FamilySource | | 129 | |
| FinancialConnect | | 98 | |
| LegalConnect | | 438 | |
| **Online Access** | | **9,633** | |
| EAP | | 2,408 | |
| FamilySource | | 2,572 | |
| FinancialConnect | | 819 | |
| GlobalConnect | | 8 | |
| Health & Wellness | | 1,042 | |
| LegalConnect | | 2,784 | |
| **Critical Incident Stress Debriefing** | | **310** | |
| **Trainings** | | **961** | |
| **Overall Utilization** | **37,148** | **13,816** | **37.2%** |

*Figure 33: EAP Utilization*

In addition to health screenings, vaccines, and EAP services, the strategic plan for PY 2017 continued to provide employees with increased access to online mindfulness and stress reduction by enhancing the options for participation in the sessions through eMindful, Inc.

| PY 2017 Online Courses through eMindful, Inc. | | |
|---|---|---|
| | Classes | Participants |
| **Mindfulness at Work 1-hr Webinars** | 24 | 2,937 |

*Figure 34: Online Webinar Participation*

### Life, Disability, Vision Insurance and Flexible Spending Accounts

Fund 3035, ERE/Benefits Administration, is used to pay fully insured premiums and administer State employees benefit plans other than health and dental. These include basis, supplemental, and dependent life insurance, short-term and non-ASRS long-term disability insurance, vision insurance, and medical and dependent care flexible spending accounts. Basic life and non-ASRS long term disability insurance is funded solely by State agency premiums (employer premiums) while all others are funded solely be employee premiums. Fund 3035 is primarily a pass-through fund with collections funding the premiums payments. The table below is a cash statement of receipts received and expenses paid during PY 2017 for 2017 incurred revenues and expenditures as well as for prior plan years. In PY 2017, the life & disability insurance services were provided by Hartford Life and Accident Insurance Company, while vision benefits were offered through Avesis Third Party Administrators, Inc. (Avesis) and dependent and flexible spending account services through Application Software, Inc. (ASIFlex).

32

| ERE/Benefits Administration Fund Summary | | | | |
|---|---|---|---|---|
| | | | | **Plan Year 2017** |
| **Beginning Fund Balance January 01, 2017** | | | | **$4,286,420** |
| | | | | |
| **Revenues** | | | | |
| **Insurance Product** | **Amount** | | | |
| Basic Life | $1,127,343 | | | |
| Supplemental Life | 10,320,081 | | | |
| Dependent Life | 2,714,305 | | | |
| Short Term Disability | 4,329,884 | | | |
| Long Term Disability | 3,505,543 | | | |
| **Total Life & Disability** | | | $21,997,157 | |
| | | | | |
| **Vision** | | | 5,389,677 | |
| | | | | |
| Health Care FSA | $3,395,091 | | | |
| Dependent Care FSA | 1,390,616 | | | |
| **Total Flex Spending** | | | $4,785,707 | |
| | | | | |
| **Total Revenues** | | | | $32,172,540 |
| | | | | |
| **Expenditures** | | | | |
| **Insurance Product** | **Amount** | **Penalties** | | |
| Basic Life | $1,126,485 | (3,089) | | |
| Supplemental Life | 10,316,315 | (29,466) | | |
| Dependent Life | 2,713,487 | (8,030) | | |
| Short Term Disability | 4,539,051 | (13,168) | | |
| Long Term Disability | 3,495,226 | (7,997) | | |
| Total Life & Disability* | | | $22,128,815 | |
| | | | | |
| Vision* | 5,371,950 | | $5,371,950 | |
| | | | | |
| Health Care FSA | 3,246,703 | (2,655) | | |
| Dependent Care FSA | 1,446,960 | (1,138) | | |
| Administrative Fees* | 79,164.00 | | | |
| Total Flex Spending | | | $4,769,034 | |
| | | | | |
| **Total Expenditures** | $32,335,342 | (65,543) | | $32,269,799 |
| | | | | |
| **Ending Fund Balance December 31, 2017** | | | | $4,189,161 |

\*Vendor administrative fees and fully insured premiums are paid 55 days in arrears per contract.

*Figure 35: ERE/Benefits Administration Fund 3035 Summary*

33

Confidential

AZSTATE.244148

# Vendor Performance Standards

Pursuant to A.R.S. § 38-658(B), "On or before October 1 of each year, the Director of the Department of Administration shall report to the Joint Legislative Budget Committee on the performance standards for health plans, including indemnity health insurance, hospital and medical service plans, dental plans, and health maintenance organizations."

Among the terms of the self-insured health insurance contracts and other contracts the Benefit Services Division administers are several ADOA negotiated performance measures with specific financial guarantees tied to vendor performance of the contracted services. If a vendor fails to meet any of the measures within the specified performance range, the vendor is required to submit a Corrective Action Plan detailing why the measure was missed and any actions taken to address the issue and improve performance to meet the standard of the measure. A percentage of the vendor's annual payment, or previously agreed upon amount, is then withheld by ADOA as a performance penalty per the terms of the vendor contract. This percentage is allocated among the more critical measures of the contract.

The following is a report of the agreed-upon performance standards both met and missed by contracted vendors during PY 2017. In each case, performance penalties for measures missed are assessed per the terms of the individual vendor contract. As some performance metrics are yet to be finalized, the estimated performance penalty paid to Benefit Services Division related to PY 2017 will be approximately $325,600.

## Aetna

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 194<br>Targets successfully met = 175<br>Targets missed resulting in penalties = 6<br>Targets Pending = 13 | Approximately $9,721 |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **Account Management** – At least 98% of enrollments processed within 2 business days of receipt of the file load | 1% of Total Administrative Fee | Missed 1 of 12 months measured = 0.08% |
| **Appeals** – At least 95% of urgent pre-service appeals are resolved within 15 calendar days of receipt; post-service appeals resolved within 30 days. | 1.50% of Total Administrative Fee | Missed 1 of 12 months measured = 0.125% |
| **Claims – Processing Turnaround Time**: At least 98% of all fully-documented claims will be processed within 30 calendar days of receipt | 1.00% of Total Administrative Fee | Missed 1 of 12 months measured = 0.08% |
| **HSA Administration – Quality Member Phone Services**: Call abandonment rate is ≤ | 3.00% of HSA Fees | Missed 1 of 12 months measured = 0.25% |

34

AZSTATE.244149

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| 3%; average speed to answer for all phone calls is 30 seconds or less | | |
| **Claims – Processing Accuracy:** At least 98% of claims will be processed accurately | 1.00% of Total Administrative Fee | Missed 1 of 12 months measured = 0.08% |
| **HSA Administration** – Member Satisfaction: At least 90% satisfaction rate on the annual member satisfaction survey conducted by ADOA. | 3.00% of HSA Fees | Missed 1 of 1 annual measurement = 3.00% |

**Cigna**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 200<br>Targets successfully met = 183<br>Targets missed resulting in penalties = 11<br>Targets Pending = 6 | Approximately $12,155 |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **Appeals -** Accurate and timely response to member request for review; urgent appeals resolved within three (3) business days of request, pre-service resolved within 15 calendar days of request and post-service resolved within 30 calendar days of request | 0.75% of Total Administrative Fee | Missed 6 of 12 months measured = 0.375% |
| **Customer Service Nurse Line -** Cigna will provide Nurse Line phone service to members with no more than 3% abandonment rate, an average speed to answer of 30 seconds or less, and 90% of all calls must be appropriately triaged | 0.66% of Total Administrative Fee | Missed 1 of 12 months measured = 0.05% |
| **Customer Service – Member Satisfaction Survey:** At least 90% satisfaction rate on the annual member satisfaction survey conducted by ADOA | 0.67% of Total Administrative Fee | Missed 1 of 1 annual measurement = .67% |
| **Claims – Processing Accuracy:** At least 99% of claims will be processed accurately | 1.34% of Total Administrative Fee | Missed 3 of 12 months measured = 0.335% |

Confidential                AZSTATE.244150

**UnitedHealthcare**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 200<br>Targets successfully met = 192<br>Targets missed resulting in penalties = 3<br>Targets Pending = 5 | Approximately $30,675 |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **Claims – Overall Accuracy Rate**: At least 99% of all claims will be processed accurately | .50% of Total Administrative Fee | Missed 2 of 12 months measured = 0.08% |
| **Case Management and Disease Management – Member Satisfaction Survey**: At least 90% satisfaction rate on the annual Member Satisfaction Survey conducted by ADOA | 1.00% of CM/DM Administrative Fee | Missed 1 of 1 annual measurement = 1.00% |

**Blue Cross Blue Shield (BCBS) of Arizona**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 200<br>Targets successfully met = 192<br>Targets missed resulting in penalties = 2<br>Targets Pending = 6 | Approximately $8,221 |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **Claims – Processing accuracy**: At least 99% of all claims will be processed accurately | 1.00% of Total Administrative Fee | Missed 1 of 12 measured = 0.08% |
| **Case Management and Disease Management – Member Satisfaction Survey**: At least 90% satisfaction rate on the annual Member Satisfaction Survey conducted by ADOA | 1.00% of CM/DM Administrative Fee | Missed 1 of 1 annual measurement = 1.00% |

**MedImpact**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 109<br>Targets successfully met = 106<br>Targets Pending = 1 | Approximately $74,000 |

36

AZSTATE.244151

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **Customer Service – Member Satisfaction Survey:** At least 90% satisfaction rate on the annual member satisfaction survey conducted by ADOA | $70,000 annual amount at risk | Missed 1 of 1 annual measurement = $70,000 |
| **EGWP – Enrollment Request Acknowledgement:** Acknowledgement provided within 10 calendar days of receipt of a completed enrollment | $16,000 annual amount at risk, $4,000 quarterly | Missed 1 of 4 quarterly measurements = $4,000 |

**Delta Dental**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 262<br>Targets successfully met = 260<br>Targets missed resulting in penalties = 2 | Approximately $3,691 |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| Customer Service – Abandonment Rate: Abandonment rate no more than 2% | .75% of Total Administrative Fee | Missed 1 of 12 measured = 0.06% |
| **Customer Service – Average time to answer:** average time to answer calls requesting member services representative will be answered in no more than 30 seconds | 1.75% of Total Administrative Fee | Missed 1 of 12 measured = 0.145% |

**Total Dental Administrators (TDA)**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 136<br>Targets successfully met = 135<br>Targets missed resulting in penalties = 1 | Approximately $68,779 |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **Customer Service – Member Satisfaction Survey:** At least 80% satisfaction rate on the annual member satisfaction survey conducted by ADOA | 2.00% of Total Administrative Fee | Missed 1 of 1 annual measurement = 2.00% |

37

**Compsych**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 39<br>Targets successfully met = 38<br>Targets missed resulting in penalties = 0 | No penalties |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| N/A | N/A | N/A |

**Avesis**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 182<br>Targets successfully met = 181<br>Targets missed resulting in penalties = 1 | Approximately $53,847 |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **Account Management – Satisfaction Survey:** Average of 90% of management staff satisfied with account management staff | 1.00% of Premiums | Missed 1 of 1 annual measurement = 1.00% |

**Application Software, Inc. (ASI)**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 49<br>Targets successfully met = 49 | No penalties |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| N/A | N/A | N/A |

**The Hartford**

| Performance Measures | |
|---|---|
| Performance Measure | Fees At Risk |
| Total Performance Measures = 141<br>Targets successfully met = 138<br>Targets missed resulting in penalties = 2<br>Targets pending = 1 | Approximately $64,158 |

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **STD Claims – Fully Documented Claim** | .50% of Total | Missed 1 of 12 measured = |

38

AZSTATE.244153

| Performance Measures Not Met | | |
|---|---|---|
| Performance Measure | Fees At Risk | Total % Assessed |
| **Turnaround Time:** At least 95% of all fully documented STD claims processed within 5 calendar days of receipt | Premiums | 0.04% |
| **Customer Service – Member Satisfaction Survey:** At least 85% satisfaction rate on the annual member satisfaction survey conducted by ADOA | .25% of Total Premiums | Missed 1 of 1 annual measurement = 2.00% |

# Audit Services

The Benefit Services Division's Audit Services Unit provides assurances that add value and improve the operations of Benefit Services. Audit Services performs systematic evaluations of contract compliance, operational controls, risk management, and the implementation of best practices to support BSD objectives.

The audit schedule for the 2017 plan year was developed using a combination of contract elements and risk analysis to ensure the health plan vendors appropriately provided contracted services. One completed audit project for the 2017 plan year identified no exceptions, dollars for recovery, or recommendations to be implemented. Three audit projects began during the 2017 plan year and were not completed until 2018 due to their complexity, in addition to an unscheduled project that included user acceptance testing of a newly implemented claims data warehouse tool.

The reporting year of implementation of any given plan year recommendations and health plan recoveries for completed audits will vary based on the completion date of all corrective action plan directives. In many cases, directives may still be in progress and may roll over to a new plan year.

Individual audit objectives were developed with the consideration of dollar value, complexity of operations, changes in personnel or operations, loss exposure, and previous audit results. Audits and other projects were completed, but were not limited to the following functional areas:

| Functional Area | Audit Methodology |
|---|---|
| Vendor operating transactions | Statement on Standards for Attestation Engagements No. 16 Audits (SSAE 16) |
| Audit program improvement initiatives | Administrative functions and program-specific improvements |

**Vendor Operating Transactions**
All health plan contracted vendors that pay claims are required to provide a copy of a SSAE 16, which is an independently assessed operational annual or semi-annual audit. SSAE 16 audits evaluate the internal controls of the vendor's systems utilized to process claims and identify deficiencies. Audit Services reviewed the SSAE 16 reports provided by each of the vendor's

39

external auditors. There were no instances of significant operating failure noted and no corrective action was required. In addition, audits performed by external or third party vendors are evaluated and considered for the development of the audit schedule when there is significant impact the on the health plan and contract compliance (i.e. large medical and/or pharmacy claims audit).

**Audit Program Improvement Initiatives**
In addition to the regularly scheduled audits, reviews, and evaluations listed above, Audit Services assisted in performing user acceptance testing of a newly implemented claims data warehouse tool. Claims paid on behalf of the health plan members are loaded into the MedInsight warehouse tool. The tool allows for the ease and accuracy of extraction of claims data based on various data fields to accommodate audit objectives and scope, among other functionalities that the tool provides.

Audit Services continues to strive towards improvement and efficiency; the focus during the 2017 plan year was to streamline administrative functions to improve audit program initiatives.

**External Audits**
In addition to audits concluded by the Benefit Services Division's Audit Services Unit, BSD also contracts with external consulting forms to perform external audits of the self-insured medical, pharmacy and dental vendors.

Towards the end of 2016 and concluding in the second half of 2017, the self-insured medical, pharmacy and dental vendors were audited. Mercer Health & Benefits LLC conducted the plan audits of all four medical vendors while Conduent HR Consulting conducted the MedImpact pharmacy and Delta Dental PPO plan audits. The audits covered PY 2014 and PY 2015, and evaluated a sample selected using a combined financial stratified attribute sampling. This approach provided a sample of claims that was representative of actual claim payment patterns over the audit period.

The audits focused on financial accuracy, payment incidence accuracy, claim processing accuracy, and turnaround time. The audit results were mostly satisfactory, with some vendor results falling short of the ADOA performance guarantees and generally accepted industry standards. The total dollars paid in error in the statistical samples amounted to the following:

- Aetna: $9,697
- BCBS: $15,475
- Cigna: $10,771
- UHC: $8,351
- MedImpact: $10,414
- Delta Dental: $0

Any incorrectly processed and paid claims were reprocessed within timely processing timeliness, or the plan was reimbursed for plan overpayments. Several instances of error because plan clarifications or intent were resolved and the plan documents were updated to reflect the plan intent.

40

Confidential

AZSTATE.244156

# Appendix

## Special Employee Health Fund Cash Statement

| Special Employee Health Fund Cash Statement | | | |
|---|---|---|---|
| **Plan Year 2017** | | | |
| **Beginning Fund Balance January 01, 2017** | | | **$279,616,289** |
| **Revenues** | | | |
| **Source** | **Premiums** | | |
| ADOA Health Plan (EE) | $132,748,373 | | |
| ADOA Health Plan (ER) | 631,020,529 | | |
| BCBS NAU Plan (EE) | 8,583,683 | | |
| BCBS NAU Plan (ER) | 33,886,554 | | |
| ADOA Dental Plan (EE) | 29,485,646 | | |
| ADOA Dental Plan (ER) | 13,691,606 | | |
| PrePaid Dental Plan (EE) | 1,715,780 | | |
| PrePaid Dental Plan (ER) | 2,123,332 | | |
| Other Revenue | (454,862) | | |
| **Net Revenue** | **$852,800,641** | | **$852,800,641** |
| | | | |
| **Expenditures** | | | |
| **Vendor** | **Admin Fees** | **Penalties** | |
| Aetna | 3,067,024 | (11,025) | |
| Blue Cross Blue Sheild AZ | 6,557,365 | (72,264) | |
| Cigna | 1,821,319 | (10,468) | |
| UnitedHealthcare | 12,903,528 | (36,008) | |
| MedImpact | 1,808,339 | (25,000) | |
| HSA Funding (EE and ER) | 608,865 | - | |
| Delta Dental | 1,767,794 | - | |
| HIP Payout | 1,902 | - | |
| ACA Related Taxes/Fees | 3,400,366 | - | |
| AG Collection Fees | 9,331 | - | |
| Net Administrative Fees* | 31,945,833 | (154,764) | 31,791,068 |
| | **Claims** | **Recoveries**** | |
| Aetna | 46,757,510 | - | |
| AmeriBen | - | (138,601) | |
| Blue Cross Blue Sheild AZ | 150,034,291 | (1,548,343) | |
| Cigna | 55,384,517 | (1,623) | |
| UnitedHealthcare | 380,167,647 | (511,471) | |
| MedImpact | 180,382,413 | (16,938,565) | |
| Medicare Part D Retiree Drug Subsidy | - | (13,624,879) | |
| Delta Dental | 38,420,493 | - | |
| Other Wellness | 752,129 | - | |
| Net Claims | 851,898,999 | (32,763,482) | 819,135,516 |
| | | | |
| **Self-Insured Expenditures** | **883,844,831** | **(32,918,247)** | **$850,926,584** |
| | **Premiums** | **Penalties** | |
| BCBS (NAU Only) | 42,508,253 | - | |
| Total Dental Administrators | 3,670,713 | (73,414) | |
| **Fully Insured Expenditures** | **46,178,965** | **(73,414)** | **46,105,551** |
| | | | |
| HITF Operating | $5,206,357 | - | |
| Fund Transfers Out*** | 78,904,000 | - | |
| Administrative/Cash Adjustments | 24,005 | - | |
| **Operating Expenes and Transfers** | **$84,134,362** | **$0** | **$84,134,362** |
| | | | |
| **Net Expenditures and Transfers** | **$1,014,158,159** | **($32,991,661)** | **$981,166,498** |
| | | | |
| **Ending Fund Balance December 31, 2017** | | | **$151,250,433** |
| | | | |
| **IBNR Liability (Medical & Dental)** | | | $85,241,000 |
| **Contingency Reserve (Medical & Dental)** | | | $85,241,000 |
| | | | |
| **Unrestricted Cash Balance As Of December 31, 2017** | | | **($19,231,567)** |

\*   Vendor administrative fees and fully insured premiums are paid 55 days in arrears per contract.

\*\* Recoveries include Medicare Part D Retiree Drug Subsidy reimbursement, prescription drug rebates, overpayment recoveries (including stop payments and voids) and subrogation recoveries.

\*\*\* Fund transfers from HITF to other State funds.

*Figure 36: Special Employee Health Fund Cash Statement*

Confidential

AZSTATE.244157

## Glossary of Terms

**Active member(s)** – An employee and their eligible dependents, as defined in the Arizona Administrative Code, who are enrolled in one of the health plan options offered by the State. (Also referred to as "Actives".)

**Administrative fees** – Fees paid to third-party vendors for plan administration, network rental, transplant network access fees, shared savings for negotiated discounted rates with other providers, COBRA administration, direct pay billing, additional reporting billing, State fees (MA, MI and NY), and bank reconciliation fees.

**Case management** – A collaborative process that facilitates recommended treatment plans to ensure that appropriate medical care is provided to disabled, ill, or injured individuals.

**Claim** – A provider's demand upon the payer for payment for medical services or products.

**Claim appeal** – A request by an insured member for a review of the denial of coverage for a specific medical procedure contemplated or performed.

**COBRA, Consolidated Omnibus Budget Reconciliation Act of 1985** – A federal law that requires an employer to allow eligible employees, Retirees, and their dependents to continue their health coverage after they have terminated their employment or are no longer eligible for the health plan - COBRA enrollees must pay the total premium, in addition to an administrative fee of 2%.

**Contribution strategy** – A premium structure that includes both the employer's financial contribution and the employee's financial contribution towards the total plan cost.

**Copayment** – A form of medical cost-sharing in the health plan that requires the member to pay a fixed dollar amount for a medical service or prescription.

**Deductible** – A fixed dollar amount that a member pays during the plan year, before the health plan starts to make payments for covered medical services.

**Dependent** – An unmarried child or a spouse of the employee who meets the conditions established by the relevant plan description.

**DHMO/Pre-Paid Dental** – A dental plan that offers members dental services with no annual maximums or claim forms, and services based on a discounted rate. Total Dental was the PY 2017 prepaid dental vendor.

**DPPO** – A dental plan, with an in-network and out-of-network coinsurance structure, that allows members to visit any dentist. There is an annual deductible, and maximum annual benefit of $2,000 per member per year for dental services. The current administrator for the DPPO plan is Delta Dental.

43

**Disease management** – A comprehensive, ongoing, and coordinated approach to achieving desired outcomes for a population of patients. These outcomes include improving members' clinical conditions and qualities of life as well as reducing unnecessary healthcare costs. These objectives require rigorous, protocol-based, clinical management in conjunction with intensive patient education, coaching, and monitoring.

**Eligibility appeal** – The process for a member to request a review of a health plan decision regarding a claimant's qualifications for, or entitlement to, benefits under a plan.

**Employee** – As defined in the Arizona Administrative Code who works for the State of Arizona or a State university.

**Employee Group Waiver Program (EGWP)** – An employer group Medicare Prescription D drug plan.

**Exclusive Provider Organization (EPO)** – A health plan designed with an exclusive provider organization or network. Enrollees are limited to access in-network providers and are subject to co-pays. Any exceptions require prior authorization.

**Flexible spending account (FSA)** – An account that can be set up through the State's Benefit Options program, an FSA allows an employee to set aside a portion of his/her earnings to pay for qualified medical and dependent care expenses. Money deducted from an employee's pay and put into an FSA is not subject to payroll taxes.

**Formulary** – A list of preferred medications covered by the health plan. The list contains generic and brand-name drugs. The most cost-effective brand-name drugs are placed in the "preferred" category and all other brand-name drugs are placed in the "non-preferred" category.

**Fully-Insured** – An insurance model wherein a commercial insurer collects premiums, pays claims for services, and takes the risk of revenue to expense. Benefit Options may collect the premiums for transfer to the commercial insurer.

**High Deductible Health Plan (HDHP)** – A health plan designed with an open access provider organization or network. Enrollees have access to in-network and out-of-network providers, and are subject to coinsurance and higher annual deductibles than traditional plans. Out-of-network providers require greater coinsurance.

**Health Savings Account (HSA)** – An account that allows individuals to pay for current health expenses and save for future health expenses on a tax-free basis. Only high deductive health plans are HSA-eligible.

**Inpatient Admissions per 1,000 Members** – the number of hospital admissions for every 1,000 members. And admission can be more than one day

Confidential

AZSTATE.244159

**Integrated** – A health plan operation administered by one entity. Such operations include claims processing and payment, a network of medical providers, utilization management, case management, and disease management services.

**Medicare** – The federal health insurance program provided to those who are age 65 and older, or those with disabilities, who are eligible for Social Security benefits. Medicare has four parts: Part A, which covers hospitalization; Part B, which covers physicians and medical providers; Part C, which expands the availability of managed care arrangements for Medicare recipients; and Part D, which provides a prescription drug benefit. Retirees signing up for ADOA insurance must enroll in Parts A and B, but not C or D.

**Member** – A health plan participant. This individual can be an employee, Retiree, spouse, or dependent.

**Network** – An organization that contracts with providers (hospitals, physicians, and other healthcare professionals) to provide health care services to members. Contract terms include agreed upon fee arrangements for services and performance standards.

**Non-integrated** – A health plan with operations administered by multiple entities. These operations include claims processing and payments, a network of medical providers, and disease management services.

**Payer** – The entity responsible for paying a claim.

**Pharmacy Benefit Manager (PBM)** – An organization that provides a pharmacy network, processes and pays for all pharmacy claims, and negotiates discounts on medicines directly from the pharmaceutical manufacturers. These discounts are passed to the employer/payer in the form of rebates and reduced costs in the formulary.

**Plan Year (PY)** – Defined as the period of January 1 through December 31 of a given year.

**Preferred Provider Organization (PPO)** – A health plan designed with a preferred provider organization or network. Enrollees have access to in-network and out-of-network providers, and are subject to co-pays, or coinsurance, and annual deductibles. Out-of-network providers require greater co-pays.

**Premium** – The agreed-upon fees paid for medical insurance coverage. Both the employer and the health plan member pay premiums.

**Retiree** – A former State of Arizona employee, State university employee, officer, or elected official who is retired under a State-sponsored retirement plan. For reporting purposes, this term encompasses both actual Retirees and their dependents.

**Self-funded** – An insurance program wherein Benefit Options collects premiums, pays claims, and assumes the risk of revenues to expenses.

Confidential

AZSTATE.244160

**Self-insured** – A plan that is funded by the employer who is financially responsible for all medical claims and administrative expenses.

**Spouse** – A dependent legally married to an employee or a Retiree, as defined by the Arizona Revised Statutes.

**Subscriber** – An employee, officer, elected official, or Retiree who is eligible and enrolls in the health plan.

**Third party administrator** – An organization that handles all administrative functions of a health plan including: processing and paying claims, compiling and producing management reports, and providing customer service.

**Utilization management** – The evaluation of appropriateness and efficiency of health care services procedures and facilities according to established criteria or guidelines and under the provisions of an applicable health benefits plan.

**Utilization review** – A process whereby an insurer evaluates the appropriateness, necessity, and cost of services provided.

**Utilizer** – A member who receives a specific service.

46

Confidential

AZSTATE.244161

# EXHIBIT 35

**Victoria Lopez- 330042**
**Christine K Wee– 028535**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: **vlopez@acluaz.org**
Email: **cwee@acluaz.org**


**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail:**jblock@aclu.org**
E-Mail: **lcooper@aclu.org**
*Admitted Pro hac vice*


**Wesley R. Powell***
**Matthew S. Freimuth***
**Nicholas Reddick***
**Jordan C. Wall***
**Victoria A. Sheets***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-Mail: **wpowell@willkie.com**
E-Mail: **mfreimuth@willkie.com**
E-Mail: **nreddick@willkie.com**
E-Mail: **jwall@willkie.com**
E-Mail: **vsheets@willkie.com**


*Admitted Pro hac vice*


*Attorneys for Plaintiff Russell B. Toomey*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

**Russell B. Toomey**,

               Plaintiff,

v.

**State of Arizona; Arizona Board of Regents, d/b/a University of Arizona**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as chair of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Member of the Arizona Board of Regents; **Ram Krishna**, in his official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Treasurer of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Member of the Arizona Board of Regents; **Karrin Taylor Robson**, in her official capacity as Member of the Arizona Board of Regents; **Jay Heiler**, in his official capacity as Member of the Arizona Board of Regents; **Fred Duval**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,

               Defendants.

4:19-cv-00035-TUC-RM (LAB)

**PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO STATE DEFENDANTS' FIRST SET OF INTERROGATORIES**

1

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure for the District of Arizona, Plaintiff Russell B. Toomey hereby provides these supplemental responses and objections to the First Set of Interrogatories from State Defendants, dated May 21, 2021, as follows:

<u>**PRELIMINARY STATEMENT**</u>

Plaintiff responds without prejudice to amend and/or supplement his responses. Plaintiff is presently engaged in investigating the facts relating to this case, and has not completed his preparation for trial. All of the answers contained herein are based only upon such information and documents which currently are available and specifically known to the Plaintiff and disclose only those facts which currently occur to the Plaintiff. It is anticipated that further independent investigation, discovery, legal research and analysis may supply additional facts, add meaning to the known facts, and establish substantial additions to, changes in, and variations from the responses set forth herein.

The following discovery responses are given without prejudice to the Plaintiff's right to introduce evidence of any subsequently discovered fact or facts which the Plaintiff may later recall. Plaintiff accordingly reserves the right to change any and all answers herein as additional facts are ascertained, analyses are made, legal research is completed, and/or contentions are made. These answers and objections contained herein are made in good faith to supply as much factual information as possible and as such in no way be to the prejudice of the Plaintiff in relation to further discovery, research and analysis.

Counsel's signature below is for purpose of making the legal objections raised in the response and for no other purpose. Any accompanying verification signed by Plaintiff is for the purpose of the remainder of the question.

<u>**GENERAL OBJECTIONS & RESERVATIONS**</u>

1.    Plaintiff objects to the Interrogatory to the extent that it calls for information not properly requested through interrogatories, or seek to impose obligations beyond the

scope permitted by the Federal Rules of Civil Procedure, the Local Rules of the District of Arizona, any orders of this Court, or any stipulations or agreements of the Parties.

2.     Plaintiff objects to the Interrogatory to the extent that it seeks information protected from disclosure by privileges and other protections, including, without limitation, the attorney-client privilege, the attorney work-product doctrine, and/or any other constitutional, statutory, common law, or regulatory protection, immunity, or proscription from disclosure. The fact that Plaintiff does not specifically object to an individual Interrogatory on the ground that it seeks such privileged or protected information shall not be deemed a waiver of the protection afforded by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or protection.

3.     Plaintiff objects to this Interrogatory to the extent that it is vague, ambiguous, overbroad, not relevant to any party's claims or defenses, not proportional to the needs of the case, or unduly burdensome.

4.     Plaintiff objects to this Interrogatory as overbroad and unduly burdensome to the extent that it purports to require the equivalent of a narrative account of Plaintiff's case or require Plaintiff to provide more than the material or principal facts that support his claim.

5.     Nothing in this written response constitutes, or is intended to constitute, an admission or representation by Plaintiff of any fact or contention in this litigation, including an admission or representation by Plaintiff that any information requested by this Interrogatory ever existed or currently exists. Nor shall anything in this written response limit proof allowed to be admitted by Plaintiff at trial.  See Notes of Advisory Committee on F.R.C.P. 33 ("The general rule governing the use of answers to interrogatories is that under ordinary circumstances they do not limit proof.").

6.     Plaintiff objects to this Interrogatory to the extent that they seek sensitive and/or confidential information impinging upon Plaintiff's or others' privacy interests.

Such information will be provided, if they are discoverable, only under the terms of the Protective Order filed in this case. *See* Doc. 165.

7.     Plaintiff's response is made without waiving or intending to waive (a) the right to object on any ground to the use of these responses, or their subject matter, in any subsequent proceeding or the trial of this or any other actions, (b) the right to object to a demand for further responses to this or any other discovery or related to the subject matter of the interrogatories, and (c) the right at any time to revise correct, add to, or clarify any or all of this response.

8.     Plaintiff has not completed his discovery of the facts concerning this case, including facts in Defendants' possession. Plaintiff reserves the right to withdraw, amend, and/or supplement these responses upon further discovery.

9.     Nothing in any of Plaintiff's responses shall be deemed an admission, concession, or waiver by Plaintiff of the validity of any defense asserted by Defendants in this action.

10.     Plaintiff responds to this Interrogatory subject to and without waiving any of the General Objections and Reservations, which are hereby expressly incorporated by reference into the response below. Plaintiff's reference to any of these General Objections individually in the Response does not waive any other General Objections that may be applicable.

## **RESPONSE**

## **INTERROGATORY NO. 1:**

Describe in detail any facts supporting that the Exclusion was created and/or maintained for a discriminatory purpose, and identify all documents and witnesses who support that the Exclusion was created and/or maintained for a discriminatory purpose.

## **RESPONSE:**

Plaintiff objects to this interrogatory as a premature contention interrogatory. *See* Fed. R. Civ. P. 33(a)(2); *Core Optical Techs. V. Infinera Corp.,* No. SACV 17-0548,

4

2018 WL 2684693, at *2 (C.D. Cal. Mar. 7, 2018) ("It is generally the case that contention interrogatories need not be answered until discovery is substantially complete.") Information regarding Defendants' purpose lies exclusively within Defendants' control. Evidence of Defendants' purpose will be developed through discovery and deposition of Defendants' current and former agents and employees, which has only just begun. Defendants are also currently withholding highly relevant documents and communications about their motivations through improper assertions of the "deliberative process privilege."

In addition to any documents or testimony developed through discovery, Plaintiffs may also provide Defendants' discriminatory purpose through the factors outlined in *Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252, 266 (1977), and by demonstrating that the Defendants' asserted justification for their policies are pretextual.

**SUPPLEMENTAL RESPONSE:**

Without waiving the foregoing objections, Plaintiff provides the following interim response based on discovery that has occurred through June 1, 2021. Plaintiff continues to object to the interrogatory to the extent that it could be interpreted to "require a party to provide the equivalent of a narrative account of its case, including every evidentiary fact, details of testimony of supporting witnesses, and the contents of supporting documents." *Valcor Eng'g Corp. v. Parker Hannifin Corp.*, No. 816-CV-00909-JVS-KESx, 2017 WL 10440700, at *3 (C.D. Cal. Aug. 28, 2017).

For purposes of Title VII and the Equal Protection Clause, discriminatory purpose includes any form of intentional unequal treatment. Circumstantial evidence of discriminatory purpose may be shown through (a) the disparate impact of a policy on a particular group, (b) the historical background of the decision, (c) the departure from usual procedures "particularly if the factors usually considered important by the decisionmaker strongly favor a decision contrary to the one reached," and (d)

contemporary statements by members of the decisionmaking body, minutes of its meetings, or reports.  *Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252, 266–68 (1977).  Discriminatory purpose can also be shown by demonstrating that an asserted purpose is pretextual.

Plaintiff relies on the deposition testimony of current and former employees of the ADOA, which is still ongoing, and documents produced (and still to be produced) throughout the course of discovery. Plaintiff also relies on reports submitted by Joan Barrett and Loren Schechter.  The following is neither exhaustive nor final and may be supplemented as justice so requires.  Plaintiff expects to show that:

a) The decisionmakers understood that the Exclusion of coverage for "gender reassignment surgery" affected transgender people and only transgender people. Indeed, the deposition exhibits reflect that ADOA employees referred to the coverage excluded as "transgender benefits."

b) ADOA current and former employees have claimed to not know why coverage for gender dysphoria was originally excluded from the State's self-funded healthcare plan (the "Plan"), but have nevertheless maintained the gender reassignment Exclusion despite repeated entreaties from ABOR to remove the Exclusion and despite recommendations from insurance companies to lift the Exclusion.

c) In its decision to maintain the Exclusion, ADOA departed from the typical procedures that it follows when deciding to cover other medical treatments.  In particular, ADOA has removed other exclusions or limitations from the Plan when informed by insurance companies that the treatment at issue is medically necessary, ADOA has removed other exclusions or limitations without conducting a cost analysis, and ADOA has removed other exclusions without involving the Governor's office.

d) The ADOA applied a strict test when analyzing whether to cover benefits on behalf of transgender people (currently excluded under the Exclusion), which was

different from its approach to coverage for other benefits.  Specifically, the ADOA set out to cover no more than what ADOA allegedly understood to be required by law, despite its coverage for several other procedures not required by law, and despite evidence of the minimal cost and medical necessity of the excluded benefits, and a trend amongst insurance companies to cover the excluded benefits after changes to healthcare law in 2016, and support for the benefit from members and ABOR.

e)   The ADOA plan covers the same procedures, such as hysterectomies, for cis women when medically necessary, but excludes medically necessary hysterectomies for transgender people specifically if they are suffering from gender dysphoria.

f)   Based on the cost analysis performed by ADOA in 2015-16, ADOA understood at the time of decision-making that the economic impact of lifting the Exclusion would be trivial and would not normally be a basis for excluding medically necessary treatment.

g)   The cost analysis performed by Mr. Meisner in 2019 as a result of this lawsuit departed so dramatically from professional actuarial standards that it can only be explained as a desire to generate the highest possible cost prediction.

Additional evidence of discriminatory intent is evidenced by: (i) Christina Corieri's April 2013 tweet; (ii) ADOA's reaction to Kelly Sharritts's research on cost, as reflected in produced documents and witness testimony; and (iii) Michael Meisner's bias towards not covering transgender benefits, as reflected in deposition testimony, Joan Barrett's expert report, and produced documents.

Dated: June 2, 2021                    Respectfully submitted,

ACLU FOUNDATION OF ARIZONA

<u>By /s/ *Christine K. Wee*</u>
Victoria Lopez
Christine K Wee
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Joshua A. Block*
Leslie Cooper*
125 Broad Street, Floor 18
New York, New York 10004

WILLKIE FARR & GALLAGHER LLP
Wesley R. Powell*
Matthew S. Friemuth*
Nicholas Reddick*
Jordan C. Wall*
Victoria A. Sheets*
Justin Garbacz*
787 Seventh Avenue
New York, New York 10019

*Admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*

8

**VERIFICATION**

I, Russell B. Toomey, am the Plaintiff in the above-captioned matter. I am familiar with the contents of the foregoing **PLAINTIFF RUSSELL B. TOOMEY'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO STATE DEFENDANTS' FIRST SET OF INTERROGATORIES.** The information supplied therein is based on my own personal knowledge and/or has been supplied by my attorneys or other agents and is therefore provided as required by law. The information contained in the foregoing document is true, except as to the matters which were provided by my attorneys or other agents, and, as those matters, I am informed and believe that they are true.

I declare under penalty of perjury under the laws of the State of Arizona and the United State that the foregoing is true and correct.

Executed on June 2, 2021 at Tucson, Arizona.

_Russell B Toomey_
_____
Russell B. Toomey

9

**CERTIFICATE OF SERVICE**

I, Christine K. Wee, hereby certify that on June 2, 2021, I emailed the attached document

to:

> Timothy J. Berg
> Amy Abdo
> Ryan Curtis
> Shannon Cohan
> Fennemore Craig, P.C.
> 2394 E Camelback Rd., Ste. 600
> Phoenix, AZ 85016-3429
> tberg@fclaw.com
> amv@fclaw.com
> rcurtis@fclaw.com
> scohan@fclaw.com
>
> *Attorneys for Defendants State of Arizona,*
> *Andy Tobin and Paul Shannon*
>
> Paul F. Eckstein
> Austin C. Yost
> PERKINS COIE LLP
> 2901 N. Central Ave., Suite 2000
> Phoenix, Arizona 85012-2788
> PEckstein@perkinscoie.com
> AYost@perkinscoie.com
> DocketPHX@perkinscoie.com
>
> *Attorneys for Defendants Arizona Board of Regents,*
> *d/b/a University of Arizona; Ron Shoopman; Larry Penley;*
> *Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin*
> *Taylor Robson; Jay Heiler; and Fred Duval*

*/s/ Christine K. Wee*
Christine K. Wee
