Fennemore Craig, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

Attorneys for Defendants
State of Arizona, Andy Tobin, and Paul Shannon

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Russell B. Toomey, | No. 4:19-cv-00035 |
|---|---|
| Plaintiff, | **DECLARATION OF RYAN CURTIS IN SUPPORT OF DEFENDANTS STATE OF ARIZONA'S, ANDY TOBIN'S, AND PAUL SHANNON'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| State of Arizona, et al. | |
| Defendants. | |

I, Ryan Curtis, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a Director at Fennemore Craig, P.C., am licensed to practice law in the State of Arizona, and am lead counsel for Defendants State of Arizona, Andy Tobin, and Paul Shannon (collectively, the "State Defendants").

2. I submit this declaration in support of the State Defendants' Opposition to Plaintiff's Motion for Summary Judgment, filed concurrently.

3. I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matter.

1   4.   Attached as **Exhibit A** is a true and correct copy of excerpts of Dr. Russell Toomey's Deposition Transcript, dated May 26, 2021.

2   5.   Attached as **Exhibit B** is a true and correct copy of excerpts of Loren Schechter, M.D.'s Deposition Transcript, dated June 15, 2021.

3   6.   Attached as **Exhibit C** is a true and correct copy of AETTOOM000023–39, a document produced by third-party Aetna in response to subpoena duces tecum in this matter.

4   7.   Attached as **Exhibit D** is a true and correct copy of BCBSAZ00002137–52, a document produced by third-party BlueCrossBlueShield of Arizona in response to subpoena duces tecum in this matter.

5   8.   Attached as **Exhibit E** is a true and correct copy of AZSTATE.153283–96, a document produced by State Defendants in this litigation.

6   9.   Attached as **Exhibit F** is a true and correct copy of AZSTATE.153297–310, a document produced by State Defendants in this litigation.

7   10.   Attached as **Exhibit G** is a true and correct copy of excerpts of Marie Isaacson's Deposition Transcript, dated March 26, 2021.

8   11.   Attached as **Exhibit H** is a true and correct copy of excerpts of Scott Bender's Deposition Transcript, dated March 31, 2021.

9   12.   Attached as **Exhibit I** is a true and correct copy of excerpts of Elizabeth Schafer's Deposition Transcript, dated April 28, 2021.

10   13.   Attached as **Exhibit J** is a true and correct copy of excerpts of Michael Meisner's Deposition Transcript, dated March 16, 2021.

\\\
\\\
\\\
\\\

1   I declare under penalty of perjury that the foregoing is true and correct.

2   EXECUTED this 26th day of October, 2022.

By: *Ryan C. Curtis* (signature)
Ryan Curtis

28291334

FENNEMORE CRAIG, P.C.
PHOENIX