Paul F. Eckstein (#001822)
Austin C. Yost (#034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
PEckstein@perkinscoie.com
AYost@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Cecilia Mata, Bill Ridenour, Lyndel Manson, Robert Herbold, Jessica Pacheco, and Fred DuVal*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**,<br><br>Plaintiff,<br><br>v.<br><br>**State of Arizona**; **Arizona Board of Regents**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as Member of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Treasurer of the Arizona Board of Regents; **Cecilia Mata**, in her official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Member of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Chair of the Arizona Board of Regents; **Robert Herbold**, in his official capacity as Member of the Arizona Board of Regents; **Jessica Pacheco**, in her official capacity as Member of the Arizona Board of Regents; **Fred DuVal**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration,<br><br>Defendants. | Case No. CV 19-00035-TUC-RM (LAB)<br><br>**DEFENDANTS ARIZONA BOARD OF REGENTS, RON SHOOPMAN, LARRY PENLEY, CECILIA MATA, BILL RIDENOUR, LYNDEL MANSON, ROBERT HERBOLD, JESSICA PACHECO, AND FRED DUVAL'S CONTROVERTING STATEMENT OF FACTS IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Under Federal Rule of Civil Procedure 56 and Local Rule 56.1(b), Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Cecilia Mata, Bill Ridenour, Lyndel Manson, Robert Herbold, Jessica Pacheco, and Fred DuVal (collectively, "the University Defendants") submit the following controverting statement of facts in response to Plaintiff Russell Toomey's summary judgment motion.

The paragraph numbers under the "Controverting Statement of Facts" heading below correspond to the numbered paragraphs in Plaintiff's separate statement of facts. Paragraphs designated as "undisputed" are deemed undisputed by the University Defendants only for the purpose of their response to Plaintiff's summary judgment motion.

**Controverting Statement of Facts**

1. **Undisputed.**
2. **Undisputed.**
3. **Undisputed.**
4. **Undisputed.**
5. **Undisputed.**
6. **Undisputed.**
7. **Undisputed.**
8. **Undisputed.**
9. **Undisputed.**
10. **Disputed in part.** The statement of fact says that *the State of Arizona* "controls the plan design and contribution strategy" of the self-funded healthcare plan offered to State of Arizona employees and administered by the Arizona Department of Administration ("ADOA"). But that's not what the cited evidence shows. The cited evidence establishes (Doc. 89 at 23:3-6) that *the Director of ADOA* "determine[s] the type, structure, and components" of the healthcare plan. That fact is undisputed. Any suggestion that any other State of Arizona employee or entity—including any of the University Defendants—"controls the plan design and contribution strategy" of the healthcare plan is

disputed and is unsupported by any fact or any legal authority. *See, e.g.*, A.R.S. § 38-656(E) (requiring "any public entity organized pursuant to the laws of this state" that participates in ADOA's healthcare plan to "accept the benefit level, plan design, insurance providers, premium level and other terms and conditions *determined by [ADOA]*") (emphasis added).

11. **Undisputed.**
12. **Undisputed.**
13. **Undisputed.**
14. **Undisputed.**
15. **Undisputed.**
16. **Undisputed.**
17. **Undisputed.**
18. **Undisputed.**
19. **Undisputed.**
20. **Undisputed.**
21. **Undisputed.**
22. **Undisputed.**
23. **Undisputed.**
24. **Undisputed.**
25. **Undisputed.**
26. **Undisputed.**
27. **Undisputed.**
28. **Undisputed.**
29. **Undisputed.**
30. **Undisputed.**
31. **Undisputed.**
32. **Undisputed.**
33. **Undisputed.**

|     |     |              |
| --- | --- | ------------ |
| 1   | 34. | **Undisputed.** |
| 2   | 35. | **Undisputed.** |
| 3   | 36. | **Undisputed.** |
| 4   | 37. | **Undisputed.** |
| 5   | 38. | **Undisputed.** |
| 6   | 39. | **Undisputed.** |
| 7   | 40. | **Undisputed.** |
| 8   | 41. | **Undisputed.** |
| 9   | 42. | **Undisputed.** |
| 10  | 43. | **Undisputed.** |
| 11  | 44. | **Undisputed.** |
| 12  | 45. | **Undisputed.** |
| 13  | 46. | **Undisputed.** |
| 14  | 47. | **Undisputed.** |
| 15  | 48. | **Undisputed.** |
| 16  | 49. | **Undisputed.** |
| 17  | 50. | **Undisputed.** |
| 18  | 51. | **Undisputed.** |
| 19  | 52. | **Undisputed.** |
| 20  | 53. | **Undisputed.** |
| 21  | 54. | **Undisputed.** |
| 22  | 55. | **Undisputed.** |
| 23  | 56. | **Undisputed.** |
| 24  | 57. | **Undisputed.** |
| 25  | 58. | **Undisputed.** |
| 26  | 59. | **Undisputed.** |
| 27  | 60. | **Undisputed.** |
| 28  |     |              |

-4-

61. **Undisputed.**
62. **Undisputed.**
63. **Undisputed.**
64. **Undisputed.**
65. **Undisputed.**
66. **Undisputed.**
67. **Undisputed.**
68. **Undisputed.**
69. **Undisputed.**
70. **Undisputed.**
71. **Undisputed.**
72. **Undisputed.**
73. **Undisputed.**
74. **Undisputed.**

-5-

| | | |
|---|---|---|
| 1 | Dated: October 26, 2022 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: *s/ Paul F. Eckstein* |
| | | Paul F. Eckstein |
| 4 | | Austin C. Yost |
| | | 2901 North Central Avenue, Suite 2000 |
| 5 | | Phoenix, Arizona 85012-2788 |
| 6 | | *Attorneys for Defendants Arizona Board of Regents, Ron Shoopman, Larry Penley, Cecilia Mata, Bill Ridenour, Lyndel Manson, Robert Herbold, Jessica Pacheco, and Fred DuVal* |

## Certificate of Service

I certify that, on October 26, 2022, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing. The CM/ECF System notified the following CM/ECF registrants of the filing:

| | |
|---|---|
| Wesley R. Powell<br>Matthew S. Friemuth<br>Jordan C. Wall<br>Justin Garbacz<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>wpowell@willkie.com<br>mfriemuth@willkie.com<br>jwall@willkie.com<br>jgarbacz@willkie.com | Timothy J. Berg<br>Amy Abdo<br>Ryan Curtis<br>Shannon Cohan<br>**Fennemore Craig, P.C.**<br>2394 East Camelback Road, Suite 600<br>Phoenix, Arizona 85016<br>tberg@fclaw.com<br>amy@fclaw.com<br>rcurtis@fclaw.com<br>scohan@fclaw.com<br><br>*Attorneys for Defendants State of Arizona, Andy Tobin and Paul Shannon* |
| Joshua A. Block<br>Leslie Cooper<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>jblock@aclu.org<br>lcooper@aclu.org | |
| Christine K. Wee<br>**ACLU Foundation of Arizona**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85014<br>cwee@acluaz.org<br><br>*Attorneys for Plaintiff Russell Toomey* | |

*s/ Susan M. Carnall*

-6-