**Christine K Wee** – 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: jgarbacz@willkie.com
*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>       Plaintiff,<br><br>    v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>       Defendants. | No. 4:19-cv-00035<br><br>**DECLARATION OF CHRISTINE K WEE IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Christine K. Wee, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a Senior Staff Attorney at ACLU Foundation of Arizona, licensed to practice law in the State of Arizona, and represent Plaintiff Russell B. Toomey and the certified classes ("Dr. Toomey" or "Plaintiff").

2. I submit this declaration in support of Plaintiff's Response in Response to State Defendants' Motion for Summary Judgment (the "Response"), filed concurrently.

3. I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matter.

4. I incorporate and rely on my declaration submitted in support of Russell B. Toomey's Motion for Summary Judgment (Doc. 300), which refers to Exhibits 1-28. I supplement as follows:

5. **Exhibit 29** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Russel B. Toomey Deposition Transcript, dated May 26, 2021.

6. **Exhibit 30** as attached to Plaintiff's Response is a true and correct copy of excerpts of WPATH Standard of Care Version 7.

7. **Exhibit 31** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Marie Isaacson Deposition Transcript, dated March 26, 2021.

8. **Exhibit 32** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Elizabeth Schafer Deposition Transcript, dated April 28, 2021.

9. **Exhibit 33** as attached to Plaintiff's Response is a true and correct copy of email correspondence produced by State Defendants bearing bates AZSTATE.004283 to AZSTATE.004284.

10. **Exhibit 34** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Paul Shannon Deposition Transcript, dated June 25, 2021.

11. **Exhibit 35** as attached to Plaintiff's Response is a true and correct copy of email correspondence produced by State Defendants bearing bates AZSTATE.005658 to AZSTATE.005659.

12. **Exhibit 36** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Christina Corieri Deposition Transcript, dated July 13, 2022.

13. **Exhibit 37** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Michael Meisner Deposition Transcript, dated March 16, 2021.

14. **Exhibit 38** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Scott Bender Deposition Transcript, dated March 31, 2021.

15. **Exhibit 39** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Yvette Medina Deposition Transcript, dated February 18, 2021.

16. **Exhibit 40** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Kelly Sharritts Deposition Transcript, dated April 22, 2021.

17. **Exhibit 41** as attached to Plaintiff's Response is a true and correct copy of email correspondence produced by State Defendants bearing bates AZSTATE.005664 to AZSTATE.005665.

18. **Exhibit 42** as attached to Plaintiff's Response is a true and correct copy of email correspondence produced by State Defendants bearing bates AZSTATE.009634 to AZSTATE.009636.

19. **Exhibit 43** as attached to Plaintiff's Response is a true and correct copy of email correspondence produced by State Defendants bearing bates AZSTATE.000586.

20. **Exhibit 44** as attached to Plaintiff's Response is a true and correct copy of excerpts of the Craig Brown Deposition Transcript, dated June 22, 2021.

21. **Exhibit 45** as attached to Plaintiff's Response is a true and correct copy of a public media post made by Christina Corieri, dated April 29, 2013. This social media post was introduced and stamped as Exhibit 06 during the deposition of Christina Corieri, which took place on July 13, 2022 in connection with this litigation.

22. **Exhibit 46** as attached to Plaintiff's Response is a true and correct copy of email correspondence produced by the Governor's Office bearing bates AZ_GOV_00000022 to AZ_GOV_00000025.

23. **Exhibit 47** as attached to Plaintiff's Response is a true and correct copy of

email correspondence produced by the Governor's Office bearing bates AZ_GOV_00001706 to AZ_GOV_00001709.

24. **Exhibit 48** (**filed under seal**) as attached to Plaintiff's Response is a true and correct copy of email correspondence produced by the Governor's Office bearing bates AZ_GOV_00003190 to AZ_GOV_00003192.

25. **Exhibit 49** as attached to Plaintiff's Response is a true and correct copy of a certified unofficial transcription of the parties' Ninth Circuit oral argument in *In re: State of Arizona*, No. 21-71312, held on March 10, 2022.

I declare under penalty of perjury that the foregoing is true is and correct.

Dated this 26th day of October, 2022.

                             */s/ Christine K. Wee*
                               Christine K. Wee