Fennemore Craig, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

Attorneys for Defendants
State of Arizona, Andy Tobin, and Paul Shannon

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Russell B. Toomey, | CV-19-00035-TUC-RM |
|---|---|
| Plaintiff, | **DECLARATION OF RYAN CURTIS IN SUPPORT OF DEFENDANTS STATE OF ARIZONA'S, ANDY TOBIN'S, AND PAUL SHANNON'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| State of Arizona, et al. | |
| Defendants. | |

I, Ryan Curtis, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a Director at Fennemore Craig, P.C., am licensed to practice law in the State of Arizona, and am lead counsel for Defendants State of Arizona, Andy Tobin, and Paul Shannon (collectively, the "State Defendants").

2. I submit this declaration in support of the State Defendants' Reply In Support of Motion for Summary Judgment, filed concurrently.

3. I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matter.

4. Attached as **Exhibit A** is a true and correct copy of excerpts of Christina Corieri's Deposition Transcript, dated July 13, 2022.

5. Attached as **Exhibit B** is a true and correct copy of excerpts of Elizabeth Schafer's Deposition Transcript, dated April 28, 2021.

6. Attached as **Exhibit C** is a true and correct copy of the webpage found at https://cfo.asu.edu/benefits, as viewed on November 18, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of November, 2022.

By: _____
Ryan Curtis

28377363