# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RUSSELL B. TOOMEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:19-cv-00035 |
| | ) | |
| STATE OF ARIZONA; ARIZONA BOARD | ) | |
| OF REGENTS, D/B/A UNIVERSITY OF | ) | |
| ARIZONA, a governmental body of | ) | |
| the State of Arizona; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

VIDEOTAPED DEPOSITION OF ELIZABETH MARIE SCHAFER

Via Zoom videoconference
April 28, 2021
8:33 a.m.

Glennie Reporting Services, LLC
1555 East Orangewood Avenue        Prepared by:
Phoenix, Arizona 85020
                                   Jill Marnell, RPR
602.266.6535                       Arizona Certified
www.glennie-reporting.com          Reporter No. 50021

150

1              Do you see that?

2       A.   Yes.

3       Q.   Let's talk about Kelly first.  Do you know

4   which -- Or who is Kelly?  Who are you referring to?

5       A.   It's the finance manager.

6       Q.   Is that Kelly Sharritts?

7       A.   Yes.

8       Q.   So you had gotten with Kelly Sharritts to talk

9   about the difference between per employee and per member

10  statements; is that right?

11      A.   Well, based on the earlier email we just looked

12  at, that was one of my first questions, was, were we

13  talking per member per -- or per employee?  So obviously I

14  had to go to her to try and get clarification on that.

15      Q.   And did Kelly give you clarification on that?

16      A.   She must have.

17      Q.   What do you remember about the clarification

18  Kelly gave you?

19      A.   I remember nothing about that conversation except

20  for what's in front of me.  So I'm assuming she said it

21  was per employee.

22      Q.   Okay.  In the email you say [as read]:  I made

23  the changes we discussed.

24              If we look at the chart, you notice that the

25  first bullet point that was in the previous version of the

**Elizabeth Schafer, Videotaped - 04/28/2021**

151

1    chart which had mentioned the cost being, quote,

2    relatively low is no longer there.

3                    Do you see that?

4         A.   I do.

5         Q.   Did Marie Isaacson direct you to make that

6    change?

7         A.   I have no memory of that, but I would guess that,

8    yes, she probably did.

9         Q.   And so as we mentioned before, Marie Isaacson was

10   ultimately directing what this chart looked like and what

11   it contained.  Is that right?

12        A.   I needed to please Marie, yes.

13        Q.   And in needing to please Marie, one of the

14   changes that you made or likely made was removing this

15   bullet point that said the overall impact to cost would be

16   relatively low.

17        A.   Yes.

18        Q.   Do you remember or do you know why Marie wanted

19   you to remove that bullet point?

20        A.   No.

21        Q.   Do you have a guess based on your interactions

22   with Marie Isaacson and based on circumstances of this

23   chart why she might have wanted you to delete that bullet

24   point?

25        A.   If I had to guess, someone didn't want it in

1   black and white.

2       Q.   And who would that someone might have been?

3       A.   I have no idea.

4       Q.   And to be clear, what they didn't want in black

5   and white was that the cost to ADOA would be relatively

6   low.

7       A.   Yeah, the way it was -- it makes it sound like

8   it's not a lot of money.

9       Q.   Okay.  We can turn to Tab 30.  This has been

10  premarked as Schafer Exhibit 30.  And we can enter it into

11  the record as Schafer Exhibit 30.  In the bottom

12  right-hand corner you should see AZSTATE.151707.

13              Do you see that?

14      A.   I do.

15      Q.   And this is another version of the chart that you

16  were working on; correct?

17      A.   Yes.

18      Q.   I will represent to you that this document is a

19  stand-alone document, meaning it's not attached to any

20  email.  Does that make sense?

21      A.   Yes.

22      Q.   I will also represent to you that unlike the

23  other charts that we had previously looked at this one

24  does not have a draft watermark.  I don't know if you

25  noticed but the other ones had a draft watermark

225

```
1   STATE OF ARIZONA        )
                            )  ss.
2   COUNTY OF YAVAPAI       )

3        BE IT KNOWN that the foregoing proceedings were
    taken before me; that the witness before testifying was
4   duly sworn by me to testify to the whole truth; that the
    foregoing pages are a full, true, and accurate record of
5   the proceedings, all done to the best of my skill and
    ability; that the proceedings were taken down by me in
6   shorthand and thereafter reduced to print under my
    direction.
7        I CERTIFY that I am in no way related to, nor
    employed by any of the parties hereto, and have no
8   interest in the outcome thereof.

9        [X] Review and signature was requested.
         [ ] Review and signature was waived.
10       [ ] Review and signature not requested.

11       I CERTIFY that I have complied with the ethical
    obligations set forth in ACJA 7-206(F)(3) and ACJA
12  7-206(J)(1)(g)(1) and (2).  Dated at Prescott, Arizona,
    this 10th day of May, 2021.

13

14

15

16                    JILL MARNELL
                 Certified Reporter #50021
17          Registered Professional Reporter

18        *    *    *    *    *    *

19       I CERTIFY that GLENNIE REPORTING SERVICES, LLC, has
    complied with the ethical obligations set forth in ACJA
20  7-206(J)(1)(g)(1) through (6).

21

22

23
                 GLENNIE REPORTING SERVICES, LLC
24               Registered Reporting Firm
                  Arizona RRF No. R1035
25
```

226

1                          SIGNATURE OF WITNESS

2

3      I, ELIZABETH MARIE SCHAFER, the witness in the above
   deposition, do hereby certify that I have read the
4   foregoing deposition, and that the said deposition is a
   true and correct record of my testimony, with such
5   corrections and changes, if necessary, listed below.

6                     _____
                              WITNESS

7   PAGE: LINE: SHOULD READ:           REASON FOR CHANGE:

8   _____  _____   _____

9   _____  _____   _____

10  _____  _____   _____

11  _____  _____   _____

12  _____  _____   _____

13  _____  _____   _____

14  _____  _____   _____

15  _____  _____   _____

16  _____  _____   _____

17  _____  _____   _____

18  _____  _____   _____

19  _____  _____   _____

20  _____  _____   _____

21  _____  _____   _____

22  _____  _____   _____

23  _____  _____   _____

24

25