# EXHIBIT C

# Benefits Enrollment

Home / Human Resources / Benefits Enrollment

## Open enrollment

Welcome to ASU's benefits open enrollment period. **Enrollment is now open until 5 p.m., Nov. 13, 2022.** Open enrollment is your opportunity to change your benefits coverage, enroll or continue a flexible spending account or review and designate life insurance beneficiaries.

( Enroll today )

### Information sessions

The Office of Human Resources benefits team hosted virtual webinars to review the 2023 benefit plans.

( Watch recorded information sessions )

## Plan updates and changes

Benefits plans are reviewed annually to ensure ASU employees have access to comprehensive benefits plans. ASU continually evaluates to enhance the total compensation of its faculty and staff. In 2023, benefits-eligible faculty and staff will have a new dental carrier and access to a new subsidy for gender-affirming procedures. See what's new for the 2023 benefits plan year.

### Dental carrier change

**The Cigna Dental Health Maintenance Organization dental plan will no longer be available to ASU employees starting Jan. 1, 2023.** If you are currently enrolled in a Cigna dental, you must select a new dental carrier during benefits open enrollment. The Cigna DHMO plan will be replaced by the United Healthcare Solstice S800B Dental Plan. Delta Dental will remain a carrier option for 2023.

UHC dental plan is similar in structure to Cigna dental, and premiums for 2023 will remain the same. You do not need to be enrolled in the UHC medical plan to enroll in the UHC DHMO dental plan. Visit the dental web page for details and updated fees.

### Gender-affirming medical care

**ASU values inclusion and fair treatment of all members of our community.**

Effective Jan. 1, 2023, ASU will provide a financial subsidy of up to $10,000 for gender-affirming medical care services not currently covered by the Arizona Department of Administration health care plan. Please review the following subsidy details.

- Employees and dependents must be enrolled in an ASU medical plan to qualify.
- This gender-affirming subsidy is not an elected benefit. Eligible employees can submit a request after Jan. 1, 2023.
- This is a per-person maximum lifetime benefit.
- Only available for medical services performed after Jan. 1, 2023; it is not retroactive.
- If you enroll in a High Deductible Health Plan, you must exhaust your annual deductible.

Please contact the Employee Service Center with questions about gender-affirming medical care and eligibility.

### Flexible Spending Accounts

If you have an annual flexible spending account, enrollment is required. FSA contributions must be re-elected each year.

- Annual contribution limit increase to $3,050 for the health care FSA and Limited health care FSA.
- Maximum carryover amount of $610 for the health care FSA and Limited health care FSA.
- Minimum annual contribution amount of $100 for all flexible spending plans.

## Benefits guide

Our benefits guide in the navigation menu on this page provides information about the following plan options and guidelines:

**Employee healthcare** guide provides information about medical, pharmacy, dental and vision plans available to benefits-eligible full and part-time employees.

**Enrollment and administration** guide explain eligibility rules, enrollment guidelines, plan contacts, pre-collected benefits deductions and Affordable Care Act coverage.

**Family resource** guide offers information about ASU's family policies, practices and programs.

---

Employee healthcare

Enrollment and Administration

Family Resource Guide

Financial security

Leaves of absence

Retirement

Workers' compensation

### Announcements

ASU names Michael G. Latsko VP and chief human resources officer

ASU News: Forbes names ASU as top employer in Arizona

ASU receives HAWP Gold award

Employee discounts update

Earn up to $200 with HIP

Read More

**Financial security** guide provides information about flex spending and health saving accounts, life and disability insurance programs, qualified tuition reduction and other voluntary benefits.

**Leaves of absence** guide provide information about how to submit requests for family, medical, personal or military leaves.

**Retirement** guide explains our programs, how to retire from ASU and how to work after retirement

**Workers' compensation** guide offers coverage and reporting information.

An employee with a disability may request an alternate format by contacting the HR Employee Service Center at 855-278-5081.

# Contact

**Email:** Email Us
**General Information**
Employee Services - 855-278-5081.
Faculty Services - 480-727-9900.

**Fax numbers**
Benefits and Leaves
480-993-0007
Retirement
480-993-0008

ASU Business and Finance

⌄

⌄

Maps and Locations                                              Contact ASU

Jobs                                                                       My ASU

Directory



Copyright and Trademark                                      Terms of Use

Accessibility                                                          Emergency

Privacy                                                                  COVID-19 Information