1  **Christine K Wee – 028535**
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85014
   Telephone: (602) 650-1854
4  Email: cwee@acluaz.org

5
   **Joshua A. Block***
6  **Leslie Cooper***
   **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
7  125 Broad Street, Floor 18
8  New York, New York 10004
   Telephone: (212) 549-2650
9  E-Mail: jblock@aclu.org
   E-Mail: lcooper@aclu.org
10 *Admitted pro hac vice*

11
   Wesley R. Powell*
12 Matthew S. Freimuth*
   Jordan C. Wall*
13 Justin Garbacz*
14 WILLKIE FARR & GALLAGHER LLP
   787 Seventh Avenue
15 New York, New York 10019
   Telephone: (212) 728-8000
16 E-Mail: wpowell@willkie.com
17 E-Mail: mfreimuth@willkie.com
   E-Mail: jwall@willkie.com
18 E-Mail: jgarbacz@willkie.com
   *Admitted pro hac vice*
19
   *Attorneys for Plaintiff Russell B. Toomey*

20                    **UNITED STATES DISTRICT COURT**
21                         **DISTRICT OF ARIZONA**

22 | Russell B. Toomey, | |
   |---|---|
23 | Plaintiff, | Case No.19-cv-00035-TUC-RM (LAB) |
24 | v. | **DECLARATION OF CHRISTINE K. WEE IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
25 | State of Arizona; Arizona Board of Regents, D/B/A University of Arizona, a governmental body of the State of Arizona; et al., | |
26 | | |
27 | Defendants. | |
28

I, Christine K. Wee, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a Senior Staff Attorney at ACLU Foundation of Arizona, licensed to practice law in the State of Arizona, and represent Plaintiff Russell B. Toomey and the certified classes ("Dr. Toomey" or "Plaintiff").

2. I submit this declaration in support of Plaintiff's Reply in support of his Motion for Summary Judgment as to Defendants State of Arizona's, Andy Tobin's, and Paul Shannon's Opposition to Plaintiff's Motion for Summary Judgment (the "Reply"), filed concurrently herein.

3. I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matter.

4. I incorporate and rely on my declaration submitted in support of Russell B. Toomey's Motion for Summary Judgment (Doc. 300), which refers to Exhibits 1-28, and my declaration submitted in support of Plaintiff's Response In Opposition to State Defendants' Motion for Summary Judgment (Doc. 323), which refers to Exhibits 29-49. I supplement as follows:

5. **Exhibit 50** as attached to Plaintiff's Reply is a true and correct copy of State Defendants' Responses to Plaintiff's Second Set of Interrogatories, dated April 12, 2021.

6. **Exhibit 51** as attached to Plaintiff's Motion is a true and correct copy of excerpts of the Scott Bender Deposition Transcript, dated March 31, 2021.

I declare under penalty of perjury that the foregoing is true is and correct.

Dated: November 23, 2022

*/s/ Christine K. Wee*
Christine K. Wee

1