FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Russell B. Toomey, | No. CV-19-00035-TUC-RM (LAB) |
|---|---|
| Plaintiff, | **STATE DEFENDANTS' NOTICE OF WITHDRAWAL OF RESPONSE TO PLAINTIFF'S COUNTERVAILING STATEMENT OF FACTS** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

Defendants State of Arizona, Andy Tobin, and Paul Shannon ("State Defendants") withdraw their Response to Plaintiff's Countervailing Statement of Facts (Doc. 335).

DATED this 28th day of November, 2022.

FENNEMORE CRAIG, P.C.

By: *s/ Ryan Curtis*
Timothy J. Berg
Amy Abdo
Ryan Curtis
Shannon Cohan
*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon*

28423776