IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, <br><br> Plaintiff, <br><br> v. <br><br> State of Arizona; Arizona Board of Regents, d/b/a University of Arizona, a governmental body of the State of Arizona; et al., <br><br> Defendants. | CV 19-0035-TUC-RM (LAB) <br><br> **ORDER** |

    Pending before the court is a joint motion to reschedule the oral argument currently set for Wednesday, January 11, 2023. (Doc. 333)

    IT IS ORDERED that the motion is granted in part. (Doc. 333) The oral argument is reset for Monday, January 9, 2023 at 10:00 a.m. If a party wishes to appear telephonically, that party should contact chambers at least one week prior to the hearing. The parties may address the state defendants' pending motion for summary judgment (Doc. 293) as well as the plaintiff's pending motion for summary judgment (Doc. 298).

    DATED this 6th day of December, 2022.

.

                                               *Leslie A. Bowman*
                                               Leslie A. Bowman
                                          United States Magistrate Judge