IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>        Plaintiff,<br><br>v.<br><br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br><br>        Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**ORDER** |

Having reviewed Plaintiff's Motion to Correct a Clerical Error in Plaintiff's Countervailing Statement of Facts and to File Exhibit Under Seal, and finding good cause,

**IT IS ORDERED** that the Motion is granted.  (Doc. 341)

**IT IS FUTHER ORDERED** that the Clerk is directed to file under seal the lodged unredacted copy of Exhibit A, Plaintiff's corrected Countervailing SOF.  (Doc. 342)

Dated this 21st day of December, 2022.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge