FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants*
*State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. CV-19-00035-TUC-RM (LAB) |
| Plaintiff, | **JOINT MOTION TO POSTPONE ORAL ARGUMENT** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

The Parties respectfully move the Court to postpone the oral argument currently scheduled for 10:00 a.m. on Monday, January 9, 2023, regarding State of Arizona's, Andy Tobin's, and Paul Shannon's (collectively, "State Defendants") Motion for Summary Judgment (Doc. 293) and Plaintiff Russell B. Toomey's Motion for Summary Judgment (Doc. 298). Counsel for the Parties have begun discussions regarding a potential settlement of this dispute. Postponing oral argument on the motions will permit the parties time to further any settlement discussions. Postponing oral argument will also permit newly-inaugurated Governor Katie Hobbs and her administration time to familiarize themselves with the case and the issues raised by Plaintiff's claims. The Parties agree that postponing

oral argument will promote judicial efficiency and prevent the unnecessary expenditure of the parties' and the Court's resources. As such, the Parties jointly request that the Court postpone oral argument on State Defendants' Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment. The Parties will submit a Joint Status Report regarding the status of their settlement discussions and whether oral argument on the motions is necessary on or before March 6, 2023.

DATED this 4th day of January, 2023.

| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| 2 | By: /s/ Ryan Curtis |
| | Timothy J. Berg |
| | Amy Abdo |
| | Ryan Curtis |
| | Shannon Cohan |
| | *Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon* |

FENNEMORE CRAIG, P.C.

By: /s/ Ryan Curtis
    Timothy J. Berg
    Amy Abdo
    Ryan Curtis
    Shannon Cohan
*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon*

PERKINS COIE, LLP
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788

By: */s/ Paul F. Eckstein (w/ permission)*
    Paul F. Eckstein
    Austin C. Yost
    PEckstein@perkinscoie.com
    AYost@perkinscoie.com
*Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

28579563

WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, New York 10019

By: /s/ *Jordan Wall (w/ permission)*
    Wesley R. Powell*
    Matthew S. Freimuth*
    Jordan C. Wall*
    Justin Garbacz*
    wpowell@willkie.com
    mfreimuth@willkie.com
    jwall@willkie.com
    jgarbacz@willkie.com

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, Floor 18
New York, New York 10004

    Joshua A. Block*
    Leslie Cooper*
    jblock@aclu.org
    lcooper@aclu.org

ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

    Christine K. Wee
    cwee@acluaz.org

*admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*