IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. CV-19-00035-TUC-RM (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

This matter coming before the Court on the Joint Motion to Postpone Oral Argument on State Defendants' Motion for Summary Judgment, as well as on Plaintiff's Motion for Summary Judgment,

IT IS HEREBY ORDERED that the motion is GRANTED.   (Doc. 346)   Oral argument currently scheduled for 10:00 a.m. on January 9, 2023, is postponed.

IT IS FURTHER ORDERED that the parties submit a Joint Status Report regarding the status of their settlement discussions and whether oral argument on the motions is necessary on or before March 6, 2023.

Dated this 5th day of January, 2023.

Leslie A. Bowman

Leslie A. Bowman
United States Magistrate Judge