**Christine K Wee** – 028535
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email**:** cwee@acluaz.org

**Joshua A. Block***
**Leslie Cooper***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: (212) 549-2650
E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
*Admitted pro hac vice*

**Wesley R. Powell***
**Matthew S. Freimuth***
**Jordan C. Wall***
**Justin Garbacz***
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
E-Mail: wpowell@willkie.com
E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
E-Mail: jgarbacz@willkie.com
*Admitted pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br>　　　　　Plaintiff,<br>v.<br>**State of Arizona; Arizona Board of Regents, D/B/A University of Arizona**, a governmental body of the State of Arizona; et al.,<br>　　　　　Defendants. | Case No.19-cv-00035-TUC-RM (LAB)<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

On January 5, 2023, the Court ordered that on or before March 6, 2023, the parties submit a joint status report concerning the status of settlement discussions, and whether oral argument is necessary in connections with the parties' respective summary judgment motions. (Doc. 347)

Pursuant to that order, the parties hereby inform the Court that they have made significant progress towards settlement, and expect to finalize a settlement framework within the next 30 days. The parties respectfully request that oral argument continue to be postponed while settlement negotiations continue. Assuming that a settlement framework has not been finalized in the next 30 days, the parties can plan to provide the Court with another Joint Status Report on April 5, 2023 (or whatever date the Court deems appropriate).

Respectfully submitted this 6th day of March, 2023.

| | |
|---|---|
| **FENNEMORE CRAIG** | **ACLU FOUNDATION OF ARIZONA** |
| /s/ Ryan Curtis (with permission)<br>Timothy J. Berg<br>Amy Abdo<br>Ryan Curtis<br>Shannon Cohan<br>2394 E Camelback Rd., Ste. 600<br>Phoenix, AZ 85016-3429 | By /s/ Christine Wee<br>Christine K. Wee<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85014 |

*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon*

**WILLKIE FARR & GALLAGHER LLP**
Wesley R. Powell*
Matthew S. Freimuth*
Jordan C. Wall*
Justin Garbacz*
787 Seventh Avenue
New York, New York 10019

**PERKINS COIE LLP**

/s/ Paul F. Eckstein (with permission)
Paul F. Eckstein
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Joshua A. Block*
Leslie Cooper*
125 Broad Street, Floor 18
New York, New York 10004

*Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Bill Ridenour; Lyndel Manson ; Fred Duval; Cecilia Mata; Robert Herbold; and Jessica Pacheco*

*admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Christine Wee*
Christine K. Wee

3