FENNEMORE CRAIG, P.C.
Timothy J. Berg (No. 004170)
Amy Abdo (No. 016346)
Ryan Curtis (No. 025133)
Shannon Cohan (No. 034429)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: tberg@fennemorelaw.com
Email: amy@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
Email: scohan@fennemorelaw.com

*Attorneys for Defendants
State of Arizona, Andy Tobin, and Paul Shannon*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Toomey, | No. CV-19-00035-TUC-RM (LAB) |
| Plaintiff, | **JOINT STATUS REPORT REGARDING SETTLEMENT** |
| v. | |
| State of Arizona, *et al.* | |
| Defendants. | |

On January 5, 2023, the Court ordered that on or before March 6, 2023, the parties submit a joint status report concerning the status of settlement discussions, and whether oral argument is necessary in connection with the parties' respective summary judgment motions. (Doc. 347.)

On March 6, 2023, the parties informed the Court that they had made significant progress towards settlement but were still finalizing a settlement framework. (Doc. 349.) The parties stated that they would provide an update to the Court on or before April 5, 2023. (*Id.*)

Pursuant to the January 5 Order and the March 6 Status Report, the parties hereby inform the Court that they have made significant progress towards settlement and have

- 2 -

finalized a settlement framework. The parties are now working on drafting and finalizing documentation relating to the settlement, including a motion for the Court's approval of the settlement. The parties respectfully request that oral argument continue to be postponed while settlement negotiations continue. The parties will provide the Court with another Joint Status Report on or before July 15, 2023 (or whatever date the Court deems appropriate).

DATED this 5th day of April, 2023.

FENNEMORE CRAIG, P.C.

PHOENIX

**FENNEMORE CRAIG, P.C.**

By: */s/ Ryan Curtis*
    Timothy J. Berg
    Amy Abdo
    Ryan Curtis
    Shannon Cohan

*Attorneys for Defendants State of Arizona, Andy Tobin, and Paul Shannon*

**PERKINS COIE, LLP**
2901 N. Central Ave., Suite 2000
Phoenix, Arizona 85012-2788

By: */s/ Paul F. Eckstein (w/ permission)*
    Paul F. Eckstein
    PEckstein@perkinscoie.com

*Attorneys for Defendants Arizona Board of Regents, d/b/a University of Arizona; Ron Shoopman; Larry Penley; Ram Krishna; Bill Ridenour; Lyndel Manson; Karrin Taylor Robson; Jay Heiler; and Fred Duval*

29054580

**WILLKIE FARR & GALLAGHER LLP**
    787 Seventh Avenue
    New York, New York 10019

By: /s/ *Jordan Wall (w/ permission)*
    Wesley R. Powell*
    Matthew S. Freimuth*
    Jordan C. Wall*
    Justin Garbacz*
    wpowell@willkie.com
    mfreimuth@willkie.com
    jwall@willkie.com
    jgarbacz@willkie.com

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, New York 10004

    Joshua A. Block*
    Leslie Cooper*
    jblock@aclu.org
    lcooper@aclu.org

**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014

    Christine K. Wee
    cwee@acluaz.org

*admitted pro hac vice

*Attorneys for Plaintiff Russell B. Toomey*