1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9  Russell B Toomey,                          No. CV-19-00035-TUC-RM (LAB)

10              Plaintiff,                     **ORDER**

11 v.

12 State of Arizona, et al.,

13              Defendants.

14

15          On April 5, 2023, the parties filed a Status Report (Doc. 350) providing notice to

16 the Court that the parties are finalizing settlement documentation and will file another

17 status report on or before July 15, 2023, or whatever date the Court deems appropriate.

18          Accordingly,

19          **IT IS ORDERED** that the parties shall file either a stipulation of dismissal or a

20 further status report on or before **July 15, 2023**.

21          Dated this 12th day of April, 2023.

22

23

24

25          _____

26          Honorable Rosemary Márquez
            United States District Judge

27

28