1 **Christine K Wee** – 028535
**ACLU FOUNDATION OF ARIZONA**
2 3707 North 7th Street, Suite 235
3 Phoenix, Arizona 85014
Telephone: (602) 650-1854
4 Email**:** cwee@acluaz.org

5
**Joshua A. Block\***
6 **Leslie Cooper\***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
7 125 Broad Street, Floor 18
8 New York, New York 10004
Telephone: (212) 549-2650
9 E-Mail: jblock@aclu.org
E-Mail: lcooper@aclu.org
10 *\*Admitted pro hac vice*

11
Wesley R. Powell\*
12 Matthew S. Freimuth\*
Jordan C. Wall\*
13 Justin Garbacz\*
14 WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
15 New York, New York 10019
Telephone: (212) 728-8000
16 E-Mail: wpowell@willkie.com
17 E-Mail: mfreimuth@willkie.com
E-Mail: jwall@willkie.com
18 E-Mail: jgarbacz@willkie.com
*\*Admitted pro hac vice*
19
*Attorneys for Plaintiff Russell B. Toomey*

20              **UNITED STATES DISTRICT COURT**
21                    **DISTRICT OF ARIZONA**
22

| | |
|---|---|
| Russell B. Toomey, | |
| Plaintiff, | Case No.19-cv-00035-TUC-RM (LAB) |
| v. | **DECLARATION OF CHRISTINE K. WEE IN SUPPORT OF CONSENT MOTION FOR APPROVAL OF CONSENT DECREE** |
| State of Arizona; Arizona Board of Regents, D/B/A University of Arizona, a governmental body of the State of Arizona; et al., | |
| Defendants. | |

I, Christine K. Wee, submit this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a Senior Staff Attorney at ACLU Foundation of Arizona, licensed to practice law in the State of Arizona, and represent Plaintiff Russell B. Toomey ("Dr. Toomey" or "Plaintiff").

2. I submit this declaration in support of Plaintiff's Motion for Approval of Class Action Settlement.

3. I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matter.

4. **Exhibit 1** as attached to Plaintiff's Motion is a true and correct copy of the Consent Decree.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of July, 2023

*/s/ Christine K. Wee*
Christine K. Wee