# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey,**<br><br>        Plaintiff,<br><br>    v.<br><br>**State of Arizona**; **Arizona Board of Regents**, a governmental body of the State of Arizona; et al.,<br><br>        Defendants. | Case No.19-cv-00035-TUC-RM (MAA)<br><br>**[PROPOSED]**<br>**ORDER REGARDING CONSENT MOTION FOR APPROVAL OF CONSENT DECREE** |

   The Court, having reviewed the Consent Motion for Approval of Consent Decree Settlement, including the fees and costs payments to Plaintiff's counsel, (Dkt. \_\_\_\_) and good cause appearing,

   IT IS ORDERED granting the Consent Motion and the Consent Decree.

   Dated this \_\_\_ day of _____, 2023.