1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Russell B. Toomey, | Case No: CV-19-00035-TUC-RM (LAB) |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| State of Arizona et al., | |
| Defendants. | |

Having considered the Legislative Leader's motion for leave to file a brief as amicus curiae, **IT IS HEREBY ORDERED** granting the motion. The Clerk shall file the attached proposed brief.

Dated this ___ day of _____, 2023.