# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B Toomey, | No. CV-19-00035-TUC-RM (MAA) |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Consent Motion for Approval of Consent Decree, in which Plaintiff, on behalf of the Certified Classes and with Defendants' consent, requests that the Court approve the parties' proposed Consent Decree. (Doc. 353.) Plaintiff avers that Defendants have agreed to award Plaintiff $500,000 in attorneys' fees. (*Id.* at 6-7, 15; Doc. 353-1 at 6.) However, Plaintiff did not provide billing records to enable the Court to assess whether the agreed-upon fees are fair and reasonable. To facilitate the Court's resolution of the Motion, the Court will direct Plaintiff to submit billing records.

**IT IS ORDERED** that Plaintiff shall file billing records showing its accounting of attorneys' fees and costs sought in this matter on or before **September 7, 2023**.

Dated this 31st day of August, 2023.

Honorable Rosemary Márquez
United States District Judge