1  **Christine K. Wee** – 028535
   **ACLU FOUNDATION OF ARIZONA**
2  2712 North 7th Street
3  Phoenix, Arizona 85006
   Telephone: (602) 650-1854
4  E-Mail**:** cwee@acluaz.org

5
   **Joshua A. Block***
6  **Leslie Cooper***
7  **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
   125 Broad Street, Floor 18
8  New York, New York 10004
   Telephone: (212) 549-2650
9  E-Mail: jblock@aclu.org
10 E-Mail: lcooper@aclu.org
   *Admitted pro hac vice*
11
   **Wesley R. Powell***
12 **Matthew S. Freimuth***
13 **Jordan C. Wall***
   **Justin Garbacz***
14 **WILLKIE FARR & GALLAGHER LLP**
   787 Seventh Avenue
15 New York, New York 10019
16 Telephone: (212) 728-8000
   E-Mail: wpowell@willkie.com
17 E-Mail: mfreimuth@willkie.com
   E-Mail: jwall@willkie.com
18 E-Mail: jgarbacz@willkie.com
19 *Admitted pro hac vice*
   *Attorneys for Plaintiff Russell B. Toomey*
20 *and the certified classes*
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Russell B. Toomey**,<br><br>    Plaintiff,<br><br>v.<br><br>**State of Arizona**; **Arizona Board of Regents**, a governmental body of the State of Arizona; **Ron Shoopman**, in his official capacity as Member of the Arizona Board of Regents; **Larry Penley**, in his official capacity as Treasurer of the Arizona Board of Regents; **Cecilia Mata**, in her official capacity as Secretary of the Arizona Board of Regents; **Bill Ridenour**, in his official capacity as Member of the Arizona Board of Regents; **Lyndel Manson**, in her official capacity as Chair of the Arizona Board of Regents; **Robert Herbold**, in his official capacity as Member of the Arizona Board of Regents; **Jessica Pacheco**, in her official capacity as Member of the Arizona Board of Regents; **Fred DuVal**, in his official capacity as Member of the Arizona Board of Regents; **Andy Tobin**, in his official capacity as Director of the Arizona Department of Administration; **Paul Shannon**, in his official capacity as Acting Assistant Director of the Benefits Services Division of the Arizona Department of Administration**,**<br><br>    Defendants. | Case No. 19-cv-00035-TUC-RM (MAA)<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BILLING RECORDS**<br><br>**(First Request)** |

Plaintiff Dr. Russell B. Toomey, on behalf of himself and the Certified Classes ("Dr. Toomey"), respectfully requests that the Court grant a two-week extension for Dr. Toomey to "file billing records showing its accounting of attorneys' fees and costs sought in this matter[.]" (Doc. 357) Per the Court's Order of August 31, 2023, Dr. Toomey's billing records are due on September 7, 2023. (*Id.*)

Dr. Toomey has good cause to request this extension.[1] This litigation has been ongoing for over four years and has involved dozens of attorney timekeepers, across multiple organizations. As a result, the requested billing records are not only voluminous (at least 300 pages), but providing a full picture of Dr. Toomey's attorneys' fees requires cataloging information concerning each of these timekeepers' affiliation, seniority, and rates (which have varied over time and by market). An extension of time will allow Dr. Toomey to accurately compile the requested billing records and summarize information relevant for the Court's consideration of the proposed Consent Decree, including the award of $500,000 in attorneys' fees to Dr. Toomey therein.

Dr. Toomey's counsel has conferred with counsel for State Defendants, as well as counsel for the Board of Regents, who have each indicated they will not oppose the requested extension. This is the first extension sought by Dr. Toomey with respect to the Court's Order of August 31, 2023.

For the reasons stated above, Dr. Toomey respectfully requests that this Court grant an extension for Dr. Toomey to submit billing records until September 21, 2023, and such other relief as the Court deems just and proper. A proposed order form consistent with the relief requested is attached.

---

[1] "When an act may or must be done within a specified time, the court may, for good cause, extend the time." *Sanders v. Trinity Servs. Grp. Inc.*, No. CV1801471-PHX-JAT (DMF), 2021 WL 568342, at *2 (D. Ariz. Feb. 16, 2021)(quoting Fed. R. Civ. P. 6(b)).

1

Respectfully submitted this 6th day of September, 2023.

ACLU FOUNDATION OF ARIZONA

By /s/ *Christine K. Wee*
Christine K. Wee
2712 North 7th Street
Phoenix, Arizona 85006

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Joshua A. Block*
Leslie Cooper*
125 Broad Street, Floor 18
New York, New York 10004

WILLKIE FARR & GALLAGHER LLP
Wesley R. Powell*
Matthew S. Freimuth*
Jordan C. Wall*
Justin Garbacz*
787 Seventh Avenue
New York, New York 10019

*Admitted *pro hac vice*

*Attorneys for Plaintiff Russell B. Toomey and the certified classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6th, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Christine K. Wee*
Christine K. Wee