1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Russell B Toomey,

No. CV-19-00035-TUC-RM (MAA)

10

        Plaintiff,

**ORDER**

11

v.

12

State of Arizona, et al.,

13

        Defendants.

14
15
16
17
18
19
20
21
22
23

      Pending before the Court is Plaintiff's Motion for Extension of Time to File Billing Records. (Doc. 358.) Plaintiff, on behalf of himself and the Certified Classes, requests that the Court grant a two-week extension of the deadline to file billing records showing its accounting of attorneys' fees and costs. (*Id.* at 3.) Plaintiff avers that the extension is necessary because this case involved several attorney timekeepers from various organizations over four years, and consequently, it will take additional time to compile and summarize the records for the Court. (*Id.*) Plaintiff avers that he has conferred with Defendants' counsel, who indicated they would not oppose the requested extension. (*Id.*) The Court will grant a one-week extension, until September 14, 2023.

24

. . . .

25

. . . .

26

. . . .

27

. . . .

28

. . . .

1      **IT IS ORDERED** that Plaintiff's Motion for Extension of Time to File Billing

2    Records (Doc. 358) is **partially granted and partially denied**.  Plaintiff's deadline for

3    providing billing records showing the accounting of attorneys' fees and costs sought in

4    this matter is extended to **September 14, 2023**.

5      Dated this 6th day of September, 2023.

Honorable Rosemary Márquez
United States District Judge

- 2 -