# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B Toomey,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | **NO. CV-19-00035-TUC-RM (MAA)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, that pursuant to the Court's Order filed September 29, 2023, Plaintiff's Consent Motion for Approval of Consent Decree is **granted in part and denied in part**. State Defendants shall pay Plaintiff $375,000.00 in attorneys' fees. The Court otherwise approves the parties' Consent Decree.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 29, 2023

　　　　　　　　　　　　　　　　　　s/ M. Espinoza
　　　　　　　　　　　　　　　By　Deputy Clerk